# EXHIBIT A



# *The Fax Police*

Tired of receiving unwanted faxes?  Here's a simple way to be removed from fax lists and it's free.  Simply fax your unwanted faxes to (866) 553-7002 and the Fax Police will remove you from the fax lists.

The FAX POLICE is a **free service** intended to keep fax lists clean. You should notice fewer "junk" faxes.

Many of the companies that are sending faxes to you keep their own internal database of fax numbers. To be removed from their lists, you must fax us their "junk" fax.  Make sure your fax number appears on the page.  We will contact them and have you removed from their lists.

Keep our fax number by the fax machine and just simply fax your junk faxes to us and we will take care of it for you.

## The Fax Police removal fax #:

# (866) 553-7002