# EXHIBIT B1

https://grabify.link/9QHK6F



**Coast Credit**
Commercial Finance Group
(562) 513-5123
January 28, 2021

Twin Cities, Minnesota
Approved Line: $72,653
Applied Rate: 3.648% fixed
Client ID #: 6517847930

## Mulligan Real Estate

With a business line of credit, you will have access to the working capital you need when you need it most. Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 1 hour
- No Upfront Fees

QUICK
- Funds within 24 hours

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
(562) 513-5123

This follow up program is used to keep in touch with past clients and companies who have requested info. To opt out please visit
www.pleaseunsubscribe.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5734488933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5598910338

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8706973111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769210

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239938

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5714325815

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757467

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3125279678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5138892557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756756

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239965

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5597515009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5025301382

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529195

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306656417

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7812398005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6183776909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023729

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930597

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5802435698

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137692

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5125012669

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2407767004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169890783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5592758694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3102654478

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5626989858

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757517

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239243

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5097358535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527893

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137314

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3163207059

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756648

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: **7602819214**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097966110

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757389

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8188486543

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769797

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6318582400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756978

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948297

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137570

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9724126005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7753292335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756274

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136292441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242153

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9522223697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948177

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527688

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757587

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757939

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948360

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2124142683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3367755470

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302086969

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9014242859

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8153382402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148210334

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305732957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2089224909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948087

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
• Approved Options within 24 hours
• No Upfront Fees

REPAYMENT
• No Daily Payments
• Terms: 6 months – 10 years
• No Prepayment Penalty
• 50k – 350k Available

QUALIFY:

• 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8039575389

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003451

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769289

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5597515466

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072811884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078978547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827307

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522267

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2129464936

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6164591759

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079223823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8054980260

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756644

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306786252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2815654037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7634751671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137139

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8154336865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137460

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7704194644

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2548406033

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5036661041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137047

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527873

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9158773018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8312999979

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078853672

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3106325842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8638675017

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6313243528

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8478646373

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7063954903

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
• Approved Options within 24 hours
• No Upfront Fees

REPAYMENT
• No Daily Payments
• Terms: 6 months – 10 years
• No Prepayment Penalty
• 50k – 350k Available

QUALIFY:

• 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239740

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239853

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527502

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6164273557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527407

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6364645533

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5034270097

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6194629989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318544579

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2144447306

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529353

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3148727724

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148317882

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529578

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757456

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827617

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756914

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032973084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756287

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4849334113

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4088664619

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2707692822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8704775207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8054967479

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239562

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8473527131

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2172280431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4152919976

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3865972986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306772391

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5125146954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529182

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5037860661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200341

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6034368998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4802895765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8168417773

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5807189443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
  • Approved Options within 24 hours
  • No Upfront Fees

REPAYMENT
  • No Daily Payments
  • Terms: 6 months – 10 years
  • No Prepayment Penalty
  • 50k – 350k Available

QUALIFY:

  • 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6166772802

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757910

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769390

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757620

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2693459548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4085300096

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769348

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9549615879

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529980

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7606359156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756484

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137115

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819522

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7043320709

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3155390538

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7033527023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9034543771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5093097178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239640

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757667

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522120

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4096002144

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487642

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529735

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9047589467

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2815372253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5307429170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5084595872

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6192207080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9514358855

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7704498866

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6194657281

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
  • Approved Options within 24 hours
  • No Upfront Fees

REPAYMENT
  • No Daily Payments
  • Terms: 6 months – 10 years
  • No Prepayment Penalty
  • 50k – 350k Available

QUALIFY:

  • 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8189213061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819966

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757368

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527950

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137083

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7088539441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064205547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9313897019

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6783888649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240581

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5706031150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7704824635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8503256020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7273028926

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5123232565

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9402390125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4407170499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5022417045

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7275269043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819424

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9519400810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769528

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5024427887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2128130770

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5123392455

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3015859515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6785100093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5162921630

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880437

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2054321086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302882651

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003489

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4258284008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609962

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717789

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819793

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7045442647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9374262204

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8603830711

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3057567753

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9374398335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2033242628

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5022361222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306241822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7138211611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756741

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072811950

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529280

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7756241355

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079242045

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522132

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9785310067

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4153346886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6103252312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239703

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097966108

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8139090827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2127652775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4043525728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8634579993

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5302458594

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529756

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522233

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9096222708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5109402828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169198794

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4407403445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706358162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6573258107

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2812054627

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169837995

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757689

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: 5.430% fixed
Client ID #: 7608756536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073133961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970802

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247346

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2074998081

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6129201911

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9316470211

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239136

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2142606016

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609862

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9856334574

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529668

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2057440445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9722982542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827448

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9167362071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2152030203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5709925403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3102127575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609290

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9412569991

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948224

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709798305

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4809916369

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9012740770

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9253777616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223808

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003482

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529626

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6572082054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6082338989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4158264025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9737951259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6622949921

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306257223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529447

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529880

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9722439601

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757815

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529960

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4076568198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2074228282

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7013475919

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023755

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5307064542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239405

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093587145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9016669177

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819279

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137573

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223991

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9417613704

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306716062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2165144287

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5737379679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819608

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6157223814

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7183692537

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073714484

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137742

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2066523205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9253996149

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7704789976

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239191

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072152071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757230

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819319

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769947

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4258692858

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023776

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6367420420

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9544899330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7032490411

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9528416301

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8326523805

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8014862006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9014242535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948244

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714981

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072761983

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2065175493

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212341

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9783562566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2069387693

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3239335836

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223948

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7195481114

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5592272800

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064205574

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8134900933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9198293579

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8159351010

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714782

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032883423

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756656

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8049156229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8024544601

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8028922622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527890

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023346

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212971

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757826

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4153151548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827039

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8058884348

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756969

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527321

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5867554411

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7704191129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

08/31/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2537611159

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9192121940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614392992

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7277967257

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4705756292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4016216109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5082478196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8638675934

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4073285772

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3307841390

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2074228985

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930911

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2024994948

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9736842021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2562071766

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2022236715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4235237296

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4192228439

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8606354060

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3303253214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2483585125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2143637760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8705720988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8033240708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6362399007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7036844864

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3136660052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2397071001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8595757270

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5757580430

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137194

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7145413313

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527802

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5103821040

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948140

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8582013356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527452

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529675

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5034270704

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8014348611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9258371302

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948171

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137465

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3108306992

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757551

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757359

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9515060145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757972

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948114

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7312130116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819506

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757837

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527155

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819039

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239261

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8059279640

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819614

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769184

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7193748296

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6195163590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6607830031

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9252949773

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2628599391

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9258316143

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2627892750

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5632645783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9032364471

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8155884003

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6097371345

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9284439981

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529889

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529456

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9184594550

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948029

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819421

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5304522720

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756477

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819726

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6509413036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527318

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5036577954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757056

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714839

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757880

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8318544286

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608731151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079242096

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097949711

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8316247434

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529631

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757955

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239928

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7326959011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8502154109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8608703427

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4042920133

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8307414355

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6508513640

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6612954994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3129889215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2819947739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2562071683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7208951986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2146771461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5304522553

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948069

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072767034

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073565071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827024

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079880924

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239349

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 209433375T

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769867

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239184

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079247591

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



## Coast Credit
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527313

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3032610240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527337

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948030

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032237288

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023017

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072200061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527495

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527396

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757927

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023098

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8184099115

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5308892953

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8704775250

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757455

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827995

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527792

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9417293475

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7044146777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239378

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609427

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5592274175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5628019533

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254760912

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3102731315

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7404268692

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4345773014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8592771532

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239545

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819807

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609373

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6572085260

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7245695209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9529291943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137795

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5083361841

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757786

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2488502275

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9377640206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239621

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2535887196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4074750280

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2163981973

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3037700311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4252831518

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072761094

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5094884135

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9494864417

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3034625361

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2137478397

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/07/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4256411005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8047471315

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6096547895

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5177842298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7708887491

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5853746568

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6177315995

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6149341590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9192619567

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4123840318

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7035807840

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9412389984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3523538004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7167721055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709960327

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8652682982

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5045995966

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2028778602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6017346728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2626726337

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6622949057

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2163414523

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2548533016

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5808744411

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9543311051

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599479021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239836

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3073223449

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948328

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239613

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073714711

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023398

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5124100360

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529821

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756564

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023517

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8318544175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072152229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756451

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3235876591

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7759964333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137558

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3183955006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318544329

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717483

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
  • Approved Options within 24 hours
  • No Upfront Fees

REPAYMENT
  • No Daily Payments
  • Terms: 6 months – 10 years
  • No Prepayment Penalty
  • 50k – 350k Available

QUALIFY:

  • 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529753

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072212201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948243

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4402440007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8133560907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5095455845

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2058792381

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9156002141

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6303506467

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8476854018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8705720525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7148991867

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819855

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8013757407

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819756

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3306303611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757194

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527282

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527142

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756058

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827405

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318554444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072200652

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023518

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5032337868

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072761590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819814

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239650

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079242244

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527074

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6265515156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756524

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970361

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819189

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239586

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757923

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7024056956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948107

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4805966907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064200365

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/08/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4082672361

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4046530720

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7574991937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8644632736

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7572387001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7162100068

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8502971480

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3367908867

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4043509839

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6142215676

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2078328125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9733315460

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2705616063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930537

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239076

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8477848889

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9524324969

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527255

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769631

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7022704114

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756430

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948112

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4074981018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8602008694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305688956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7166345404

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757429

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9195895209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761947

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3043336997

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7045631205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757971

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2033180065

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6315633650

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3366565511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8316888898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2082296707

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023148

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239641

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333138

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7146953626

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756787

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4042553498

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948265

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2622470249

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5099433727

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9095746083

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7142816202

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2158861928

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756563

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6162818871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819374

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5869977004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8455922403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7634131575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756897

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6513069575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948369

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756450

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5807385276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819454

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819492

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239103

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5103530192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7575636996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9706691708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6148734266

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756373

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073133942

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5102520106

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527032

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8585239249

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7704289912

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756208

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023075

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757571

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4135795240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2128496948

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6505836066

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7209327823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2086774774

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529057

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757225

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529699

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970676

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003029

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757850

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6108536698

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8329757556

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6313230103

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2814569794

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7192530506

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239850

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948380

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9256855023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757199

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4088484341

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333481

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529923

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529257

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3105149824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4085647954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6183988362

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9182882063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609866

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529945

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756903

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522835

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757349

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970621

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152378

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819600

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599002863

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5174924618

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5188280688

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240732

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5737949018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6152285163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609429518

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
• Approved Options within 24 hours
• No Upfront Fees

REPAYMENT
• No Daily Payments
• Terms: 6 months – 10 years
• No Prepayment Penalty
• 50k – 350k Available

QUALIFY:

• 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769268

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8013971012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2134843596

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769237

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9107995951

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239130

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239864

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756844

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4045920313

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756947

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529785

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2016620912

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6262822147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4694662660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5044107578

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2514147480

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7322491505

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8312999400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7737227948

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756534

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9252491048

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9494991771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
  • Approved Options within 24 hours
  • No Upfront Fees

REPAYMENT
  • No Daily Payments
  • Terms: 6 months – 10 years
  • No Prepayment Penalty
  • 50k – 350k Available

QUALIFY:

  • 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948108

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9783880034

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948058

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239326

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2768612205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5737208560

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7737147967

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8156346340

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003471

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827133

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757985

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223792

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527882

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757776

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136881392

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137639

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761057

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522866

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5123402324

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7137961526

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239135

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819447

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239798

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4154337217

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948334

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6263585607

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8316268288

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7037146684

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767502

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239120

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305735221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5186744025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079242852

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2548220667

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522310

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609875

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7757822508

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6037804499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5093258463

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6264454632

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/13/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9034707043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7272138983

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7187293579

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6038829747

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4136657615

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8603488861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6103841110

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8456346828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7734877379

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9202612595

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8452796769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5616297149

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7035435860

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7707160263

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527377

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757487

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819271

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948179

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**858-224-0718**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756280

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6623569007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2056997624

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6576669289

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529078

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948271

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522643

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9413490700

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757452

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2066392342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819543

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8638675238

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6309553750

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948078

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8638675881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com