# EXHIBIT B9



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122632411

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529065

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2088886071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023625

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948033

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9712508123

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599003487

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948320

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756384

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930926

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721224

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721171

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7575663779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5403491256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8648454799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3167492073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3037956943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2138910834

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239428

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6264951021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6692669966

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757469

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239516


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4089000598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2098283086


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228


If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023654

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7025653485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529173

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

National Vision Ctr

Reference ID #: 5209243686

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5209243686 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Sandra K Hayes NP

Reference ID #: 5407268012

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5407268012 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6186643707

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Plastic & Reconstructive Surg

Reference ID #: 3038480801

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3038480801 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Total Fitness Connection

Reference ID #: 2707815990

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2707815990 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Timothy G Weech DC

Reference ID #: 3099237119

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3099237119 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Lisa C Kilpatrick

Reference ID #: 3033414708

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3033414708 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

David L Bohlender MD

Reference ID #: 3162849602

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3162849602 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Major Pediatrics

Reference ID #: 3173981863

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3173981863 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Monroe Cardiovascular

Reference ID #: 3183686401

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3183686401 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Marc Wingert DC

Reference ID #: 3199834068

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3199834068 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Julie M Gray OT

Reference ID #: 3234421540

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3234421540 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Light Of Hope Hospice Care Inc

Reference ID #: 3238000440

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3238000440 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Lav Hospice Care Inc

Reference ID #: 3238037404

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3238037404 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Mdr At Camillus

Reference ID #: 3157011674

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3157011674 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Planned Parenthood

Reference ID #: 4064543433

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4064543433 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Center For Cancer Care

Reference ID #: 3152615899

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3152615899 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Dugger House The Inc

Reference ID #: 3617820882

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3617820882 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Robert Ludwig PHD

Reference ID #: 3055959927

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3055959927 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Powell Emergency Medical Svc

Reference ID #: 4068462789

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4068462789 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Melissa D Gaspar APN

Reference ID #: 4067703023

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067703023 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Jordan Day Gehris & Assoc

Reference ID #: 4102486202

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4102486202 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Spine & Sports Therapy

Reference ID #: 4067716883

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067716883 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Rocky Mountain Chiro Clinic

Reference ID #: 4064224339

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064224339 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Eric L Belnap DC

Reference ID #: 4062946701

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062946701 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Eckmann Family Chiro Ctr

Reference ID #: 4064423424

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064423424 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Shiloh Medical Clinic

Reference ID #: 4062451228

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062451228 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Park View Dental

Reference ID #: 4064422229

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064422229 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Maddison M Stetson

Reference ID #: 3864873740

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3864873740 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Owen Dental Care

Reference ID #: 3084325902

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3084325902 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Pediatric Ophthalmology Assoc

Reference ID #: 4023998170

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4023998170 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Noel Wagner

Reference ID #: 4029346562

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4029346562 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Blair Chiropractic Ctr

Reference ID #: 4024264604

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4024264604 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

DRS Mcbride Steiner-Lebsock

Reference ID #: 4066566430

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4066566430 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Family Medicine At Legacy

Reference ID #: 4028968948

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4028968948 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Materi Chiropractic Ctr-Dustin

Reference ID #: 3072834041

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3072834041 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Chadron Hospital Physical

Reference ID #: 3084320268

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3084320268 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Susan H Avery MD

Reference ID #: 4067611992

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067611992 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Home Health/Hospice Svc

Reference ID #: 3084320411

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3084320411 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Timberview Family Psychiatry

Reference ID #: 4062017070

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062017070 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Carepointe Home Health Svc Inc

Reference ID #: 3109656552

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3109656552 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Bottom Line Incontinence Supl

Reference ID #: 4064522272

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064522272 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Ballweber Orthodontics

Reference ID #: 4064495507

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064495507 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Living Waters Home Care LLC

Reference ID #: 3363721838

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3363721838 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Three Rivers Physical Therapy

Reference ID #: 4065418780

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4065418780 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Chadron Chiropractic

Reference ID #: 3084328933

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3084328933 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023
Murray Orthopaedics

Reference ID #: 2707591040

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2707591040 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Montana Center For Facial

Reference ID #: 4065495777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4065495777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Stephen Condon PHD

Reference ID #: 5412784123

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5412784123 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Welker Chiropractic PC

Reference ID #: 4067233338

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4067233338 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Central Montana Eywe Care

Reference ID #: 4064531700

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064531700 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Premier Oral-Maxillofacial Srg

Reference ID #: 4029165900

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4029165900 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Main Street Dental Care

Reference ID #: 5412768224

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5412768224 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Bruce H Buer DDS

Reference ID #: 4067611890

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067611890 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Smith Chiropractic Pllc

Reference ID #: 4069261722

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4069261722 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Soren Loftus DDS

Reference ID #: 4065433150

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4065433150 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 13, 2023

Rock Valley Physical Therapy

Reference ID #: 3193734432

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3193734432 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

St Joseph's Area Health Svc

Reference ID #: 2182375541

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2182375541 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Cornerstone Foundation

Reference ID #: 2172224512

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172224512 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Denman Services Inc

Reference ID #: 2172233305

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172233305 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



# Coast Credit

## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Stratton Chiropractic Ctr

Reference ID #: 2172240409

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172240409 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Barnesville Drug & Hardware

Reference ID #: 2183542352

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2183542352 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Supportive Living Facility

Reference ID #: 2175923732

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2175923732 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Ck Home Health Care Inc

Reference ID #: 2189983187

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2189983187 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Grelinda M Amante

Reference ID #: 2172239552

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172239552 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Alcott Manor

Reference ID #: 2189987361

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2189987361 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Matthew P Cormier DO

Reference ID #: 2172146299

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172146299 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

FOLEY JOHN FRANCIS MD

Reference ID #: 8014055704

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8014055704 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

PETERSON CHIROPRACTIC

Reference ID #: 8047733961

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8047733961 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Busbey Williams & Riggs

Reference ID #: 2172222350

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172222350 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Memorial Hospital & Hms Assn

Reference ID #: 2183471862

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2183471862 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Smith Family Chiropractic

Reference ID #: 2189984337

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2189984337 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Blessing Outpatient Behavioral

Reference ID #: 2172249383

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172249383 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

CALANTAS JENNY LEIGH

Reference ID #: 8318333032

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8318333032 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

CARDIOVASCULAR-HEART RHYTHM

Reference ID #: 8312838092

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8312838092 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

PALMER ALECIA R OD

Reference ID #: 8032382603

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8032382603 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

KELSEY GRAHAM

Reference ID #: 8562729416

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8562729416 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ORONZO FURIO MD

Reference ID #: 8567414003

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8567414003 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Santhigram Wellness Kerala

Reference ID #: 2629556607

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2629556607 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Yourmd

Reference ID #: 2624780501

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2624780501 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

14-Jun-2023 15:71:23 From 028 28-43665-1470 Case 5:07-cv-43665-1470 Document 1-10 filed 09/11/23 USDC Colorado pg 120 of p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

RITA JANE KRAUS

Reference ID #: 8147661470

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8147661470 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

VA MEDICAL CTR

Reference ID #: 8147277050

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8147277050 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

JESSIE DUNCAN

Reference ID #: 8726660032

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8726660032 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ADVANCED ALLERGY-ASTHMA ASSOC

Reference ID #: 8472461164

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8472461164 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ZERO TOLERANCE STRAIGHTENING

Reference ID #: 8159699172

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8159699172 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

STRINGS WEST

Reference ID #: 9182882888

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9182882888 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

WARREN CLINIC INC

Reference ID #: 9184993715

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9184993715 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

UTICA PARK CLINIC

Reference ID #: 9183798839

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9183798839 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ROGERS COUNTY MOTOR VEHICLE

Reference ID #: 9184439470

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9184439470 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

NORTHEASTERN ANESTHESIA PLLC

Reference ID #: 9285348059

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9285348059 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

GROWING TREE PRE-SCHOOL

Reference ID #: 9253777502

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9253777502 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

MIAMI TOWNSHIP ROAD DEPT

Reference ID #: 9378953537

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9378953537 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

BUCHANAN SANDY THIM LPN

Reference ID #: 9708998038

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9708998038 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

AMELIA B TOWER DO

Reference ID #: 9728693875

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9728693875 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

SOMI GUPTA

Reference ID #: 9734353615

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9734353615 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

CHARO B BODIONGAN

Reference ID #: 9735829288

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9735829288 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

SUMMIT MEDICAL GROUP

Reference ID #: 9737775403

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9737775403 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

NORTHEASTERN ANESTHESIA PLLC

Reference ID #: 9285348059

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9285348059 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ACORN BOOKKEEPING & TAX SVC

Reference ID #: 9093385609

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9093385609 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

TRUE PAINTING & PRESSURE INC

Reference ID #: 9544689969

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9544689969 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

KAYLEE SOUZA

Reference ID #: 6034411021

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6034411021 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

JENKINS TOWN VIEW APARTMENTS

Reference ID #: 6058860790

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6058860790 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

RAMADEVI SUKUMAR

Reference ID #: 5864861475

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5864861475 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



**Immediate Capital for Small Businesses Coast to Coast**

June 14, 2023

ALWAYS MOUNTAIN TIME

Reference ID #: 9708491464

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9708491464 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ZHOU JING MD

Reference ID #: 6105263768

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6105263768 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

OCEAN COUNTY FOOT-ANKLE SURGCL

Reference ID #: 6096397865

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6096397865 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

NICOLE VELGERSDYK

Reference ID #: 6059614647

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6059614647 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

TERRA M MILLER PT

Reference ID #: 6207834090

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6207834090 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

SAGINAW KIDS DENTISTRY

Reference ID #: 6822821905

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6822821905 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

KUHNS KENNETH S

Reference ID #: 6103269723

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6103269723 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ESTHER DORZIN MD

Reference ID #: 6784152164

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6784152164 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

GUNDERSON LUTHERAN HEALTH SYST

Reference ID #: 7037755467

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7037755467 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

PINE MOUNTAIN REALTY

Reference ID #: 6612424066

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6612424066 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

GLIDDEN RURAL ELECTRIC CO-OP

Reference ID #: 7126593716

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7126593716 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

DR MODUPE A OLADEINDE M D

Reference ID #: 7087303847

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7087303847 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

ADVOCATE HEALTH CARE

Reference ID #: 7083464766

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7083464766 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

MRAKOVICH JODY LIN

Reference ID #: 7179856909

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7179856909 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

OLIVER TWP SUPERVISORS ROAD

Reference ID #: 7178995218

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7178995218 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

DIXON KOREN

Reference ID #: 7172000100

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7172000100 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

SCHERER FAMILY MEDICINE

Reference ID #: 7245316610

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7245316610 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

HERITAGE VALLEY MEDICAL GROUP

Reference ID #: 7247709533

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7247709533 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

VIRGINIA HOSPITAL CTR

Reference ID #: 7062874546

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7062874546 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

LANDIS ANDREW JAMES MD

Reference ID #: 7166799698

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7166799698 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

A & J CARE INC

Reference ID #: 7183264070

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7183264070 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

SCHRODER GREGORY LOUIS MD

Reference ID #: 8046224222

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8046224222 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Vance Clinic Of Chiropractic

Reference ID #: 2172289001

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172289001 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Lone Oak Family Dentistry

Reference ID #: 2187454600

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2187454600 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

KELSEY GRAHAM

Reference ID #: 8562729416

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-8 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8562729416 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

CORNELIUS TRUCK-TRAILER PARTS

Reference ID #: 7193848468

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193848468 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Sha'Tya A Bias LPN

Reference ID #: 2172145450

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 2172145450 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

KELSEY GRAHAM

Reference ID #: 8562729416

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8562729416 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

Good Samaritan Home

Reference ID #: 2172236015

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 2172236015 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 14, 2023

We Care

Reference ID #: 2172140244

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172140244 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

TRACEY ORR

Reference ID #: 7405675716

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7405675716 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

LOUIS D ANDARY MD

Reference ID #: 7343629040

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7343629040 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

TORRES MARTINEZ TRAVEL CTR

Reference ID #: 7603951252

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7603951252 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CAMINO HEALTH CTR

Reference ID #: 7608757283

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7608757283 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CHILDREN'S HOME + AID

Reference ID #: 7738625553

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7738625553 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CHRISTINE ALTHOFF

Reference ID #: 2705544731


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 2705544731 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BLESSING HOSPITAL

Reference ID #: 2172236891

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172236891 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

GREENMOUNT CEMETERY

Reference ID #: 2172220571

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172220571 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

RICHARDSON CORY GLEN MD

Reference ID #: 2084250150

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2084250150 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

SOUTHERN CA MED

Reference ID #: 3019353163

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3019353163 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

KLEIN MICHELE MACHBITZ MD

Reference ID #: 3015391537

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3015391537 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

DREXEL MEDICINE

Reference ID #: 2154820554

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2154820554 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

WEST CENTRAL PATH SPECLSTS

Reference ID #: 2172236984

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172236984 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

EVAN PETERS

Reference ID #: 2172232263

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172232263 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CHEERFUL HOME CHILD CARE-EARLY

Reference ID #: 2172288617

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172288617 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BENJAMIN NASH

Reference ID #: 2172773960

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172773960 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CORNERSTONE RESIDENCE EXTENDED

Reference ID #: 2184356336

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2184356336 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

GILBERT DIANA D MD

Reference ID #: 2285750734

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2285750734 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BOUDREAUX ASHLEY DUPRE

Reference ID #: 2256832411

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2256832411 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

JOHNSON BRITTANY NP

Reference ID #: 3012641577

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3012641577 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BLESSING PHYSICIAN SVC

Reference ID #: 2172239142

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172239142 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

TRENTON MEDICAL CLINIC

Reference ID #: 3083448516

Your company has been pre-approved for a working capital line of credit up to $25,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3083448516 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

WAEL AL-YAMAN MD

Reference ID #: 3013597460

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3013597460 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

LAUREN M BOZARTH

Reference ID #: 2172280352

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172280352 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

LIFE COUNSELING LLC

Reference ID #: 3016711485

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call  and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3016711485 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

MAJOR HOSPITAL

Reference ID #: 3173981833

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3173981833 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

WOOD LISA D MD

Reference ID #: 3044260262

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3044260262 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

MD NOW URGENT CARE CTR

Reference ID #: 3059498090

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Funding and (888) 223-3122 to speak with our designated team of funding to get the working capital into your operating account today! Please have your Reference ID # 3059498090 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

DEAN YIMLAMAI MD

Reference ID #: 4126938906

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4126938906 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BUTTE CARPET ONE FLOOR & HOME

Reference ID #: 4067827610

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067827610 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

ERIN BOWERS

Reference ID #: 2172236894

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172236894 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BUCHANAN ENTERPRISES

Reference ID #: 4067610494

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067610494 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

C & D VIDEO

Reference ID #: 4097949444

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4097949444 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

MARYLAND CHAPTER NECA INC

Reference ID #: 4105901198

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 220-0122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4105901198 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

POOL & SPA CTR

Reference ID #: 3084323118

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3084323118 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

DENA RICHTER NP

Reference ID #: 4842531790

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4842531790 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

LASER 1040

Reference ID #: 4062488795

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062488795 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

AMA PHARMACY INC

Reference ID #: 5017826459

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5017826459 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BIG SKY FAMILY HEALTH CLINIC

Reference ID #: 4062992448

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062992448 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

GOOD SHEPHERD MEDICAL CTR

Reference ID #: 5416673414

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5416673414 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

W V ALTON INC

Reference ID #: 5307429422

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5307429422 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

ALTA CALIFORNIA FOODS

Reference ID #: 5307359890

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5307359890 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

OLDCASTEL PRECAST

Reference ID #: 5307429421

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5307429421 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

ANDRES BRETT M MD

Reference ID #: 5039966613

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5039966613 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

ABELLA RITA A PHD

Reference ID #: 3019719721

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3019719721 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

DOUGLAS M HUGHES MD

Reference ID #: 5302458594

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5302458594 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CANE'S AUTOMOTIVE

Reference ID #: 2172222043

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172222043 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

MD NOW URGENT CARE CTR

Reference ID #: 3059498090

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 3059498090 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

JOHNSON RENEE LYN MD

Reference ID #: 4064525397

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064525397 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

SAMANTHA J EMANUELSON PA

Reference ID #: 4148082934

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4148082934 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

KELLY JAMES DAMIAN II MD

Reference ID #: 4155922560

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4155922560 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

GULLATT THOMAS JAMES MD

Reference ID #: 3199664543

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3199664543 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

LORY FEKETE

Reference ID #: 6103428601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6103428601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

VALLEY FORGE SURGICAL ASSOC

Reference ID #: 6104224570

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6104224570 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CARIDAD LOPEZ CUEVAS

Reference ID #: 7866400614

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7866400614 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

TANG YI MD

Reference ID #: 6672417720

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6672417720 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

METROPOLITAN EAR NOSE & THROAT

Reference ID #: 4103646160

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4103646160 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

MONMOUTH CARDIOLOGY ASSOC

Reference ID #: 7327726601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7327726601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CEDAR FALLS ENGINEERING

Reference ID #: 3192685197

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3192685197 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

MILOS BABIC MD

Reference ID #: 5702030013

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5702030013 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

VARMA AMIT BHUSHAN MD

Reference ID #: 3524045758

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3524045758 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

Scott's Seafood Grill & Bar

Reference ID #: 9169898932

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9169898932 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

Lake Fork Golf Club

Reference ID #: 9034739942

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9034739942 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

RAVALLI CNTY COUNCIL ON AGING

Reference ID #: 4063630401

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4063630401 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

MARYLAND CHAPTER NECA INC

Reference ID #: 4105901198

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4105901198 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

TANYA RENEE DANKO

Reference ID #: 5302142121

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5302142121 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

DAHLQUIST REALTORS

Reference ID #: 4067618782

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067618782 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

15-Jun-2023 15:91:23 From 0262346441213 Case No. 1:23-cv-02405-MEH Document 1-10 filed 09/11/23 USDC Colorado pg 240 of p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

R & R DIESEL REPAIRS

Reference ID #: 4064421283

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064421283 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

Tube Fabrication & Color

Reference ID #: 9206853025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9206853025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

Eastern Arizona Courier

Reference ID #: 9284285396

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9284285396 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

Redlands Glass

Reference ID #: 9097927070

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9097927070 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

Titan Propane

Reference ID #: 9285264951

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9285264951 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

DEWAYNE BURTS

Reference ID #: 4707045111

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4707045111 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

ANDREW D PALALAY DDS

Reference ID #: 5026624296

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5026624296 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call 1-855-339-4200

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BESWAY FAMILY DENTAL

Reference ID #: 5104402260

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5104402260 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

TRENTON MEDICAL CLINIC

Reference ID #: 3083448516

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3083448516 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BLESSING PHYSICIAN PEDIATRICS

Reference ID #: 2172239370

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172239370 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

LOUISA COUNTY ENGINEER

Reference ID #: 3195235272

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3195235272 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BUTLER DEMSIE M MD

Reference ID #: 2089339651

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2089339651 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

CARLA SUE SMITH

Reference ID #: 2172145675

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2172145675 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

BESANCON SHIRLEY

Reference ID #: 5415677672

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5415677672 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

GOOD SHEPHARD WOMENS HEALTH

Reference ID #: 5416673802

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5416673802 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

ARROW HOTEL

Reference ID #: 3088725692

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3088725692 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

HANCOCK PHYSICIANS NETWORK LLC

Reference ID #: 3174686275

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3174686275 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

GOOD SHEPHERD MEDICAL GROUP

Reference ID #: 5416673731

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5416673731 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 15, 2023

GAIL LYN WILLIAMS

Reference ID #: 7195451191

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195451191 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7709782035

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3308518011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4403726095

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2704954122

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2153336039

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930512

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2036267767

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8632718443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6094905474


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2393602516

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3136660062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721190

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: **9416556712**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4043514559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7278236150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7326177748

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7322236573

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3159825003

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127378824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6789221515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5072868871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6623656025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5122581660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122636713

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3369037887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239752

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122637104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599003483

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072767443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079223958

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819320

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756491

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756646

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9733058780

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4107157616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122638435

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721127

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2065361575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2098283019

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9727338882

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756134


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529347

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756499


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2626755301

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9099867636

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239272

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9169898932

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529710

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819152

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239894

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3199834068

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4048554503

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6208720803

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: **4107719127**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5804829777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122631699

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7245425160

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5152786370

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8063529675


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122634602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3037810357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127373739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527876

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6185945561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9256319915

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4253987878

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819704

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529873

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2134843592

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819867

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7346992182

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4079921137

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2163412445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7325301534

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7068379082

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4698991083

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127252380

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9729602067

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9529280031

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6363260606

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9735068218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5755348607

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122635558

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8639677513

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827057

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756950

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2098283060

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239387

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721174

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3366650598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819955

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6174267842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6419232924

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827825


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757873

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2093963013

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072767010

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529507

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527592


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072767332

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8656371657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5018879122

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9086201898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4098324226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9725038124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5802292212

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756776


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7145516578


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122631722

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9187895609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948304

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127552757

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609318045

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5304522015

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756531

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5304522654

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757073


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827498

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757121

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5304522525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948336

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721139

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072152732

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8042642124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529044

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757608

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8146479916

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2153796220

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7049860690

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9547759909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5706981095

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: $78,458
Applied Rate: 7.75% fixed
Client ID #: 7608757310

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9285271551

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2098283014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: **5104402818**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7078853616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239102

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/20/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023617

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Western Skyways

Reference ID #: 9702494155

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9702494155 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Family Market

Reference ID #: 9708652654

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9708652654 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Mesa Inn

Reference ID #: 9702411096

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9702411096 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Heartland Fertilizer Co

Reference ID #: 9417293475

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9417293475 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Stan's Automotive Inc

Reference ID #: 7854626262

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854626262 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Eastern Systems Inc

Reference ID #: 8024966222

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8024966222 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Northwest KS Decorating Ctr

Reference ID #: 7854626441

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854626441 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Big J Jewelry & Loan

Reference ID #: 9702439824

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9702439824 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Las Cambritas

Reference ID #: 8059279399

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059279399 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Bryan's Mobile Auto Glass Inc

Reference ID #: 8047768068

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8047768068 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Beach House Inn

Reference ID #: 8059696058

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059696058 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Tampa Firearms

Reference ID #: 8136661025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-8 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8136661025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Precision Dimension

Reference ID #: 8146849431

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8146849431 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Northridge Ice Cream Inc

Reference ID #: 8189982936

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8189982936 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Chaparral Ford Inc

Reference ID #: 8306656417

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8306656417 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Car Depot

Reference ID #: 8432934167

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8432934167 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Price Chevrolet

Reference ID #: 8302816212

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8302816212 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Palmetto Hall Plantation Club

Reference ID #: 8436891315

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8436891315 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Chicago Martial Arts

Reference ID #: 8475640205

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8475640205 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Mcelroy Furs Co Inc

Reference ID #: 8472954640

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8472954640 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Tampa Firearms

Reference ID #: 8136661025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8136661025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Saddlers Row

Reference ID #: 8477766574

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8477766574 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Winners Jeffersonville Market

Reference ID #: 7404268766

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7404268766 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Shape Innovation

Reference ID #: 7708697947

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7708697947 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call 1-855-339-4268

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Tom True Auto

Reference ID #: 7653452105

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7653452105 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Evart Engineering Co Inc

Reference ID #: 7653546027

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7653546027 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

INTAT Precision Inc

Reference ID #: 7659322652

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7659322652 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Palms At Indian Head

Reference ID #: 7607679717

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7607679717 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Meshingomesia Golf-Social Club

Reference ID #: 7656511622

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7656511622 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Daystar Apparel Inc

Reference ID #: 7704791145

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7704791145 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Vitalabs Inc

Reference ID #: 7704787373

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7704787373 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Frohlich's SUPERVALU Foods

Reference ID #: 7129995325


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7129995325 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Kbb Best Motors

Reference ID #: 7132782887

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7132782887 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Storm Lake Pilot-Tribune

Reference ID #: 7127323152

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7127323152 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Bixler Marketing Group Inc

Reference ID #: 7123287449

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7123287449 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Land Mark Products Inc

Reference ID #: 7123382263

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7123382263 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Melander's TV & Appliance Ctr

Reference ID #: 7122132245

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122132245 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Guarantee Supply Co Of SC

Reference ID #: 8432932121

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8432932121 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Colorado State Fair

Reference ID #: 7195601953

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195601953 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Hogue's Glass

Reference ID #: 7195899531

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195899531 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Chaffee County Times

Reference ID #: 7193958623

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193958623 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Rusler Implement Co

Reference ID #: 7192547847

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192547847 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Oliver Manufacturing Co

Reference ID #: 7192546371

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7192546371 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Badger Iron Works Inc

Reference ID #: 7152351398

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7152351398 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Giodone's

Reference ID #: 7192952960

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7192952960 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Ranchers Supply

Reference ID #: 7193363523

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193363523 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Rancher's Supply Co

Reference ID #: 7193840318

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193840318 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Phoenix Metal Fabricating

Reference ID #: 7164830922

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7164830922 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Barron County Clerk

Reference ID #: 7155376820

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7155376820 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Holiday RV

Reference ID #: 7195393570

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195393570 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Lighthouse

Reference ID #: 7193844490

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193844490 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Mccasland Glass Inc

Reference ID #: 7192753366

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192753366 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Machine Rebuilders Inc

Reference ID #: 7246943191

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7246943191 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Gooseberry Patch

Reference ID #: 7193726609

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7193726609 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Pueblo West Parks & Recreation

Reference ID #: 7195477401

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195477401 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Prairie Automotive

Reference ID #: 7192673744

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192673744 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Lindner Chevrolet

Reference ID #: 7192750716

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192750716 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

LA Junta Livestock Commn Co
Reference ID #: 7193848521

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193848521 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Master Printers

Reference ID #: 7192758106

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192758106 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Burrell DV Seed Growers Co

Reference ID #: 7192543319

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192543319 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Nucor Wire Products

Reference ID #: 7242459789

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7242459789 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

A J's Restaurant & Lounge

Reference ID #: 7245670040

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7245670040 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

A & G Shoe Corp

Reference ID #: 7732777100

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7732777100 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Blackburn's Burg Family Food

Reference ID #: 7404568000

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7404568000 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

BOND JAMES BOND

Reference ID #: 4097949444

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4097949444 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

20-Jun-2023 15:11:23 From-0262749462590 Case 5:51:23-cv-02674-SHR Document 1-10   filed 09/11/23   USDC Colorado   pg 483 of   p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Tequila's

Reference ID #: 7198462991

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7198462991 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Markley Cove Resort

Reference ID #: 7079664221

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7079664221 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Absmeier High Altitude Garlic

Reference ID #: 7195870495

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options. We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195870495 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Three Sons

Reference ID #: 7123384322

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7123384322 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

REGENCY LIGHTING

Reference ID #: 4145625552

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4145625552 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Fiesta Mexicana

Reference ID #: 7195395200

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7195395200 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Cook Oil Co

Reference ID #: 7193240126

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193240126 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Perkins Chevrolet Buick GMC

Reference ID #: 7193832321

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193832321 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Touch-Love Florist-Weddings

Reference ID #: 7192750619

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192750619 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Ark Valley Memorial Co

Reference ID #: 7192544277

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192544277 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

RAWSON EXCAVATING

Reference ID #: 4144444194

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4144444194 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Parker Pools & Spas Inc

Reference ID #: 7195457946

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7195457946 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Poncha Lumber Co

Reference ID #: 7195399101

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195399101 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Rusler Implement Co

Reference ID #: 7199489736

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7199489736 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Grasmick Inc

Reference ID #: 7197345310

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7197345310 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Pleasant Unity Pizza

Reference ID #: 7244237803

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7244237803 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

Continued on page 499

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Gate 9 Graphics

Reference ID #: 7856322223

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856322223 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

G T Mfg Inc

Reference ID #: 7856323308

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856323308 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Penny Flanagan

Reference ID #: 8042244700

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8042244700 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Golden Kernel Pecan Co

Reference ID #: 8038232080

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8038232080 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Robert Stone Inc

Reference ID #: 9702457007

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9702457007 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Tampa Firearms

Reference ID #: 8136661025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8136661025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Stamp Of Excellence Inc

Reference ID #: 7192757950

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192757950 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Sharpe Equipment

Reference ID #: 7195396640

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195396640 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Don's Food Ctr

Reference ID #: 7127372835

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127372835 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Shorewood Country Club

Reference ID #: 7163660038

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7163660038 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Trinity Plastics

Reference ID #: 7199483064

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7199483064 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Everitt-Moore Lumber Co

Reference ID #: 7195236497

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195236497 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Scanga Meat Co

Reference ID #: 7195396344

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195396344 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

LA Junta Printing Co Inc

Reference ID #: 7193832043

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193832043 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Buena Vista Auto Parts

Reference ID #: 7193950310

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193950310 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 20, 2023

Western Archery

Reference ID #: 7195391293

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195391293 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

OVERHEAD DOOR

Reference ID #: 4159864622

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4159864622 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

CENTRO DE NUTRICION Y TERAPIAS

Reference ID #: 4345281985

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4345281985 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call 1-855-339-4268

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

BUSCHLE, KRISTEN N MSN

Reference ID #: 4258989197

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4258989197 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

POSTNET

Reference ID #: 4155630121

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4155630121 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

MALCHEFF, E M DC

Reference ID #: 4792439153

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4792439153 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Q-MART

Reference ID #: 4408853357

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4408853357 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

CARE A LOT DAYCARE & BOARDING

Reference ID #: 5018879959

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5018879959 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

CLIFFHANGER'S GRILL & PUB

Reference ID #: 5024849097

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5024849097 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

CAMPION ROSE BURNS CATERING

Reference ID #: 5028995934

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5028995934 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

REDDING PRINTING OF CHICO

Reference ID #: 4253914589

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4253914589 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

COMPLETE CASH

Reference ID #: 5053452329

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5053452329 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

REAVES CHIROPRACTIC HEALTH CTR

Reference ID #: 5089163356

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5089163356 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

JARED THE GALLERIA OF JEWELRY

Reference ID #: 5102084326

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5102084326 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

AUTUMN HILL LANDSCAPE  DESIGN

Reference ID #: 5103539590

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5103539590 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**


# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

FUNERAL & CREMATION SVC

Reference ID #: 4408451488

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4408451488 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

LANDSTAR INWAY INC

Reference ID #: 5128230334

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5128230334 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

ADVANTAGE FORMS & GRAPHICS

Reference ID #: 5108653604

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5108653604 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

HULTS, RICHARD E OD

Reference ID #: 5128327826

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5128327826 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

ADRIAN SCOTT INDUSTRIES INC

Reference ID #: 4808922302

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4808922302 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

BARNEYS NEW YORK

Reference ID #: 5162851477

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5162851477 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

DYMECK, TERRI A NP

Reference ID #: 5305469409

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5305469409 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

ITADVANTAGE CORP

Reference ID #: 5183820667

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5183820667 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call 1-855-000-4060

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

MC DONALD'S

Reference ID #: 5302467902

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5302467902 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

CORNERSTONE PAINTING

Reference ID #: 5308738130

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5308738130 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

AUTUMN HILL LANDSCAPE  DESIGN

Reference ID #: 5103539590

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5103539590 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

ARROW TOOL DIE & MACHINE CO

Reference ID #: 5598675719

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5598675719 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

NETWORK ENHANCED TRAINING

Reference ID #: 5596555211

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5596555211 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

ALMOND TREE INN

Reference ID #: 5099467710

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5099467710 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

MILLER, KELSEY ANN

Reference ID #: 5597575726

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5597575726 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

EMBROIDME

Reference ID #: 5624947229

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5624947229 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

HEALTHY PETZ VET HOSP LLC

Reference ID #: 5618489844

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5618489844 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

IBEW

Reference ID #: 5703473987

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5703473987 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Hong

Reference ID #: 6264520676

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6264520676 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

DONJANELLE UNISEX HAIR SALON

Reference ID #: 5702813585

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5702813585 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

HIS STORY CHRISTIAN GIFT CTR

Reference ID #: 5702813591

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5702813591 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Omega Sign & Lighting

Reference ID #: 6307600777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6307600777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

BENNETT'S DECAL LABEL

Reference ID #: 5176490015

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5176490015 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

FIRST CASH PAWN

Reference ID #: 5702813760

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5702813760 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Jennings Realty

Reference ID #: 6612424901

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6612424901 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Ram Enterprises Tech Inc

Reference ID #: 6505749019

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6505749019 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Connie's Kitchen

Reference ID #: 6626862255

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6626862255 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Hula Inn

Reference ID #: 7034352505

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7034352505 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Sabatini's Pizza Inc

Reference ID #: 5706939747

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5706939747 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Matus News

Reference ID #: 5707797773

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5707797773 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Black's Forklift Sales & Svc

Reference ID #: 5178494002

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5178494002 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Alsco-Geyer Irrigation Inc

Reference ID #: 5304762256

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to your personal credit agency, and will only report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5304762256 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Hong

Reference ID #: 6264520676

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6264520676 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

FLAGSHIP FLOORS

Reference ID #: 5632630405

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5632630405 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Shade Mountain Golf Course

Reference ID #: 5708376011

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5708376011 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Blue Mountain Furniture

Reference ID #: 6626859950

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6626859950 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

JPFCE FEDERAL CREDIT UNION

Reference ID #: 4356783277

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4356783277 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

ITADVANTAGE CORP

Reference ID #: 5183820667

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5183820667 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Southern Illinois Crankshaft

Reference ID #: 6182824144

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6182824144 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Blue Mountain Furniture

Reference ID #: 6626859950

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6626859950 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Dalton City Parks & Rec Dept

Reference ID #: 7062781057

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7062781057 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Harres Home Furnishings & Appl

Reference ID #: 6182818687

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6182818687 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 21, 2023

Secon Inc

Reference ID #: 6182827702

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6182827702 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721107

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7172993301


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8024638163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8638675017

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6175170128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3367755470

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3216776600

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7409263053

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9785601252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8455261889

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6179641940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4124298292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7723160706

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: **8149496448**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7869240721

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5306786252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4023710961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8644587994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527502


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756644

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072487861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3308213923

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8183421614

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239740

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4403587014


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073717251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2137406999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7182731949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5034270097

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7078853672

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239853

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208

*To be removed please call 888-641-0558*



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527407

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8109871323

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127329215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079223823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: $78,458
Applied Rate: 7.75% fixed
Client ID #: 6617527215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930597

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9522223697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5152433854

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8459137274

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5802435698

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9122610634


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9014242859


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9797252265

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6302086969

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: $78,458
Applied Rate: 7.75% fixed
Client ID #: 2098283073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127373370

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757517

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948177

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948087

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137692

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239243


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948360

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9169890783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527688

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079880871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757587

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079242153

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756998


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023729

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757939

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3095650717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7186430637

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: **7188863442**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122636106

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079247645

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2548533881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948302

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072152042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3852502143

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079247309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3307773286

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7752893343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527713

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072152661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2063501044

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8329994745

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4055923330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5152472054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6416533317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5807189443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8307095078

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769819


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757620

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8704775207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3237217210

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9496609732

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9493686085

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239562

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757910

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769390

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072212811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/22/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7148911343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Healdton Electric Co

Reference ID #: 5802292939

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292939 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Privett Sales

Reference ID #: 5804829777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Music World

Reference ID #: 5753923154

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5753923154 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

All Around Graphics

Reference ID #: 6052246816

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6052246816 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Van Skiver Motors

Reference ID #: 6075355489

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6075355489 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Blind & Shutter Gallery

Reference ID #: 6152210099

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6152210099 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

22-Jun-2023 15:21:23 From 028 284 3560 2525 Case No. 1:23-cv-01349-PAB Document 1-10 filed 09/11/23 USDC Colorado pg 696 of p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Baensch Food Products Co

Reference ID #: 4145625525


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4145625525 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Tobin & Assoc

Reference ID #: 6108384991

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6108384991 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Phoenixville Foundry Svc

Reference ID #: 6109331512

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6109331512 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Addev Materials Converting

Reference ID #: 4145469551

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4145469551 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Wisconsin Cyberlynk

Reference ID #: 4148589336

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4148589336 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Options In Time Inc

Reference ID #: 4846889005

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4846889005 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Fitness 1 Of Nashville

Reference ID #: 6157773839

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6157773839 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Specialized Coating Svc

Reference ID #: 5102668742

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5102668742 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

MONRO MUFFLER BRAKE & SVC

Reference ID #: 3237260933

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3237260933 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

CULLEY'S MEADOWWOOD MEML PARK

Reference ID #: 3617820147

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3617820147 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

LEGGETT'S APPLIANCE SVC

Reference ID #: 3345129979

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3345129979 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

GIORDANO'S COLLISION INC

Reference ID #: 3617415399

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3617415399 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

22-Jun-2023 15:09 From: 0262363772000 Case No. 1:23-cv-02363-KAS Document 1-10 filed 09/11/23 USDC Colorado pg 708 of p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

REGUS

Reference ID #: 3612772000

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3612772000 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

HUGHES III, THOMAS J

Reference ID #: 3236543096

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3236543096 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

HABITAT FOR HUMANITY RESTORE

Reference ID #: 4023592792

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4023592792 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

Midwood Inc

Reference ID #: 4199372332

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4199372332 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

FROSTMAN FISH MARKET

Reference ID #: 4066528536

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4066528536 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

POSTNET

Reference ID #: 4064535197

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064535197 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

BRAZORIA INDUSTRIAL LAUNDRY CO

Reference ID #: 4064428573

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064428573 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

INTERGENERATIONAL DAYCARE

Reference ID #: 4064529094

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064529094 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

22-Jun-2023 15:11:23 From 0202846242735 Case No. 1:23-cv-02346-DDD Document 1-10 filed 09/11/23 USDC Colorado pg 716 of p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

ADECCO

Reference ID #: 4062482735

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062482735 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

ALPHONSE, OSWALD J PA

Reference ID #: 4064491393

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064491393 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

PACIFIC  MAINE

Reference ID #: 4064946811

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4064946811 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

JC PENNEY OPTICAL

Reference ID #: 4062523024

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062523024 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

HENKE'S FLOORS INC

Reference ID #: 4064531700

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064531700 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

A GENTLE TOUCH HOME HEALTH

Reference ID #: 4064221062

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064221062 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

EARLY START SPEECH LANGUAGE

Reference ID #: 4062566229

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062566229 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

22-Jun-2023 15:11:23 From 0262846497850 Case No. 1:23-cv-02405-KAS Document 1-10 filed 09/11/23 USDC Colorado pg 723 of p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

AKI CHIROPRACTIC & ACCPNCTR

Reference ID #: 4064497860

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064497860 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

REEVES, KENNIE DVM

Reference ID #: 4067966007

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067966007 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

BOB'S AUTO BODY

Reference ID #: 3083457719

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3083457719 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

COMPLETE FAMILY FOOTCARE

Reference ID #: 3083453586

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3083453586 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

ALLCRAFT PACKAGING INC

Reference ID #: 4068462854

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4068462854 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

INTERIOR IMAGE

Reference ID #: 4066289321

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4066289321 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

MONARCH GOLF CLUB

Reference ID #: 4029169984

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4029169984 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

JACK IN THE BOX

Reference ID #: 4062818116

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062818116 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

MONROE TRAVEL SVC INC

Reference ID #: 3205732469

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3205732469 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

AUTO GLASS NORTH MIAMI

Reference ID #: 4067216170

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067216170 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

BEND SISTERS GARDEN RV RESORT

Reference ID #: 3088722740

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3088722740 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

JAMES H WEBSTER & ASSOC LTD

Reference ID #: 3084325424

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3084325424 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

CAROLINAS MEDICAL CTR AT HM

Reference ID #: 4064437732

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064437732 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

REPCOLITE PAINTS INC

Reference ID #: 4064543000

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064543000 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

22-Jun-2023 15:71:23 From: 026 28468423508 Case 1:23-cv-02406-DDD Document 1-10 filed 09/11/23 USDC Colorado pg 738 of p.1

758

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

CHIPOTLE MEXICAN GRILL

Reference ID #: 4064423508

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064423508 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit

## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

KHC INC

Reference ID #: 4062946701

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062946701 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

AVIS RENT A CAR

Reference ID #: 4064943373

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064943373 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

DONNA'S

Reference ID #: 4066559065

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4066559065 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

GEORGETOWN BAGELRY

Reference ID #: 4062275596

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062275596 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

JOYCE KEVIN ARCHITECTS

Reference ID #: 4066526854

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4066526854 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

DORSEY FUNERAL HOME

Reference ID #: 4067274817

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067274817 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

BOGART EXPORT SALES

Reference ID #: 4064949235

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064949235 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

BURGER KING

Reference ID #: 4064420098

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064420098 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

HICKS, ELLEN MYREE

Reference ID #: 4023910039

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4023910039 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

FAMILY PHARMACY INC

Reference ID #: 4066525461

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4066525461 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

BEEPER WORLD TMC INC

Reference ID #: 4067235406


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067235406 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

ACCOUNTING MANAGEMENT SVC

Reference ID #: 4067703802

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067703802 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

END ZONE

Reference ID #: 4046997535

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4046997535 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

CLEM LENISKI & SONS INC

Reference ID #: 3165352500

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3165352500 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

REPRISE AUTO PARTS INTL

Reference ID #: 3199834068

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3199834068 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

CUSTOM WOODWORK

Reference ID #: 3195235514

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3195235514 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

EL MOLINITO

Reference ID #: 4064422064

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4064422064 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

COMPLETE CASH

Reference ID #: 4064570810

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4064570810 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

HACKER BUSINESS SVC

Reference ID #: 4067215234

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067215234 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 22, 2023

JACKS BODY WORKS

Reference ID #: 3197525636

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3197525636 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**