UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO
1929 Stout Street, Suite C-120, Denver, CO 80294-0101

| | |
|---|---|
| **ASTRO COMPANIES, LLC** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **WESTFAX, INC.** ) <br> ) <br> *Defendant* ) | Civil Action No. 1:23-cv-02328 |

### AFFIDAVIT OF SERVICE

I, Chris Richard, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Westfax, Inc. in Arapahoe County, CO on September 18, 2023 at 10:31 am at WestFax, 8085 S Chester St, suite 270, Centennial, CO 80112 by leaving the following documents with Kyle Deschamps who as Software Developer is authorized by appointment or by law to receive service of process for Westfax, Inc..

Summons
Complaint
Civil Cover Sheet
EXHIBIT A
Exhibit B7
Exhibit B1
Exhibit B6
Exhibit B4
Exhibit B5
Exhibit B3
Exhibit B9
Exhibit B2
Exhibit B8

Additional Description:
Served

White Male, est. age 50, glasses: N, Gray hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.5704650879,-104.8798399978
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in

   Arapahoe County                        ,
   CO     on   9/18/2023          .

/s/ *Chris Richard*

Signature
Chris Richard
+1 (720) 628-7457

# Exhibit 1

Exhibit 1a)



Exhibit 1b)

