### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ASTRO COMPANIES, LLC )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>WESTFAX, INC. and JOHN DOES 1-10. )<br>)<br>DEFENDANTS. ) | Case No.: 1:23-cv-02328 |

### NOTICE OF ENTRY OF APPEARANCE

**COMES NOW, WILLIAM B. HAYES**, an attorney duly licensed to practice law in the State of Colorado and recently readmitted to this Court hereby enters his appearance as attorney of record on behalf of WestFax, Inc.

Dated this 21st day of December 2023.

*/s/ William B. Hayes*
William B. Hayes
824 Hideaway Circle East, #341
Marco Island, Florida 34145
sqhayes@aol.com
303 514 0658

.

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on Defendant's yet to be admitted counsel via email to sqhayes@aol.com.

                                                    *s/William B. Hayes*