# EXHIBIT B2

https://grabify.link/70ACVS



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4199949037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5706585029

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7204845255

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529435

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3307333040

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948165

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529512

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136231806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136249423

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152066

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4107885799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2486871646

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5626936695

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4076225176

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527464

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522939

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7144917766

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2066954387

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529386

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3157893993

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8286967866

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3128363799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200741

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527233

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023687

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239682

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609934

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8047589205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2408180170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6303844383

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3108261996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242901

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769595

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003481

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930572

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2124306734

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9733721073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5308942798

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7172469223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8504327989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6787296951

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2568921061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239415

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756506

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948359

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4809055848

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4408080035

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3307994228

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2547731925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3162849364

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948378

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078853951

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239279

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758519272

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819371

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136257208

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7244575423

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9727338975

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6159657645

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239529

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522282

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242856

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819761

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239755

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103375609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4089850539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5735248023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819787

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8307092092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827813

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3234638041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948277

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757860

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827958

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756908

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8154394403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948249

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6363762380

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5802435325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970505

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2065363635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9194012997

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9016669175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757798

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827194

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4064497920

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9188772662

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819607

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239017

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7754610091

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9724083166

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827422

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4809054287

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7757834008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819480

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529187

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6083257702

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4259681266

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948081

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137440

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767137

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6029923268

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5083483226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4094297486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2177935163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097966111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283078

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7607679895

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948213

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8044361024

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819425

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6269672745

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9313590806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3868607226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819491

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3122143952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529508

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819327

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023220

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137032

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706210000

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9186743037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9189625344

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302412198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4356543092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137392

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6572082103

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239347

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529936

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527582

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079286970

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609674

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758282318

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6232334508

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8015475046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5207473020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8183487383

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9566271026

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8638675406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5085623667

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2077255953

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8044725063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7048737282

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7032237050

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6103751982

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5089163356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7703850552

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8303939973

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8142386645

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522607

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7037719682

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137688

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023591

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529724

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7046459218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9417982404

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9043678483

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948088

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756260

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5806542036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3106715331

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5624947575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948189

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7146367117

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827077

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093963071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7604658880

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819488

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529987

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103904720

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4062340792

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9037599803

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2012871550

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239665

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103297145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2539279648

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072811491

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2137460388

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819850

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948284

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3232547333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6303506739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239367

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756469

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8312999789

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9494976957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948072

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529030

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072208721

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239048

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6036692741

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6024375862

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819087

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093963055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522985

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137745

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7075494111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6175394402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2095470150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6269880093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756677

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948220

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706647379

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7705368397

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4403999020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2085520258

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4808602961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5033311548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769303

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757297

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522701

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529738

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6508608984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7817026831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6572087587

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2123801665

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8145425054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9896780938

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9545720301

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7578980739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6167353197

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5409616350

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8039730296

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7705320016

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4145625525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7403470053

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6176557201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6362855933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9543150240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529941

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609102

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819508

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7145565690

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769973

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948184

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9412569992

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5702704606

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3307584480

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4045210445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3133876031

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4122553701

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5165222699

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8046736983

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6034312910

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7812133068

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3462995270

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7084859208

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714875

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8474910308

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023791

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757759

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529665

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239451

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5623779304

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4436525904

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9182240547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522237

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819497

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093962935

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3109732432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757273

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9372933884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2695808013

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5403490967

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8307414309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3037830631

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8182229102

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2537592342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239833

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529098

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3059567825

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2485494086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9042577080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4326956274

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6012989205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6782246938

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2819947399

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6317349005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8142252253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333527

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003475

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8475162952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2256188900

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527437

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3033463250

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527370

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9095728691

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5732044200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4053408048

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5804464432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6196973771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302689393

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4696079229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318544091

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757817

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608733420

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023897

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717632

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5104905501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7089230006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3237574931

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527345

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2087335593

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6099652384

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8329561918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/27/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8173942001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103194326

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2483284521

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3368861264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6163433309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7273028999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6204225174

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8474871096

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3154370369

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6012989015

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2172679925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3018682367

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617217773

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2067841550

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152596

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6148827876

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9183219459

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302882564

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757758

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3608760101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239273

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4048145295

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9497544428

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2082285218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9099461946

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242796

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305713367

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529689

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9495486201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948228

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8154853391

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2057446949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8458781023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6612692120

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527235

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5122631739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527537

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4016082054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757745

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072811611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254011031

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8058884332

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318544235

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527621

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9547533899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5134401638

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8134900930

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9412569994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4043449870

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023160

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7089460501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757546

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529368

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6467222501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6235611002

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769136

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4056323315

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819549

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2488556514

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8132823553

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5853948356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9207436914

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6309554556

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3097922108

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4064825106

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7139645359

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5595004023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819893

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2082356260

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756045

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5624754970

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757901

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6263076476

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103259101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/28/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8187080166

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3055939214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8045299592

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7172583402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7048474655

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6178682791

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522516

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3126424871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5166222236

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239049

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8312999499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103245174

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9043851907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609670

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4192874925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4073270913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200601

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7202792501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7149532614

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769183

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137199

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529690

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2706926775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819050

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529751

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064006891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757047

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761702

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3608255159

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5058281663

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6282437200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8592729134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7852736445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7852631645

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2063500976

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023351

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3237300321

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136179203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6517148580

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

    


Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757391

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527591

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930481

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8634579941

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2567299633

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239489

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757484

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767211

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529527

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137750

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757836

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4076796899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239148

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819166

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529643

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527493

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239354

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003469

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609199

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023490

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2624780501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239788

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079286988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306656400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239447

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5622866515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756934

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617639283

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

09/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617639283

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2129893004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7163539610

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4135620311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3137849090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2123679212

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2024836488

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9412569902

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5408223858

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7176915551

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7033528678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2159880879

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3096769001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4356457890

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819958

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3038463011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212721

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609546

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527348

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527492

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2485249628

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023534

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4407171760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8478240419

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073133681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2535885759

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6023812599

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757344

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527712

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758259170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7753895042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097451572

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767352

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529829

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527567

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8162298918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3306157311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6086635444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8183454531

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2089177918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9043942898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9286452554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948295

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756855

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097895779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212522

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5135830277

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527840

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023262

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103932330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5045857303

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6023964226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819788

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6193997089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527404

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3609330825

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4135495868

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2407767030

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3462410729

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4702370881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5412648219

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2243875561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9722365683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756738

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9168536848

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6263362003

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527883

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8188658899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6144128125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529807

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023126

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527768

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2813766594

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4102882393

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032331557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7738830684

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254009064

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529903

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756405

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4403244473

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8312999700

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756423

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9163924285

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6309554178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137727

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4087273949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3019611560

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9496401076

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3026501599

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8059274214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9722319871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9099410252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9378668088

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6309838375

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9134029529

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527494

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8013775779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758837983

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948399

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3605734311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3235215113

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819278

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529955

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064440408

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2088879227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3163207018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7736222699

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527284

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529906

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819914

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970914

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5863362536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8102669988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614167221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283026

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3852502152

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9858000049

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333323

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239742

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239972

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756835

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757293

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8324088511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6307921341

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948345

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970917

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757164

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827768

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3105492309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3306282659

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9512218403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003447

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239911

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239169

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827155

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2547738430

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529397

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756654

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4089000047

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239266

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8644637682

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3155396433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2485424770

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3345669685

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023650

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827722

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827725

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239513

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819632

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9378570134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529238

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9099892477

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4242479643

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003452

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9706414660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8189207130

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003466

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4159570555

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9188772732

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2015213180

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757631

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819316

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3106030014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819434

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529755

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254843384

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487981

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3523078103

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239044

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9208871203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756615

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529538

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756345

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8474987314

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757040

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819897

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819172

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819085

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9284456267

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6787052346

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032236377

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6025221800

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6152546750

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5737229886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8172858839

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9792970724

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4154335994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527144

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758264782

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756496

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522684

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7607209729

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6505839060

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064552701

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9047335647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5108413884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5099662860

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/05/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2284754898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3307629173

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706500092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2768612804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4104528046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4048880504

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8648829385

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2103496157

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9192559998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7708925259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6363794804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9894488444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5402961178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3162849856

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527908

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239523

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7203786541

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306868671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239670

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6264520984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769597

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3308546371

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8178382510

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9038482206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5734840012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970791

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7068826011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8312999989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527274

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529452

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5595542037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529261

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819606

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9256822967

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529488

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5043244766

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2254067671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529944

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6028005711

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9728103221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5303462925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023258

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757422

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819504

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3232319230

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137370

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8189363394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527094

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8457270085

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239530

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9497862300

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023412

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6014274801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3152650128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5717321116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8434198697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8055830095

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6019819975

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930047

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9032364288

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3123739213

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6263367573

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527929

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769168

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756375

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4144479891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819924

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2089172818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3617820485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756555

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5184526804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757146

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6262938165

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9205653994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7702912131

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8146298087

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305735205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239744

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529331

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200102

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7148340070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8188400215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4085736223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283098

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819468

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7083445505

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9167723699

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819644

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529141

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8134900944

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
949-287-5885

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9259471119

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5125283936

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9187428990

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8176177848

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8458537780

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3037406785

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

10/06/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819876

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



Coast Credit
Commercial Finance Group
858-224-0718

09/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2107331401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com