# EXHIBIT B3

https://grabify.link/8DK8PA



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239354

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239048

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9494976957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948072

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529030

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072208721

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721121

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2485464455

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2123801665

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5089163356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5088297887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2485494086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3473281825

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3059567825

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2166410927

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6175394402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9042577080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9412370968

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2165668331

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9896780938

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8149389151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6319815681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8648340454

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4403999020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9543150240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6317349005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706647379

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9785170290

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6103751982

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7047544730

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7039689291

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7817026831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7319682500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7705368397

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9208853899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2626284661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8145425054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9549745406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721179

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9372933884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7578980739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6782246938

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6572087587

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757297

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4807866735

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6508608984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522701

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769303

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5305440441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3368961775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6269880093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5033311548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4436525904

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756677

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529738

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948220

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9182240547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8142252253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8307414309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6176557201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529098

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757273

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239833

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2537592342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3037830631

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8182229102

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819497

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522237

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7145516581

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3109732432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8703825316

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4326956274

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093962935

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6012989205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4053408048

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8475162952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6056680585

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7852351565

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7127327185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9205634889

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003475

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2095430333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333527

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6196973771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9165004141

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8084275924

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4016082054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8132174664

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2483284521

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3018682367

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4104375162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3017334981

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4048145295

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2073315123

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6467222501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721234

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2127308551

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3304684133

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3154370369

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4147166330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8474871096

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7134563494

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6148827876

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2515752870

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9203248868

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6204225174

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2057446949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7635660805

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4056323315

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6157636356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103259101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819549

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6235611002

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7074857784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2062091262

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254011031

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769136

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527621

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103194326

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



## Coast Credit
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7273028999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3368861264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6163433309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5122631739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9183219459

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8154853391

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2082285218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302882564

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239273

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9099461946

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757758

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242796

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5302393212

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948228

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9497544428

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529689

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9013674169

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9495486201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3608760101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9195603222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4073270913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7048474655

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2485887196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7062531957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4407171760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6782984223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7186018528

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2036424466

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4403244473

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6062484149

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709845474

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2706926775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4047515066

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7176915551

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2129893004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9194621448

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5166222236

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9313884314

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2486939460

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5184774319

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721119

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8102669988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6035283315

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4135620311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2024836488

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7722869312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4073439495

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2123679212

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5736242115

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8478240419

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6159860881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3033886736

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529829

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2628270221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6023812599

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333323

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239742

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6193997089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073133681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9512218403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097451572

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7753895042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2086781594

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757293

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6782740043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767352

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2535885759

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614167221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758259170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527567

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757344

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756835

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239972

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527712

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5863362536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6307921341

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3055939214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8324088511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7193833060

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2088879227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827768

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3034308476

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948345

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970917

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3105492309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



## Coast Credit
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8059274214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137727

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4087273949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757164

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9099410252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614718519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6066171376

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7577236005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7404568000

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7049479553

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2016231819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4076796899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6309554178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7852631645

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3193782953

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9208828215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2624780501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3204337231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8175717686

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003469

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5034965321

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609199

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3237300321

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098268216

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/14/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527493

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9367272786

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5415041352

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819870

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529321

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5737379679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3089282763

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



## Coast Credit
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948181

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5157271663

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6157223814

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2538040654

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6367420420

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756177

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8183400345

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072811822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5123232565

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9402390125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8014862006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: **4098138182**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819424

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6316676642

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5087560791

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137742

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769528

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9495512324

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9519400810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714484

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819608

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527600

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2066523205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7318857720

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/9/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6823237022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6108739597

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8638675934

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4105814923

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721166

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8479192104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3129889215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5613275390

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8307414355

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7326959011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023017

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2146771461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9182882888

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333757

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827024

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3032610240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769867

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4023970190

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948030

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239349

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527396

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239184

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023098

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522553

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880924

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948069

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527495

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6612597818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073565071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3306453655

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7167121561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3303253214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6102625393

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3302379741

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2037775387

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7247748206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4043446601

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4233395884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721169

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7704571799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8508352929

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6516462542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2126873418

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6306263255

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8502154109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7132095785

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8608703427

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6308934649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9035362402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614392992

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2562071683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7208951986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8184099115

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7148663214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767034

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



## Coast Credit
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5592276897

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527337

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5308892953

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247591

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527313

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032237288

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757927

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

  


**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4042920133

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/10/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4695686650

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4102870421

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8047471315

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7167721055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7035807840

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709960327

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9374732799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2548533016

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5124100360

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3047573226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6017346728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9192619567

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2109635444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714711

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6028703566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599479021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2626726337

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318544329

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529821

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137558

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8318544175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948243

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6196628617

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239836

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
858-224-0718

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6056651422

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
858-224-0718

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5183820667

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8648340454

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9198700859

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6147251651

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7708887491

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4124615292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9412389984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5177842298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2768612205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3157813279

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3306284006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2695808013

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2028778602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7037146684

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7577773686

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9194621448

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3868607226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4406479191

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9042680409

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5123464188

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7812630086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148333168

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9134220061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2083226405

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5302458594

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9096017061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2023150696

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4198229845

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6196973771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8036192027

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3306337268

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2812420707

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9184594550

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7148340070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7753232119

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5107836446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2536311375

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5105319678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8434198697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4407170499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7167121561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3304751872

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930537

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6038829747

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2058792381

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5737561377

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8054967479

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9783880034

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4125711471

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4082984764

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9733315460

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2705616063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9164836664

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7166345404

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5737208560

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9524324969

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8477848889

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757985

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756430

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757776

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239076

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7022704114

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7737147967

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8156346340

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948112

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827133

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527882

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527255

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608765560

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769631

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003471

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4234729555

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6149341590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9543311051

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4023512956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7138316888

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2163414523

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3523538004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8652682982

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2028778602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2566668401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5808744411

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6056653050

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3183955006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6622949057

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4123840318

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5045995966

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948328

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5305053384

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003477

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023398

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239613

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3235876591

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023517

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529753

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756451

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756564

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7148991867

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717483

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3073223449

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7759964333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5095455845

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/15/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9259320335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8134184395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7067968678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3138334461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9144444248

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8282819092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4129215648

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8149389151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9127547015

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7243562292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4192874925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8592771532

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3017223229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3864102949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614392992

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709293671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8648014751

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6108674211

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3015950947

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3307841390

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3252239717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4803570011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9162929227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7022631929

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8582701717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8708455648

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098469255

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5095707412

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8642324554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2624160085

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9158594404

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148317882

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8189510102

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7146367117

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169898932

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6264454632

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5108413884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9099461946

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9042077167

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8173942001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8164079395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9722982542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2084250150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4144479891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2062737401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5034867035

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3109656552

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6194695986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8184099115

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8592729134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9096222708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9258371302

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306656417

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9038482055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5308942798

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4123840318

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4234729555

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3033463250

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/16/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8702369603

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103877637

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7043381478

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9048079746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8458381163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4076796899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6172080458

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4135285441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6467224101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9088591569

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9198700859

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9372475509

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9315263318

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7186842726

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2299855525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6782331633

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2346005101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6783888649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7034782930

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3155390538

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9016669450

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8152642315

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2628627703

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2016620912

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7757822508

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9098221602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6614812100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3864475223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3055533655

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9365366132

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9543150240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7275269043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5184339744

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2342545248

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4064497920

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8016018570

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094769691

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3106325842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8503256020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7277967257

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8705720525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8053645428

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7708086777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4155937974

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9737951259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5037860661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7067740109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9038482206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6192963898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6195163590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7068842429

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4102882393

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306251280

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5207229524

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5107949783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9043942898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2066523205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7033541570

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4347574453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306716062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7039416941

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8644632736

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8309961607

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3147977154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4154335994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3152650128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4258284008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5034923635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9728103221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2815372253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2539528256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/29/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6023964226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8652682982

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3154459541

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9174727865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4408272175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4078550719

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9122610634

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7702975025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7038157952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8149415496

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6142694155

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7819797696

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2016629622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7035807840

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4843678255

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7749618907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7066329004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5862830535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8568482105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7042951881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7062584167

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7324821731

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8605701391

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8138899724

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5076293086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4436525904

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7034769627

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6235611002

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7183692537

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8658558159

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6784896716

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9782282187

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7312499003

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7347694848

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7044146777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3204337231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6066780333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



## Coast Credit
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4803455539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6613227736

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6086635444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5203243152

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032331557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2099524036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6194651634

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2144447306

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7318474511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5152522523

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8164483153

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9402390125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6014274801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072487444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5613957760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9166828801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4695211204

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9706412999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8159351010

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4145625525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9288822056

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7148261810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3033886736

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9167977311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7024056956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6165303893

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5033579422

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6265515156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7177748852

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4088484341

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8183487383

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7757821094

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8136840797

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2483585125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5592921332

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3162849856

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8156692980

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8142090093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9367272786

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4696079229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5737229886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6612692120

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9495486201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8053104515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5097358535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7199249593

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

11/30/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4087273949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7578980739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9549511389

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3156528547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5867565829

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8145425054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3525979263

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8455173814

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5139430945

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2037201626

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7708142327

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9417613704

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8649679054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8655247999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7176320806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7243798548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5138892557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2812889325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7168230444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9137219858

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9728693875

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6624525021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9722439601

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3034694976

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7315064888

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7314225031

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6612597818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2704954122

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7316459446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103291213

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608733420

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9095746001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5108952520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7147413904

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8307414355

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2187512076

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5628688060

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7318861220

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6152924716

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3047887591

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8055070184

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9516821580

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5598672015

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4242479643

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5036657200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7754610091

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9253009512

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2535644813

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6625600603

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9259544770

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/1/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608765560

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8307092092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4042991500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9529291943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4808333298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8172766438

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

11/30/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5305053384

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8106870581

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8456346828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103375609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2025263994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930572

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3307994228

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706210000

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7707160263

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8659844977

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2408180170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4408853357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6103841110

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4107885799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7726927602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9313590806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7186842726

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2177935163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5122555559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3122143952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3162849364

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4094297486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3157893993

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4078431317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819371

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819425

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078853951

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2486871646

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948213

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097966111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6177429465

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239279

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948378

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6613227736

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136257208

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9738600310

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5083483226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721132

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758519272

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3193983352

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7248347765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3044422156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4348461690

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6314738515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9204599799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8286967866

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8047589205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2547731925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9204677846

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6303844383

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4809055848

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5203255538

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2066954387

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522939

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3236486601

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5595004147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7144917766

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3108261996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769595

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529386

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527464

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242901

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003481

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3232236535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3608926415

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5853965942

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8603488861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709357691

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4843390185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3126092720

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6083257702

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5802435325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9205638558

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949 287 5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2626236602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8154394403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6363762380

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4809246452

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6269672745

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948249

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529187

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5308942798

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2065363635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072200760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767137

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970505

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6029923268

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7753232119

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8584527749

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3868607226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



## Coast Credit
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2123432960

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4259681266

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9088350376

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137440

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948081

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7068842429

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7172469223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8504327989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8044361024

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2124306734

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302412198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5164810731

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9566271026

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8702369603

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9186743037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2812889325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2568921061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4356543092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7758282318

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9189625344

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609674

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756506

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8183487383

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079286970

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4408080035

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948359

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527582

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137392

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9163617995

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529936

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239347

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2094333226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239415

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709612695

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7048737282

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9735068715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8044725063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7037719682

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8142386645

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2012871550

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7032237050

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9204674531

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7318841171

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5806542036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6303506739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3196883008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2818794443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9037599803

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948189

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7146367117

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827077

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2137460388

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3609935254

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2095470150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3106715331

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/6/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com