# EXHIBIT B6

https://grabify.link/IZIWOY



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4806801079

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9894488444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614879231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8648457012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4043557952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2702943777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8594857502

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7166726237

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8567722789

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2486773335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8138823200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7163662389

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4102968569

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8646249356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8282819092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2125754686

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721112

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6782331633

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5402961178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3135370505

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7249307661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9738576032

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7708925259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5152626840

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9192559998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6304169449

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4143047886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8705649979

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527796

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9785797984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5595004167

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239324

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6066171320

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4803149240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609510097

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306868222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529725

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599002664

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756277

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212032

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8042627554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8654298822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9163342084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4256735508

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9418821800

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7166619436

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3123739213

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9728103221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9014587192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6363794804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7163669337

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5043244766

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2254067671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9204962515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5018444474

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3162849856

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2103496157

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7147708533

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769597

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819504

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4065637728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
  • Approved Options within 24 hours
  • No Upfront Fees

REPAYMENT
  • No Daily Payments
  • Terms: 6 months – 10 years
  • No Prepayment Penalty
  • 50k – 350k Available

QUALIFY:

  • 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757422

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5303462925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3232319230

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239670

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6264520984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023258

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306868671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239523

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529944

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527908

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9038482055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6263367573

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527920

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9712508123

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7145407610

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948320

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757865

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948033

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003487

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529065

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827249

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527639

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757372

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073133771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757997

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023625

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8182491790

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9163869438

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6028005711

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756884

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9252741698

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756384

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3373699381

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5104419997

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5078255951

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4754000683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4128814055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4048880504

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721217

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4104528046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7169856603

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7322235660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2702942886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4438781414

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3527328596

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5745341289

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2768612804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7033528678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7164841723

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5022539695

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2159880879

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9043942898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2154820554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3306157311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9032388304

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8648829385

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721118

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2485249628

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9722365683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8474386715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9177220561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6086635444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3096769001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4356457890

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3038463011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097895779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609546

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103256792

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756855

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7472649595

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527492

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8162298918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212721

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023534

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2089177918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9286452554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819958

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8188658899

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212522

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3137849090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8183454531

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103932330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527840

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948295

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023262

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527348

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706500092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3307629173

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9205653994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2089172818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6627962222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4144479891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3617820485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7083445505

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6262938165

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757146

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023412

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9497862300

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8189363394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9259471119

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756555

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137370

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527094

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819924

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4157071779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7147413904

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239530

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/20/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6823123619

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4125614427

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7322236573

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7244524977

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4235254164

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2393602516

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2484601599

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7325725343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7169856627

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4122645700

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9733058780

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5856410259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4107157616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721127

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721190

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2342545248

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3524652155

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3053674026

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7033541570

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721195

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4047674232

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8453584539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2036267767

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7136278444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4053296492

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2148873559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7246251922

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2626755301

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9727338882

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2039611709

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3147817228

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2065361575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529710

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819152

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6194018358

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529347

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239894

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169898932

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283019

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2536311375

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239272

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9099867636

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7757860790

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8032549602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8183453678

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599456714

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527278

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819630

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819696

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003438

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9096080104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756364

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5597515300

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7149972828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2134843566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948346

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6269153779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093962996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/21/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9739090267

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2153555764

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930926

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7864608700

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7243277247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2164320515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3023681343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6093873599

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8648454799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721171

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7707848039

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9042680409

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2039074132

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6174775513

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3867758999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7043381478

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8166284508

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8655845804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5088825566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5403491256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103414650

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721224

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9018379360

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4097523868

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8322637069

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2138910834

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6264951021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023654

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757469

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5104411497

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6692669966

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5092485616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239428

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239516

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3605682669

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529173

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9207434536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302604027

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8155879931

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4089000598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6306653347

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9734750701

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527510

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6029421088

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4156611189

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9187895554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529716

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023381

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819204

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948327

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3167492073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



## Coast Credit
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023695

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239238

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3238707049

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529582

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757306

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529893

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097900253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529676

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4178953112

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9136609575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/21/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6192947022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8042616576

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6464220056

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3158897377

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6172080458

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3159825003

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3302441810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930512

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6789221515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6788170179

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4048554503

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2406525100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3366650598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9086201898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7042951881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8566424069

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3056362660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5166765349

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7736859814

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9185322009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5018879122

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305108611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9187895609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8014918874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522525

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2087225267

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3125584395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5102767689

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757121

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948336

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522015

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529044

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093962991

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152732

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756776

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3136660062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948304

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827498

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721174

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757608

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609318045

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7145516578

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6174267842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093962963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756531

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3058958952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5072868871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522654

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8656371657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7278236150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4093472084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5123464188

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4138454411

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9725038124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4098324226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9136490815

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6623656025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3034003388

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5414884739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2086586990

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003483

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8012947500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9712022089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239752

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756491

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2136226902

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3473321206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819320

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223958

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4257485070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5302393871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756646

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2346005101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8632718443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4022810852

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2038828202

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6185945561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3616610616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7244527192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4144612972

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3037810357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5095707412

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5099552520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3199834068

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9135410154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7202284099

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5629233669

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9256319915

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9166463874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527876

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2067631081

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529873

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2134843592

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819867

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819704

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7869240770

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8063529675

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6208720803

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5036657200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7277861862

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721107

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8024638163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8036192027

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3216776600

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7322439438

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3867366034

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6179641940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7186430637

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7723160706

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3524295183

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4075683493

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5702134254

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8473900920

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8455261889

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3093765005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3095650717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2548533881

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3348862372

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2053136394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9858000085

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7204941542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5207229524

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9093932013

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3852502143

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527713

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9164553200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5598023164

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948302

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8188436776

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247645

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6503212213

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072152042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5093850984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2163412445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7752893343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093683050

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7869240796

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5732438785

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9735068218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
  • Approved Options within 24 hours
  • No Upfront Fees

REPAYMENT
  • No Daily Payments
  • Terms: 6 months – 10 years
  • No Prepayment Penalty
  • 50k – 350k Available

QUALIFY:

  • 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6094905474

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9803138156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7708086777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4025633641

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3076725165

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7325301534

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4079921137

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7068379082

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2549338771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9096257933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3236679089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6182836671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4698991083

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6363260606

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819955

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2099524036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239387

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2093963013

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827825

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757873

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283060

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767010

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827057

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9092482445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756950

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529507

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527592

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072767332

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4078165032

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8042642124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7049860690

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2153336039

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3308518011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9378989342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8146479916

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5706981095

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7166658152

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721139

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2704954122

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8639677513

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9547759909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9155320244

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6365360545

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6612749994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8155440215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9134220061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3365101499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2087892014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9042077167

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5104402818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757310

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8583467116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit

Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239102

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2065055801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4089708322

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078853616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4089846682

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023617

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/10/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2707692822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6164591759

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6034368998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6313243528

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4124298292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9194685878

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8149496448

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7812398005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3367755470

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7869240721

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2693459548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5717320933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9373682579

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6166772802

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8132884647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930597

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8459137274

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3306284006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6066780333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7038482196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6175170128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9785601252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7172993301

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2168811418

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8168417773

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5807189443

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2172280431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8329994745

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8704775207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4802895765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8315339053

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4803570011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4085300096

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9496609732

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769390

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3237217210

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757910

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757620

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6164273557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8638675017

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239562

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8303037040

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7063954903

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4023710961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8478646373

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2124142683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9122610634

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8473527131

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4809413718

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756644

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239740

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4403587014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4152919976

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8644587994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8054967479

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239853

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3308213923

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527502

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078853672

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5034270097

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5025301382

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527407

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756616

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5138892557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5802435698

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7182731949

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6364645533

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9522223697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3148210334

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6302086969

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9014242859

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948177

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239243

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023729

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8053104515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6305732957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5597527404

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5097358535

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757587

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948360

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2098283073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242153

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169890783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137692

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3106325842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756998

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948087

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756264

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3102654478

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5592758694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757939

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527688

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5306786252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757517

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8053857242

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8153382402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7148911343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8175575413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9549290590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9198293579

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721143

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8049156229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6103252312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706287316

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721232

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4075736764

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9047589467

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4106412500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7814670011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7709627629

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2815372253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7088539441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5084595872

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8479192140

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5307429170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5107836446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527950

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3054061733

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8573057090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9783562566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6192207080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064205547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9092590038

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5185801802

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9785310067

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769401

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3103254633

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487642

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522120

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239640

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757667

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137083

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636240581

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8314580656

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9149972662

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8084275923

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212661

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529735

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5093097178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2127652775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9313897019

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7869240761

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8134900933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6783888649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8159351010

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2817661960

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2812054627

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6082383159

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970252

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9514358855

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079247346

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8634579993

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073133961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714782

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757689

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169837995

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4407403445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970802

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756656

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8592523500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032883423

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5174821313

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7706358162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8139090827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4194358275

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7134671399

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8167813669

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5302458594

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7195481114

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9169198794

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7635435599

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3102127575

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9093385609

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5203382834

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9096222708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522233

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527311

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5592272800

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527536

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4043525728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529756

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609614500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8186231775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003046

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2132751850

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4153151548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073714891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079223948

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2064205574

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

Jan 11 2023 04:20PM HP FaxCycle - Bam 3605307810    Case No. 1:23-cv-02328-SKC   Document 10-7   filed 12/21/23   USDC Colorado   pg 803 of 997    page 1

01-11-2023 8:21                    5628452900                                                        1/1



**Coast Credit**
Commercial Finance Group
562-206-2802

1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3605307810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

# HP LaserJet MFP M426fdn

# Fax Confirmation

Jan-11-2023  3:34PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 1394 | 1/11/2023 | 3:33:46PM | Receive | 5628452900 | 0:33 | 1 | OK |

01-11-2023 16:21                    5628452900                              1/1



**Coast Credit**
Commercial Finance Group
562-206-2802
1/11/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3605307810

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

**EASY**
- Approved Options within 24 hours
- No Upfront Fees

**REPAYMENT**
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

**QUALIFY:**
- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7032565152

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9734401051

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8047589705

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2488527590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9542392450

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8133560935

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7869240781

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4347574453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9782282187

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930580

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5408223832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3058875812

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721220

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5863710056

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9736271175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6104318501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7205045402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6158895111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4029917634

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757352

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717712

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2566766685

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757179

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757600

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819027

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756669

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4027347065

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757384

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239142

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023659

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522349

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7604590611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527812

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756540

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522110

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137787

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529399

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239015

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819483

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527680

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756437

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072201913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756191

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072487441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9095484416

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527896

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4128099101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7245695209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7067740109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4345773014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2074998081

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721141

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9377640206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8042875104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5022361222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7404268692

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9047445014

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5024427887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
**949-287-5885**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5083361841

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7172850933

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4074750280

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9735068449

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9195289232

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9137952800

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4693643756

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948023

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7204074067

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609373

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7752385301

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819807

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239545

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5094884135

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137795

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757786

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6572085260

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239621

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9494864417

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072761094

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527084

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7183508874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9412569991

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6622949921

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9016669177

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9157920586

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073717789

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072212022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819793

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097966108

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5599003489

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529960

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529880

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827940

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529447

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



## Coast Credit
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757815

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880437

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609962

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3014989624

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9856334574

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7145352700

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529668

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8306241822

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827448

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8013632500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7074266841

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529280

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239136

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6573258107

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5304522209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529943

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609862

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254769697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756741

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/18/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3157924691

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8507792500

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721125

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721156

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2562071766

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4232961055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4235237296

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527452

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9728693875

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5082478196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9188327444

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757837

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8705720988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757972

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137465

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756520

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948171

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819039

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819150

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239261

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8059279640

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137194

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721108

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4107850379

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5618489844

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6109331512

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8636930911

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4105835312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7869240774

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8136840797

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9417293475

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7182741858

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721225

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8704775250

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097877282

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527792

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079880832

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239378

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9254760912

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2097224845

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827995

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5032550148

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239395

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608609427

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9164525353

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2126626405

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757455

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6082414762

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2108328989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

1/19/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819614

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com