# EXHIBIT B7

https://grabify.link/TFT3M9



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239114

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9495864330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756805

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608756746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7472760006

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9097529020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7072023990

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9093548211

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7602819510

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827284

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

2/14/23

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 6617527210

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2018390229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: **7348446113**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 2025263994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7869240765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4408853357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3473281825

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3369968777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8149389151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6314738515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5853965942

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721233

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5088939807

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4843390185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8154394403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5802435325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6363762380

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721132

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6029923268

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137440

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529187

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072200760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948081

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072767137

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2094333008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948249

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8584527749

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072487622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819557

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819196

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7078970505

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: 5.430% fixed
Client ID #: 2065363635

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239647

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: 5.430% fixed
Client ID #: 2408180170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827101

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7248347765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8047589205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6822670800

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6303844383

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527464

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079242901

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5304522939

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5599003481

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5595004147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7039689291

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8636930842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529386

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4403999020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769595

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9412370968

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721121

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6319815681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4017388990

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7817026831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7869240793

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6175394402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5089163356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5304522701

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6508608984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6269880093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756677

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079247818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072200231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529738

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948220

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757297

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 9254769303

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5083483226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2073676382

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6177429465

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7726927602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4078431317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4094297486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3162849364

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239279

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 6617527996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819371

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819425

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: **9094948213**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948378

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8504327989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7078853951

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2097966111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 8636930572

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8044361024

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9088350376

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7248710007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2702949507

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2123432960

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2812889325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9186743037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 2568921061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239347

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239415

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9283144868

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756506

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527582

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948359

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072761679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529936

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 7608609674

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2094333226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079286970

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137392

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 7608757089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8044725063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7869240733

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2702942788

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9735068715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6303506739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5806542036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827077

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072761222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 7079827937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239048

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948072

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529030

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7608757501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

12/7/2022

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948189

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6317349005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3055939214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 3866725519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2016231819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8636930708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 5614718519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2483284521

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8145425054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721155

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9896780938

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6066171376

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6163433309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721142

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4107803946

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721119

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5802372896

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8306656400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609670

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2094333011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756934

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239447

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5304522516

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7404568000

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239049

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239788

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8142252253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2064006891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079286988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 9097529413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617639283

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5622866515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8312999499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4105631602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2165668331

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9042577080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5088297887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6012989205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6788061559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4436525904

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 3368961775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7078970226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2094333527

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5599003475

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5304522874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 8182220116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430%** fixed
Client ID #: 7602819683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7073137109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8648340454

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9549745406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 4103721179

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4123580251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8307414309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3109732432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5304522237

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2093962935

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9165004141

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819497

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529098

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239833

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757273

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721234

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7869240789

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7145516581

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6157636356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6204225174

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7635660805

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2515752870

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7134563494

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7074857784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819549

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769136

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2094333231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608756063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527621

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9788250009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721180

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6062484149

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103721147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2624780501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3204337231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 8175717686

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7609239354

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3606517556

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079827746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072023490

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6617527493

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608609199

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2094333339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 2098268216

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073137406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529751

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819050

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079223994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
949-287-5885

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5599003469

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
949-287-5885



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 3019776907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7273028999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4104375162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 4103194326

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 6172927922

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9013674169

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: 5.430% fixed
Client ID #: 9183219459

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7608757758

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9094948104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account.
Our business line of credit has no cost to set up can help you bridge the gap between payables and
receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based
on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your
credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9097529689

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7079242796

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7609239273

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9254769356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: **9094948228**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7073714697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7602819769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 5302393212

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 7072487042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: **$78,453**
Applied Rate: **5.430% fixed**
Client ID #: 9099461946

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 7079827043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-206-2802

3/9/2023

Approved Line: $78,453
Applied Rate: 5.430% fixed
Client ID #: 9094948357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

QUALIFY:

- 500+ Fico / 6-month Time in Business / $30k Per Month in monthly gross revenue

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-206-2802

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Cheryl Suzanne Graham

Reference ID #: 2066720211

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2066720211 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Charles W Sullivan

Reference ID #: 2078772441

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2078772441 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Dorothy I Eisengart

Reference ID #: 2078776639

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2078776639 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Robert Peter Doyle

Reference ID #: 2076470918

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2076470918 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Medwin Matthew Mintzis

Reference ID #: 2122887783

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2122887783 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Sonia Galindo

Reference ID #: 2094594443

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2094594443 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Joy Tomoko Torakawa

Reference ID #: 2097331941

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2097331941 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Marc S Lapayowker

Reference ID #: 2155762208

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2155762208 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call **1-855-339-4288**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Elliot Charles Norry

Reference ID #: 2155170827

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-0122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2155170827 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

David Mark Zebley

Reference ID #: 2155762159

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2155762159 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Pamela Y Hollins

Reference ID #: 2252676522

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2252676522 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Patrick Sherwood Bynum

Reference ID #: 2286969621

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2286969621 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Howard Andrew Klausner

Reference ID #: 2404143004

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2404143004 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Roy L Vomastek

Reference ID #: 2317430019

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2317430019 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Robert Nelson Stevenson

Reference ID #: 2543353462

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2543353462 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Bruce Alan Jones

Reference ID #: 2699859803

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2699859803 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

John Phillip Schmidt

Reference ID #: 2628599549

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2628599549 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Lawrence Albert Goodman

Reference ID #: 2812188905

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2812188905 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Joanna Mc Cormick Burch

Reference ID #: 3038480530

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3038480530 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Rene Luis Lopez Guerrero

Reference ID #: 3054455798

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3054455798 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Muzaffer Aslan

Reference ID #: 3104760276


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3104760276 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

George Pierre Carre

Reference ID #: 3057586839

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3057586839 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Robert Reynolds Edger

Reference ID #: 3129889215

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3129889215 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Gilberto Mauricio Capiro

Reference ID #: 3055532199

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 3055532199 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Ronald Gene Morford

Reference ID #: 3162849602

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3162849602 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Randall K Fahrenholtz

Reference ID #: 3165352914

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3165352914 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Robert C Partenheimer

Reference ID #: 3214259712

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3214259712 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

John Leon Overby

Reference ID #: 3183950525

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3183950525 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Leonardo Cesar Ortiz

Reference ID #: 3232556113

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3232556113 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Phil R Manning

Reference ID #: 3233422152

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3233422152 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

William Stohl

Reference ID #: 3233422874

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3233422874 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Clifford E Godley Jr

Reference ID #: 3183363994

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3183363994 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

John Frederick Huhn

Reference ID #: 3216775505

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3216775505 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Thos Seymour Falvey

Reference ID #: 3613494440

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3613494440 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Mary E Gasal

Reference ID #: 3614748100

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3614748100 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Kevin Brian Fox

Reference ID #: 3376233578

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3376233578 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Erika Lynn Klein

Reference ID #: 4016216098

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4016216098 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Angelito B Tecson

Reference ID #: 3862597890

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3862597890 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

William Troy Freeman

Reference ID #: 3378577264

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 3378577264 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Gregory Brian Faul

Reference ID #: 4064825023

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4064825023 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Clare Woshner Budd

Reference ID #: 4127440873

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4127440873 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Katherine J Atkinson

Reference ID #: 4135488886

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4135488886 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Sungho Kim Cho

Reference ID #: 4157257459

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4157257459 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

James William Bowles

Reference ID #: 4345420610

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4345420610 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Ejub C Hadzic

Reference ID #: 5058877731

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5058877731 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Austin L Dixon

Reference ID #: 5053560187

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5053560187 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

John Watson Morrison Jr

Reference ID #: 5057580622

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5057580622 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Hernan Ruiz Ciudad

Reference ID #: 5055217870

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5055217870 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Verner Owen Nellsch

Reference ID #: 5057580110

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5057580110 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Ravi S Chittajallu

Reference ID #: 5058872746

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5058872746 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

William R Kilgore Jr

Reference ID #: 5057580660

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5057580660 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Ronald Neil Adler

Reference ID #: 5087928835

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5087928835 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Howard Jay Alfred

Reference ID #: 5087928507

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5087928507 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Lisa Marie Thorn

Reference ID #: 5186744159

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5186744159 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

D Scott Hayes

Reference ID #: 5407268012

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5407268012 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 15, 2023

Bruce Michael Aikin

Reference ID #: 5308965104

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5308965104 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

RICHARDSON CORY GLEN MD

Reference ID #: 2084250150

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 2084250150 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

HALO STAFFING AGENCY LLC

Reference ID #: 2153720975

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2153720975 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

AMPHORA COUNSELING PLLC

Reference ID #: 2243508500

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2243508500 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

GILBERT DIANA D MD

Reference ID #: 2285750734

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2285750734 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

BOUDREAUX ASHLEY DUPRE

Reference ID #: 2256832411

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options. We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2256832411 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

BOUDREAUX ASHLEY DUPRE

Reference ID #: 2256832411

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2256832411 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

WAEL AL-YAMAN MD

Reference ID #: 3013597460

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3013597460 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

JOHNSON BRITTANY NP

Reference ID #: 3012641577

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3012641577 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

ABELLA RITA A PHD

Reference ID #: 3019719721

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3019719721 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call 1 855 339 4268

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

WOOD LISA D MD

Reference ID #: 3044260262

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3044260262 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

MD NOW URGENT CARE CTR

Reference ID #: 3059498090

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3059498090 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

KLEIN MICHELE MACHBITZ MD

Reference ID #: 3015391537

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3015391537 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 16, 2023

SOUTHERN CA MED

Reference ID #: 3019353163

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3019353163 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

VARMA AMIT BHUSHAN MD

Reference ID #: 3524045758

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3524045758 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

WINNER HEALTHCARE LLC

Reference ID #: 3868002929

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3868002929 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

C & D VIDEO

Reference ID #: 4097949444

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4097949444 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

DEAN YIMLAMAI MD

Reference ID #: 4126938906

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4126938906 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

DEWAYNE BURTS

Reference ID #: 4707045111

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4707045111 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

BESWAY FAMILY DENTAL

Reference ID #: 5104402260

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5104402260 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

L & G CONTRACTING

Reference ID #: 5138959222

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5138959222 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

DOUGLAS M HUGHES MD

Reference ID #: 5302458594

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5302458594 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

MARYLAND CHAPTER NECA INC

Reference ID #: 4105901198

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4105901198 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

KELLY JAMES DAMIAN II MD

Reference ID #: 4155922560

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4155922560 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

AMA PHARMACY INC

Reference ID #: 5017826459

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5017826459 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

ANDREW D PALALAY DDS

Reference ID #: 5026624296

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5026624296 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

DOUGLAS M HUGHES MD

Reference ID #: 5302458594

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5302458594 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

OLDCASTEL PRECAST

Reference ID #: 5307429421

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5307429421 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

W V ALTON INC

Reference ID #: 5307429422

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5307429422 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

AMY ANN JACOBSON NP

Reference ID #: 4248997557

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4248997557 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

ALTA CALIFORNIA FOODS

Reference ID #: 5307359890

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5307359890 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

DENA RICHTER NP

Reference ID #: 4842531790

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4842531790 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

JANSE VAN RENSBURG CHRISTOFFEL

Reference ID #: 5188758241

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5188758241 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

ANDRES BRETT M MD

Reference ID #: 5039966613

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5039966613 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

KELLY JAMES DAMIAN II MD

Reference ID #: 4155922560

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4155922560 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

GULLATT THOMAS JAMES MD

Reference ID #: 3199664543

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3199664543 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

METROPOLITAN EAR NOSE & THROAT

Reference ID #: 4103646160

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4103646160 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

SAMANTHA J EMANUELSON PA

Reference ID #: 4148082934

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4148082934 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

KELLY JAMES DAMIAN II MD

Reference ID #: 4155922560

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4155922560 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

MILOS BABIC MD

Reference ID #: 5702030013

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5702030013 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 21, 2023

DR DAVID KOPIN MD

Reference ID #: 5717422901

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5717422901 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

RAMADEVI SUKUMAR

Reference ID #: 5864861475

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5864861475 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

OCEAN COUNTY FOOT-ANKLE SURGCL

Reference ID #: 6096397865

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6096397865 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

ZHOU JING MD

Reference ID #: 6105263768

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6105263768 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

KAYLEE SOUZA

Reference ID #: 6034411021

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6034411021 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

NICOLE VELGERSDYK

Reference ID #: 6059614647

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6059614647 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

PINE MOUNTAIN REALTY

Reference ID #: 6612424066

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6612424066 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

SAGINAW KIDS DENTISTRY

Reference ID #: 6822821905

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6822821905 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

DR MODUPE A OLADEINDE M D

Reference ID #: 7087303847

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7087303847 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

KUHNS KENNETH S

Reference ID #: 6103269723

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6103269723 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

DERMONE DERMATOLOGY

Reference ID #: 6092442804

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6092442804 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

ESTHER DORZIN MD

Reference ID #: 6784152164


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6784152164 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

MODUPE ADEKUNLE

Reference ID #: 6672205942

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6672205942 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

HERITAGE VALLEY MEDICAL GROUP

Reference ID #: 7247709533

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7247709533 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

CAMINO HEALTH CTR

Reference ID #: 7608757283

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7608757283 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

SCHERER FAMILY MEDICINE

Reference ID #: 7245316610

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7245316610 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

LOUIS D ANDARY MD

Reference ID #: 7343629040

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7343629040 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

CHILDREN'S HOME + AID

Reference ID #: 7738625553

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7738625553 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

TORRES MARTINEZ TRAVEL CTR

Reference ID #: 7603951252

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7603951252 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

VIRGINIA HOSPITAL CTR

Reference ID #: 7062874546

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7062874546 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

ADVOCATE HEALTH CARE

Reference ID #: 7083464766

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7083464766 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

LORY FEKETE

Reference ID #: 6103428601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre payment penalties. We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6103428601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

MRAKOVICH JODY LIN

Reference ID #: 7179856909

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-0 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7179856909 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

A & J CARE INC

Reference ID #: 7183264070

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7183264070 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

NELSON CORY MD

Reference ID #: 7272848313

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7272848313 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

GUNDERSON LUTHERAN HEALTH SYST

Reference ID #: 7037755467

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7037755467 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

OLIVER TWP SUPERVISORS ROAD

Reference ID #: 7178995218

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7178995218 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

SALVATORE MOSOMILLO

Reference ID #: 7186981753

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7186981753 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

GOLDEN ROSE HOSPICE INC

Reference ID #: 7473136302

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7473136302 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

TRACEY ORR

Reference ID #: 7405675716

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7405675716 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

CARIDAD LOPEZ CUEVAS

Reference ID #: 7866400614

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7866400614 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

DIXON KOREN

Reference ID #: 7172000100

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7172000100 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

VALLEY FORGE SURGICAL ASSOC

Reference ID #: 6104224570

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6104224570 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

LORY FEKETE

Reference ID #: 6103428601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6103428601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

CONSULAR SERVICES

Reference ID #: 7135649666

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7135649666 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

TANG YI MD

Reference ID #: 6672417720

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6672417720 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

MONMOUTH CARDIOLOGY ASSOC

Reference ID #: 7327726601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7327726601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 22, 2023

CARIDAD LOPEZ CUEVAS

Reference ID #: 7866400614

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7866400614 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

FOLEY JOHN FRANCIS MD

Reference ID #: 8014055704

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8014055704 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

SCHRODER GREGORY LOUIS MD

Reference ID #: 8046224222

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8046224222 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

PETERSON CHIROPRACTIC

Reference ID #: 8047733961

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8047733961 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

ZERO TOLERANCE STRAIGHTENING

Reference ID #: 8159699172

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8159699172 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

CARDIOVASCULAR-HEART RHYTHM

Reference ID #: 8312838092

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8312838092 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

CALANTAS JENNY LEIGH

Reference ID #: 8318333032

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8318333032 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

ROYAL GLASS INC

Reference ID #: 8162298918

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8162298918 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

KELSEY GRAHAM

Reference ID #: 8562729416

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8562729416 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

RITA JANE KRAUS

Reference ID #: 8147661470

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8147661470 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

JESSICA LYKO

Reference ID #: 8453838010

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8453838010 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

ADVANCED ALLERGY-ASTHMA ASSOC

Reference ID #: 8472461164

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8472461164 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

PETERSON CHIROPRACTIC

Reference ID #: 8047733961

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8047733961 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

JESSIE DUNCAN

Reference ID #: 8726660032

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8726660032 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

ORONZO FURIO MD

Reference ID #: 8567414003

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8567414003 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

LEONARD J SOLONIUK MD

Reference ID #: 9095500187

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9095500187 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

CAPE FEAR FAMILY MEDICINE

Reference ID #: 9014015690

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9014015690 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

STRINGS WEST

Reference ID #: 9182882888

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9182882888 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

CALLAWAY ENTERPRISES

Reference ID #: 9169837995

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9169837995 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

EYE ASSOCIATES-WEST BRADENTON

Reference ID #: 9417891089

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9417891089 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

BUCHANAN SANDY THIM LPN

Reference ID #: 9708998038

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9708998038 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

AMELIA B TOWER DO

Reference ID #: 9728693875

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9728693875 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

UTICA PARK CLINIC

Reference ID #: 9183798839

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9183798839 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

CHARO B BODIONGAN

Reference ID #: 9735829288

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9735829288 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

MIAMI TOWNSHIP ROAD DEPT

Reference ID #: 9378953537

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9378953537 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

GROWING TREE PRE-SCHOOL

Reference ID #: 9253777502

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9253777502 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

ALWAYS MOUNTAIN TIME

Reference ID #: 9708491464

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9708491464 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

KING SHIRLEY W

Reference ID #: 9088664029

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9088664029 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

NORTHEASTERN ANESTHESIA PLLC

Reference ID #: 9285348059

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9285348059 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

VA MEDICAL CTR

Reference ID #: 8147277050


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8147277050 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

ROGERS COUNTY MOTOR VEHICLE

Reference ID #: 9184439470

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9184439470 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

WARREN CLINIC INC

Reference ID #: 9184993715

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9184993715 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

HEVERT ELIZABETH ANNE CHRIST

Reference ID #: 8627461733

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8627461733 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

TRUE PAINTING & PRESSURE INC

Reference ID #: 9544689969

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9544689969 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

ACORN BOOKKEEPING & TAX SVC

Reference ID #: 9093385609

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9093385609 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 23, 2023

EYE ASSOCIATES-WEST BRADENTON

Reference ID #: 9417891089

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9417891089 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Tianlai Tang MD

Reference ID #: 6154578595

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6154578595 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Davis Square Dental

Reference ID #: 6176163033

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6176163033 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Rafael A Vega MD

Reference ID #: 6176340949

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6176340949 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Southern Illinois Health Care

Reference ID #: 6188754631

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6188754631 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Kathryn Thirey DPT

Reference ID #: 6789221515

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6789221515 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Chiropractic Center-Saltillo

Reference ID #: 6628699908

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6628699908 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Family Health Pharmacy

Reference ID #: 6607830500

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6607830500 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 28, 2023

Palmetto Advanced Thrpy Svc

Reference ID #: 8033024020

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8033024020 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Allergy Asthma & Immunology

Reference ID #: 9789470601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9789470601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Eli Friedman MD

Reference ID #: 8508485550

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8508485550 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Tallahassee Primary Care Assoc

Reference ID #: 8503256020

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8503256020 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Greenville Health System

Reference ID #: 8648488390

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8648488390 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Southtowns Neurology Of Wny

Reference ID #: 7169341082

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7169341082 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Park Sports Physical Therapy

Reference ID #: 7182301199

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7182301199 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Gosai & Gandhi

Reference ID #: 7244891306

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7244891306 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Neurology & Acupuncture Clinic

Reference ID #: 7577457559

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7577457559 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Corvita Hospice Care Inc

Reference ID #: 7608906019

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7608906019 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 29, 2023

Dv Hospice & Palliative Care

Reference ID #: 7472972697

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7472972697 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 30, 2023

Healdtons Family Eye Care

Reference ID #: 5802292212

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292212 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 30, 2023

Igo Medical Group Amc

Reference ID #: 5855541312

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5855541312 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 30, 2023

Capital Health Primary Care

Reference ID #: 6093248267

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6093248267 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 30, 2023

Family Medicine & Cpc

Reference ID #: 6095819082

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6095819082 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 30, 2023

Healdtons Family Eye Care

Reference ID #: 5802292212


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292212 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

March 30, 2023

Willow Midwives

Reference ID #: 6123455937

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6123455937 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

National Vision Ctr

Reference ID #: 5209243686

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5209243686 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Sandra K Hayes NP

Reference ID #: 5407268012

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5407268012 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Plastic & Reconstructive Surg

Reference ID #: 3038480801

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 3038480801 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Carepointe Home Health Svc Inc

Reference ID #: 3109656552

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3109656552 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Monroe Cardiovascular

Reference ID #: 3183686401

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3183686401 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Light Of Hope Hospice Care Inc

Reference ID #: 3238000440

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3238000440 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Marc Wingert DC

Reference ID #: 3199834068

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3199834068 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Rebekah A Dagraedt

Reference ID #: 3093470098

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3093470098 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Timberview Family Psychiatry

Reference ID #: 4062017070

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4062017070 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Maddison M Stetson

Reference ID #: 3864873740

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3864873740 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

David L Bohlender MD

Reference ID #: 3162849602

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3162849602 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Dugger House The Inc

Reference ID #: 3617820882

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3617820882 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Jordan Day Gehris & Assoc

Reference ID #: 4102486202

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4102486202 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Lav Hospice Care Inc

Reference ID #: 3238037404

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3238037404 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 4, 2023

Timothy G Weech DC

Reference ID #: 3099237119

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3099237119 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Santhigram Wellness Kerala

Reference ID #: 2629556607

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2629556607 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Rotika Systems & Comms

Reference ID #: 9284470202

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9284470202 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Buck Davis Auto Repair

Reference ID #: 9037865636

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9037865636 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Yourmd

Reference ID #: 2624780501

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2624780501 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Teagle Excavating Inc

Reference ID #: 9709846019

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9709846019 ready

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Grand Valley Reprographics

Reference ID #: 9706369598

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9706369598 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Guida Surveying Co

Reference ID #: 9254040505

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9254040505 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Sweetgarretts

Reference ID #: 8708989136

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8708989136 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Victor's Painting

Reference ID #: 9037865688

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9037865688 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Franklin Professional Assoc

Reference ID #: 9783813919

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9783813919 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

H H Homes

Reference ID #: 9037865041

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9037865041 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Sterling Residential

Reference ID #: 8306653494

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8306653494 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Grand Valley Reprographics

Reference ID #: 9706369598

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9706369598 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Emmanuel Lutheran Early Chldhd

Reference ID #: 8185096951

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8185096951 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Lantana Resources

Reference ID #: 8302816202

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8302816202 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Oklahoma Jazz Hall Of Fame

Reference ID #: 9188763632

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9188763632 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Rose Properties

Reference ID #: 8302537674

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8302537674 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Angela Byrd

Reference ID #: 8175081788

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8175081788 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

LA Mesa Elementary School

Reference ID #: 8316499342

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8316499342 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Next Step Counseling Pllc

Reference ID #: 9894551095

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9894551095 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Bundys Acoustic & Drywall LLC

Reference ID #: 9185126583

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9185126583 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 5, 2023

Hawkins Personnel Group New

Reference ID #: 8306241455

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8306241455 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

JERSTAD, SARAH J PHD

Reference ID #: 5708034633

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5708034633 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

PRO-TECH FORKLIFT

Reference ID #: 5706039741

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5706039741 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

LETOURNEAU, KATHRYN D DPT

Reference ID #: 5733212114

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5733212114 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EVERS ASSOC

Reference ID #: 5735438769

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5735438769 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

AVATAR HOTEL

Reference ID #: 5742621080

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5742621080 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

AHN, SEONG-HEE

Reference ID #: 5737929639

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5737929639 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

JOS A BANK

Reference ID #: 5738660014

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5738660014 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

NINFA'S MEXICAN RESTAURANT

Reference ID #: 5739641602

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5739641602 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

AMEDISYS HOME HEALTH CARE

Reference ID #: 5803230999

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5803230999 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

PATHWAYS COMMUNITY BEHAVIORAL

Reference ID #: 5757510448

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5757510448 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 5807264867

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5807264867 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

MAXEDON STORAGE

Reference ID #: 5802435199

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802435199 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

DALEIDEN MORTUARY

Reference ID #: 5807189501

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5807189501 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

MALL VISION CTR LLC

Reference ID #: 5804829777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

MIHALOVIC, KRISTIN NP

Reference ID #: 5802292212

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292212 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

METRO BUFFET INC

Reference ID #: 5802292131

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5802292131 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

GERVAIS TELEPHONE CO

Reference ID #: 5804829180

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829180 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

PAWN PALACE

Reference ID #: 5802292312

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292312 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

RICHARD HURST BUSINESS & TAX

Reference ID #: 5804829843

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829843 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

BURGER KING

Reference ID #: 5755223419

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5755223419 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

MEADOW LANES WEST LLC

Reference ID #: 5853942929

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5853942929 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

PLAN-IT NOW

Reference ID #: 5856763856

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5856763856 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

A TENDER HEART HOME CARE

Reference ID #: 5804829363

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829363 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 6024048923

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6024048923 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

KINARD TRUCKING

Reference ID #: 6033501899

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6033501899 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

HIGGINBOTHAM, AMANDA

Reference ID #: 6072562466

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6072562466 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

INSTITUTE OF NATURAL HEALING

Reference ID #: 6072562057

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6072562057 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 6072569739

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6072569739 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

PEP BOYS

Reference ID #: 6077498712

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6077498712 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

INDUSTRIAL PHYSICAL THERAPY

Reference ID #: 6079461210

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6079461210 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

MR ROOTER PLUMBING

Reference ID #: 6076441190

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6076441190 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

DANSKY, ROY S DPM

Reference ID #: 6082590477

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6082590477 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

QUINN MEADOWS REHAB CARE CTR

Reference ID #: 6102651794

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6102651794 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call **1-855-339-4288**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 6077562809

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6077562809 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

JONES HEARING AID CTR

Reference ID #: 6105482748

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6105482748 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 6103278246

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6103278246 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

HEATHERLY, BEVERLY

Reference ID #: 6108273056

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6108273056 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

HOLBACK, PETER D PA

Reference ID #: 6152494994

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6152494994 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

PAUONJ TRANJ RESTAURANT

Reference ID #: 6153605862

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6153605862 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

FOWLER VENDING

Reference ID #: 6105830737

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6105830737 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

BAYER ASSOCIATES

Reference ID #: 6152210099

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6152210099 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

LOCAL 648 HAMILTON FEDERAL CU

Reference ID #: 6109331512

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6109331512 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

RICHTER FURNITURE

Reference ID #: 6173336851

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6173336851 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EYE ASSOCIATES OF SOUTH COUNTY

Reference ID #: 6168681148

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6168681148 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

DUBLIN PUB

Reference ID #: 6157306703

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6157306703 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

MONEY EXPRESS

Reference ID #: 6172927922

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6172927922 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

BLEDSOE TELEPHONE CO-OP

Reference ID #: 5862258172

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5862258172 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

HALE PRINTING

Reference ID #: 5867565829

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5867565829 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

KLEIN, ROBERTA D DC

Reference ID #: 5869971010

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5869971010 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

POWERTRAIN SPECIALIST INC

Reference ID #: 6168557944

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6168557944 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

KROGER DELI

Reference ID #: 6168556987

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6168556987 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

AGRISERVE PEST CONTROL INC

Reference ID #: 6018929955

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6018929955 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

ACORD

Reference ID #: 6019855361

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6019855361 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 6175419299

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6175419299 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXPRESS SCRIPTS PHARMACY INC

Reference ID #: 6082717617

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6082717617 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

HIGLEY'S WELDING SVC

Reference ID #: 6104329728

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6104329728 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 6092960158

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6092960158 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

NORTHCOAST COMMUNICATIONS

Reference ID #: 6088836930

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6088836930 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 6103804926

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6103804926 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

JONES, NICOLE

Reference ID #: 6173336908

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6173336908 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EL CAJON FLYING SVC

Reference ID #: 6173769998

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6173769998 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

DOCTORS CHIROPRACTIC CLINIC

Reference ID #: 6157773839

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6157773839 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

GREEN GABLE DESIGNS INC

Reference ID #: 6205639278

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6205639278 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

HEROLD, RYAN DC

Reference ID #: 6175422119

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6175422119 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

DESAROLLO HISPANO

Reference ID #: 6175420928

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6175420928 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

ARBY'S

Reference ID #: 6192815998

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6192815998 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

FULLER, TREY DVM

Reference ID #: 6145403200

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6145403200 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call 1-855-339-4268

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EDTECH INC

Reference ID #: 5803804958

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5803804958 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

GLEASON, MARTIN A

Reference ID #: 5853441737

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5853441737 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

ALTMAN, ADRIANNE M PHD

Reference ID #: 6053018508

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6053018508 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

EXTRA SPACE STORAGE

Reference ID #: 5862968758

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5862968758 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

KREBSBACH, JOHN P DPM

Reference ID #: 6104610798

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6104610798 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

ANDRES, FREDRICK R

Reference ID #: 6027829005

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6027829005 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 18, 2023

CALLOWHILL NURSERY SCHOOL

Reference ID #: 6102436088

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6102436088 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MAACO

Reference ID #: 6235375299

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6235375299 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

POUND PHYSICAL THERAPY CLINIC

Reference ID #: 6363762103

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6363762103 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

RAIS, JEFFREY L OD

Reference ID #: 6364894700

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6364894700 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FINDLAY DRILLING INC

Reference ID #: 6364676571

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6364676571 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LOTTS TRUCKING  LOGISTICS LLC

Reference ID #: 6306824020

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6306824020 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

G & S JANITORIAL SVC INC

Reference ID #: 6503781399

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6503781399 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

B T PLUMBING CO

Reference ID #: 6413322034

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6413322034 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

KING YEN RESTAURANT

Reference ID #: 6416372702

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6416372702 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MAIN STREET JUNCTION

Reference ID #: 6417478571

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6417478571 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

G & W STORAGE

Reference ID #: 6612986915

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6612986915 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DIANNE'S HEALTH FOODS

Reference ID #: 6504825150

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6504825150 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

BLACKBIRD CREATIVE SVC

Reference ID #: 6628439400

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6628439400 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

GERDING ENGINEERING CORP

Reference ID #: 6508452150

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6508452150 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FOUR SEASONS CONCRETE & CONSTR

Reference ID #: 6624949588

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6624949588 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

KIM, RAY H DPM

Reference ID #: 6625789739

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6625789739 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DAE SIK SHEEN CPA

Reference ID #: 7014443944

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7014443944 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

PEET'S COFFEE TEA

Reference ID #: 6784079000

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6784079000 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CAN

Reference ID #: 6363522007

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6363522007 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

KIM, JENNIFER J

Reference ID #: 7017725001

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7017725001 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FERNBAUGHS DIAMONDS-FINE JWLRY

Reference ID #: 7018283439

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7018283439 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DAILY SENTINEL

Reference ID #: 7017765244

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7017765244 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CEDAR VISION INC

Reference ID #: 6626862255

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6626862255 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

GOLDEN GATE CHIROPRACTIC CTR

Reference ID #: 7028706251

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7028706251 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DEANZA VETERINARY CLINIC

Reference ID #: 6782740043

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6782740043 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FRANCIS X HATTON FUNERAL HOME

Reference ID #: 7014632243

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7014632243 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

BETTER BUSINESS BUREAU

Reference ID #: 7039914467

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7039914467 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FRANK, PEG DVM

Reference ID #: 7034352505

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7034352505 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CUGINO'S PIZZA

Reference ID #: 7039259396

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7039259396 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

COUNTY TITLE CO

Reference ID #: 6234280097

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6234280097 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

KROGER FLORAL DEPT

Reference ID #: 7066598082

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7066598082 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CASCO BAY EYECARE LLC

Reference ID #: 6416738527

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6416738527 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CIELO-ROCKVILLE CTR

Reference ID #: 6266291124

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6266291124 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

NORFOLK FLORIST

Reference ID #: 7077371150

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7077371150 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FRAME FOUNDRY INC

Reference ID #: 7067740409

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7067740409 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

PAYDAR, KATAYOUN N

Reference ID #: 7124345778

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7124345778 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

GILLIAMS MOBILE HOME SVC

Reference ID #: 7077501153

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7077501153 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

HILDEBRAND, C ALLYN OD

Reference ID #: 7124753744

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7124753744 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MARVEL BROTHERS INC

Reference ID #: 7063169580

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7063169580 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

EASTON HOSPITAL PHYSICIAN REF

Reference ID #: 7124765223

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7124765223 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FLORAL ATTITUDE INC

Reference ID #: 7127075523

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127075523 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MARRIOTT-STAMFORD HOTEL  SPA

Reference ID #: 7124769790

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7124769790 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

PIGGLY WIGGLY

Reference ID #: 7084433379

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7084433379 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

EXPERT ROOFING

Reference ID #: 7127543772

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127543772 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DUNKIN' DONUTS

Reference ID #: 6416731457

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6416731457 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LOVELY PETS AQUARIUM

Reference ID #: 7123259719

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7123259719 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

JONES, TREVOR ALAN

Reference ID #: 7072204729

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7072204729 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

GOODBERRY'S FROZEN CUSTARD

Reference ID #: 7127378669

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127378669 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CARLISLE'S APPAREL & FOOTWEAR

Reference ID #: 7122798063

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122798063 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CHUCK E CHEESE'S

Reference ID #: 7128683309

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7128683309 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

AL'S AUTO SALVAGE  SALES

Reference ID #: 7139735777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7139735777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

ART LEVIN GALLERY

Reference ID #: 7145360669

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7145360669 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

B J HAULING & EXCAVATING

Reference ID #: 6417472715

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6417472715 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

HI-WAY TIRE & AUTO SVC INC

Reference ID #: 6419852711

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6419852711 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

EPICOM CORP

Reference ID #: 7074266841

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7074266841 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

PERFECT AIR

Reference ID #: 7076577130

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7076577130 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MOTEL 6

Reference ID #: 7043381478

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7043381478 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MC GARVEY, ROB OD

Reference ID #: 7125464574

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7125464574 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LUPE BEAUTY SALON

Reference ID #: 6787304308

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6787304308 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

ARIA SALON

Reference ID #: 7014775456

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7014775456 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FERNANDO'S MEXICAN CUISINE

Reference ID #: 7124768024

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7124768024 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

GREEN III, JOHN NP

Reference ID #: 7146690189

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7146690189 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LINCOLN HIGHWAY ANIMAL HOSP

Reference ID #: 7086608733

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7086608733 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LOTTS TRUCKING LOGISTICS LLC

Reference ID #: 6306824020

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6306824020 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FITZPATRICK, RICHE

Reference ID #: 7014443226

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7014443226 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

KRAFT, KATIE E

Reference ID #: 7127528405

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127528405 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DENT MASTER'S

Reference ID #: 7127252388

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127252388 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

ADVANCE AMERICA

Reference ID #: 7127528457

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127528457 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

HERTZ RENT A CAR

Reference ID #: 7127263506

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127263506 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FALL RIVER KINDERCARE

Reference ID #: 7127378979

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127378979 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

HARDWARE SPECIALTIES

Reference ID #: 7122522837

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122522837 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MURPHY USA

Reference ID #: 7122226216

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122226216 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FACONNABLE

Reference ID #: 7072549014

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7072549014 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

OLATHE LANES EAST BOWLING CTR

Reference ID #: 7126682539

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7126682539 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

EVARTS TV INC

Reference ID #: 7014752329

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7014752329 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

ATLAS BOLT  SUPPLY

Reference ID #: 7127926027

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7127926027 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

ANDERSON'S FLOWERS INC

Reference ID #: 7145332777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7145332777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DUCZAK, KIM T NP

Reference ID #: 7127528532

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127528532 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

HAMMIL, HEIDI PT

Reference ID #: 7125467721

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7125467721 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CUSTOM CUPBOARDS INC

Reference ID #: 7124729350

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7124729350 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

NATIONAL ABSTRACT AGCY INC

Reference ID #: 6415922850

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6415922850 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LOTTS TRUCKING  LOGISTICS LLC

Reference ID #: 6306824020

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6306824020 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

KEN'S AUTOMOTIVE ENGINEERING

Reference ID #: 6623482625

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6623482625 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CITY RX INC

Reference ID #: 6503492570

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6503492570 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

BLUE DOOR HOME CARE INC

Reference ID #: 7016365962

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7016365962 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CYCLE WORX

Reference ID #: 7012283759

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7012283759 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

NEUNERS AUTO & TRUCK REPAIR

Reference ID #: 6416761600

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6416761600 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

POND SPRINGS MINI STORAGE

Reference ID #: 7123382535

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7123382535 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

HODGES, J DAVID

Reference ID #: 7122746885

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122746885 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

INC ACS

Reference ID #: 7127920083

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127920083 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FULLEM, BRIAN DPM

Reference ID #: 7122760321

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122760321 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

PRINT MANAGEMENT GROUP INC

Reference ID #: 7124391126

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7124391126 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CHANDLER, DEBORAH C NP

Reference ID #: 7122559200

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122559200 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

EXTRA SPACE STORAGE

Reference ID #: 7122260605

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122260605 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

MONSEES MASONRY INC

Reference ID #: 7016363206

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7016363206 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DECISION PEO

Reference ID #: 7148956000

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7148956000 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LA UNICA CLEANERS & ALTERATION

Reference ID #: 7124232411

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7124232411 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

ALLES, CATHERINE D

Reference ID #: 7127925833

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127925833 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

OUTSOURCING SOLUTIONS

Reference ID #: 7123363516

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7123363516 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FELLOWSHIP HEALTH RESOURCES

Reference ID #: 7128412546

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7128412546 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

FRADLEY AUTO SVC CTR

Reference ID #: 7127378889

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127378889 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

LUPE BEAUTY SALON

Reference ID #: 6787304308

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6787304308 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

CARPE LATTE

Reference ID #: 7122555263

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122555263 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

HEIMER ASSOC INC

Reference ID #: 7128454480

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7128454480 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

PHYSIOTHERAPY ASSOCIATES

Reference ID #: 7122778669

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122778669 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

DENTONI'S SPRING & SUSPENSION

Reference ID #: 7014632258

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7014632258 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

PLUNK, KRISTI M

Reference ID #: 7122930510

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122930510 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

EHRENFRIED, LORNA K

Reference ID #: 7125466151

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7125466151 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

GOLF BUSSE TOWING

Reference ID #: 7125523222

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7125523222 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 19, 2023

J C PENNEY SALON

Reference ID #: 7127926331

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127926331 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CRUNCH

Reference ID #: 7153421060

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7153421060 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

OWENS, RANDOM YORK

Reference ID #: 7169477827

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7169477827 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

LO, TAMMY NP

Reference ID #: 7166654052

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7166654052 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

HY-WAY TRAILER

Reference ID #: 7166678890

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7166678890 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

JACKIE TRAVEL

Reference ID #: 7177911222

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7177911222 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

JALAPENOS THE HOTTEST MEXICAN

Reference ID #: 7177938854

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7177938854 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

GETZ, JANEL A

Reference ID #: 7179489337

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7179489337 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

EXTRA SPACE STORAGE

Reference ID #: 7174641606

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7174641606 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

JACK & JILL PRESCHOOL/DAYCARE

Reference ID #: 7175824015

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7175824015 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

NAVARRO, TAMMY D

Reference ID #: 7173120441

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7173120441 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CLOUGH, GARRETT DVM

Reference ID #: 7189199201

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7189199201 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

COASTAL SPEECH THERAPY

Reference ID #: 7193368438

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193368438 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CHEMTRON ANODIZING CO

Reference ID #: 7195420776

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195420776 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

BLAIS VETERINARY HOSP  CLINIC

Reference ID #: 7196342429

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7196342429 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

EXTRA SPACE STORAGE

Reference ID #: 7248692119

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7248692119 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

MARY ANGELA'S PIZZERIA

Reference ID #: 7208061177

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7208061177 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

HIGHWAY TIRE  AUTO SVC

Reference ID #: 7322405835

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7322405835 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

ERC

Reference ID #: 7317497444

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7317497444 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

EASTWOOD INDUSTRIES INC

Reference ID #: 7165953522

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7165953522 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

A CENTRAL MINI STORAGE

Reference ID #: 7245670040

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7245670040 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

HAMILTON UNIFORMS INC

Reference ID #: 7405675716

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7405675716 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CLASSY CHASSIS-MARKETING

Reference ID #: 7575636116

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7575636116 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

MIDAS

Reference ID #: 7349671208

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7349671208 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

PAK MAIL

Reference ID #: 7192754421

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192754421 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CAFE GYROS

Reference ID #: 7607318396

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7607318396 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

BOTTOMLINE EXCAVATING LLC

Reference ID #: 7407328250

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7407328250 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CELLULAR CONNECTION

Reference ID #: 7409262440

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7409262440 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CAMPING WORLD OF VALENCIA

Reference ID #: 7342870806

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7342870806 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CIRCLES OF CARING ADULT DAY

Reference ID #: 7653440281

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7653440281 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

MATERIAL METHODS

Reference ID #: 7602570289

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7602570289 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

EXTRA SPACE STORAGE

Reference ID #: 7637842216

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7637842216 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

ORKIN

Reference ID #: 7344273844

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7344273844 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

EXTRA SPACE STORAGE

Reference ID #: 7703819135

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7703819135 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

BROWN, ADAM OD

Reference ID #: 7576142008

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7576142008 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

MICHIGAN WORKS!

Reference ID #: 7709043136

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7709043136 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

GREEN ART PLUMBING SUPPLY

Reference ID #: 7606318412

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7606318412 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

E & H ENGINEERING INC

Reference ID #: 7733718546

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7733718546 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

ALPHA-SYLRAY CORP

Reference ID #: 7735480597

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7735480597 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

KNOLLWOOD VILLAGE

Reference ID #: 7738625613

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7738625613 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

A-1 SELF STORAGE

Reference ID #: 7734877854

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7734877854 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

FOR EYES OPTICAL CO

Reference ID #: 7166657043

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7166657043 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CANZANI ASSOCIATES ARCHITECT

Reference ID #: 7192761662

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192761662 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 20, 2023

CENTRE OPTICAL SVC INC

Reference ID #: 7163663626

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7163663626 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

ANDERSEN'S LOCK & SAFE

Reference ID #: 7814670011

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7814670011 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

PARENTO, COURTNEY K

Reference ID #: 7758534758

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7758534758 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

CHATTIGRE, LAUREN DVM

Reference ID #: 7856323294

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856323294 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

MIDWEST VACUUM PUMPS

Reference ID #: 7856323292

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856323292 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

HAWKEYE BUSINESS & ACCOUNTING

Reference ID #: 7856582450

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856582450 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

ARMSTRONG, TREY DVM

Reference ID #: 7856326270

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856326270 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

FLAGSHIP PRESS INC

Reference ID #: 7856728194

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856728194 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

PRAIRIE RIDGE GOLF COURSE

Reference ID #: 7857326421

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7857326421 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

KIDDIE KORRAL CHILD CARE CTR

Reference ID #: 7856323114

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7856323114 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

HALL, DIANNA R

Reference ID #: 7854607680

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854607680 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

EXTRA SPACE STORAGE

Reference ID #: 8012553214

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8012553214 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

MC DANELD, CAROL DVM

Reference ID #: 7854628050

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854628050 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

GIANOTTI, PATRICIA M PHD

Reference ID #: 8044450440

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8044450440 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

BELTZ'S PORTABLE TOILETS

Reference ID #: 8042653516

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8042653516 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

DVINE SYSTEMS GA

Reference ID #: 8054618211

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8054618211 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

HILLSBOROUGH VETERINARY CLINIC

Reference ID #: 8043943559

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8043943559 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

KID SPROUT

Reference ID #: 8047589593

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8047589593 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

CONTRA COSTA COUNTY MENTAL HLT

Reference ID #: 8047589684

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8047589684 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

ARIZONA STONE WERKES

Reference ID #: 8024822030

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8024822030 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

RESERVE GOLF CLUB

Reference ID #: 8059279640

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059279640 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

JOHNSTON, CAITLYN C

Reference ID #: 8047520032

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8047520032 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

HEARTLAND REHABILITATION SVC

Reference ID #: 8059279399

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059279399 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

PORT ISABEL ANIMAL CLINIC

Reference ID #: 8056922727

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8056922727 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

DEWEY'S PIZZA

Reference ID #: 8109871323

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8109871323 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

DA EXTERMINATING CO OF HOUMA

Reference ID #: 8102371113

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8102371113 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

LOCHMERE GOLF & COUNTRY CLUB

Reference ID #: 8082457850

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8082457850 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

AVRUSKIN, CARLA OD

Reference ID #: 8059696058

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059696058 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

NORTHWEST SELF STORAGE

Reference ID #: 8136328239

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8136328239 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

BACK ROOM TAILOR SHOP

Reference ID #: 8137408233

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8137408233 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

COPY KING

Reference ID #: 8048440578

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8048440578 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

PAT MAH INCOME TAX

Reference ID #: 8136661025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8136661025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

NEMETH AIR CONDITIONING INC

Reference ID #: 8148876770

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8148876770 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

CARDWELL STORE RV PARK

Reference ID #: 8152658291

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8152658291 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

FOREMAN, STEPHANIE OT

Reference ID #: 8155622466

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8155622466 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

PRATT, ROCHELLE L RN

Reference ID #: 8175406186

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8175406186 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

CASA VIEW PLUMBING CO

Reference ID #: 8182411243

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8182411243 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

GLOUCESTER CO TRNSPRTN DEPT

Reference ID #: 8146298020

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8146298020 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

PRATT, ROCHELLE L RN

Reference ID #: 8175406186

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8175406186 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

GARDENSCAPE NURSERY INC

Reference ID #: 8147354327

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8147354327 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

JACKSON HEWITT TAX SVC

Reference ID #: 8159699363

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8159699363 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

JOHNSTON PRINTING & OFFSET

Reference ID #: 8164079395

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8164079395 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

MARATHON STAFFING

Reference ID #: 8182477223

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8182477223 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

PROCOMP AUTO BODY INC

Reference ID #: 8189942220

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8189942220 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

EXTRA SPACE STORAGE

Reference ID #: 8165402751

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8165402751 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

QUINN AUTO BODY

Reference ID #: 8182467262

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8182467262 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

EAGLETON HEAD START

Reference ID #: 8143442456

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8143442456 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

BIG BOY

Reference ID #: 8286950865

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8286950865 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

JORDAN'S GARAGE

Reference ID #: 8302816089

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8302816089 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

AMERICAN BUILDING MNTNC CO

Reference ID #: 8308855352

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8308855352 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

NEW YORK  CO

Reference ID #: 8286951445

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8286951445 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

HATAMI, DAVID H DC

Reference ID #: 8313094333

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8313094333 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

AUCTION OUTLET OF QUEENS

Reference ID #: 8307627182

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8307627182 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

AIKMAN, JUDY

Reference ID #: 8305375761

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8305375761 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

FASTSIGNS

Reference ID #: 8306241455

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8306241455 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

MORADI, KAMRAN

Reference ID #: 8187870880

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8187870880 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

BASILE'S AUTO REPAIR & SVC

Reference ID #: 8288596255

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8288596255 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

MILANO'S PIZZA

Reference ID #: 8306241822

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8306241822 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

FORWARD SERVICE CORP

Reference ID #: 8166377773

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8166377773 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

OSPREY VILLAGE

Reference ID #: 8157479906

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8157479906 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

QI POINTS ACUPUNCTURE LLC

Reference ID #: 8177638024

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8177638024 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

AMUNATEGUI II, JOSEPH A DC

Reference ID #: 7854627761

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854627761 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

K J R TRANSPORTATION

Reference ID #: 7854362416

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854362416 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

BRASS RAIL STEAKHOUSE

Reference ID #: 8143457517

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8143457517 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

ESTEP, TED

Reference ID #: 7854622184

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854622184 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

FONDREN'S HARDWARE

Reference ID #: 8142677191

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8142677191 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

BODY ZONE APPAREL

Reference ID #: 7854627787

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7854627787 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

JUST FOUR WHEELS

Reference ID #: 8288596730

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8288596730 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

DIXON EXPLORATION INC

Reference ID #: 8063646154

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8063646154 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

BEHAVIORAL HEALTH SVC

Reference ID #: 8288599113

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8288599113 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

CICI'S PIZZA

Reference ID #: 8185040418

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8185040418 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 25, 2023

ANDERSON & ASSOC LLC

Reference ID #: 8148450167

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8148450167 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

EMPLOYERS OVERLOAD

Reference ID #: 8316492579

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8316492579 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1 855 330 4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

GENERATIONS PERSONAL CARE AGCY

Reference ID #: 8314438023

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8314438023 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

AIRPORT DIRECT

Reference ID #: 8434914813

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8434914813 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

GOFF, SARAH K

Reference ID #: 8437667009

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8437667009 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

ENERCON SERVICES INC

Reference ID #: 8439690665

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8439690665 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

CAROLINA LEGAL ASSOC INC

Reference ID #: 8472461164

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8472461164 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

LAFAMILIA

Reference ID #: 8459400458


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8459400458 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

MARY'S RANCH

Reference ID #: 8476168811

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8476168811 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

BY RITE PET SUPPLY

Reference ID #: 8475640205

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8475640205 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

QUINN FOGARTY FUNERAL HOME

Reference ID #: 8479958817

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8479958817 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

HIGHWAY ONE COMMUNICATIONS

Reference ID #: 8568482105

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8568482105 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

EXTRA SPACE STORAGE

Reference ID #: 8567726034

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8567726034 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

ORR, CATHERINE A

Reference ID #: 8632622068

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8632622068 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

CAT COMMUNICATIONS

Reference ID #: 8645422539

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8645422539 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

ABC ADVENTURES

Reference ID #: 8705783023

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8705783023 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

PEECABOO WINDOW TINTING INC

Reference ID #: 8708455648

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options. We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8708455648 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

PSAV PRESENTATION SVC

Reference ID #: 9037865688

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9037865688 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

ACCENT GRANITE  MARBLE

Reference ID #: 9093385609

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9093385609 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

MC DONALD'S

Reference ID #: 9099724050

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9099724050 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

BISHOP'S SALON & DAY SPA

Reference ID #: 9037865636

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9037865636 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

HEALTHY PRELUDE LLC

Reference ID #: 9013868273

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9013868273 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

REILLY, MICHAEL NP

Reference ID #: 9089351619

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9089351619 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

CLEMENT'S SALES SVC INC

Reference ID #: 8608443063

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8608443063 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

HISTORIC HOUSES OF ODESSA

Reference ID #: 8585600799

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8585600799 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

CRAFTON TULL

Reference ID #: 8566190118

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8566190118 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

KARMAN, PAMELA DPM

Reference ID #: 8325183615

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8325183615 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

MC WHORTER VARIETY STORE

Reference ID #: 8585354890

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8585354890 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

BERRY, MARY E PA

Reference ID #: 8655845804

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8655845804 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

BENDER, REBECCA A NP

Reference ID #: 8649679054

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8649679054 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

GLENWOOD SPRINGS CHAMBER ASSN

Reference ID #: 8708450022

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8708450022 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

NEW WAY TRANSPORT INC

Reference ID #: 8705783226

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8705783226 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

RENT-A-CENTER

Reference ID #: 9038487013

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9038487013 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

MACE, KRISTEN L PA

Reference ID #: 9042424966

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9042424966 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

PEECABOO WINDOW TINTING INC

Reference ID #: 8708455648

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8708455648 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

MC DOWELL & ASSOC

Reference ID #: 9097927070

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9097927070 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

MCALISTER PHOTOWORKS INC

Reference ID #: 8586463097

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8586463097 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 26, 2023

HOLIDAY HILL INN  SUITES

Reference ID #: 8708989215

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8708989215 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

EXTRA SPACE STORAGE

Reference ID #: 9123960128

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9123960128 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

OLD WESTBURY GOLF  COUNTRY

Reference ID #: 9127586550

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9127586550 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

AIM HIGH CHILDREN'S THRPY LLC

Reference ID #: 9143753601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9143753601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

BAYADA HOME HEALTH CARE

Reference ID #: 9137219858

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9137219858 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

EPS EVANS

Reference ID #: 9142418643

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9142418643 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

PEET'S COFFEE & TEA

Reference ID #: 9136961109

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9136961109 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

LEO'S TV & VCR STEREO SVC

Reference ID #: 9146694958

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9146694958 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

KANE-CARLSEN, PATRICIA A NP

Reference ID #: 9163926486

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9163926486 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

RED ROBIN GOURMET BURGERS

Reference ID #: 9183944329

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9183944329 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

ADVANCED ENGINEERING & SRVYNG

Reference ID #: 9165673600

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9165673600 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

DE WEES PRESCRIPTIONS

Reference ID #: 9182487228

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9182487228 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MC CORD'S BAKE SHOP

Reference ID #: 9167846535

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9167846535 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

LUGENBEAL, ROBERT K DC

Reference ID #: 9183827174

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9183827174 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MC CARROLL PRINTING CO INC

Reference ID #: 9182839911

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9182839911 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

OLIVE GARDEN ITALIAN KITCHEN

Reference ID #: 9169838816

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9169838816 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

OLSEN, KATE

Reference ID #: 9183798839

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9183798839 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

EL TITAN DE BRONZE CIGAR MFG

Reference ID #: 9183219882

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9183219882 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

CARQUEST AUTO PARTS

Reference ID #: 9169849494

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9169849494 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

KROGER DELI

Reference ID #: 9199609916

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9199609916 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

INDEPENDENCE THROUGH PHYSICAL

Reference ID #: 9205325050

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9205325050 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MARVIS, DEDE DVM

Reference ID #: 9185237848

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9185237848 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

PAN STAR EXPRESS CORP

Reference ID #: 9199609751

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9199609751 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

FAMILY LEARNING CTR

Reference ID #: 9182130088

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9182130088 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

LAI WAH RESTAURANT

Reference ID #: 9169872024

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9169872024 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

HUNTER'S PROFESSIONAL SVC

Reference ID #: 9258917819

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9258917819 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

COOPER/T SMITH CORP

Reference ID #: 9413784964

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9413784964 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MOBILE ELECTRONICS

Reference ID #: 9412569980

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9412569980 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

DOCKTER, CRAIG OD

Reference ID #: 9415386830

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9415386830 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

GLORIA'S PANTRY INC

Reference ID #: 9414069028

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9414069028 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

AMEDISYS HOME HEALTH CARE

Reference ID #: 9417560804

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9417560804 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MAINE PINE RACQUET & FITNESS

Reference ID #: 9285271551

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9285271551 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

PEARLE VISION

Reference ID #: 9516767287

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9516767287 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

LENSCRAFTERS

Reference ID #: 9524700717

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9524700717 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

FEDEX OFFICE PRINT SHIP CTR

Reference ID #: 9419170530

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9419170530 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

HUNTINGTON CENTER

Reference ID #: 9515094671

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9515094671 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MATTHEWS HALLMARK

Reference ID #: 9528545219

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9528545219 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

HARDEE'S

Reference ID #: 9544163625

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9544163625 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

BENDEL EXECUTIVE SUITES

Reference ID #: 9314664568

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9314664568 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

CLASSIC INN

Reference ID #: 9287434243

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9287434243 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

HEINZ, PATRICIA A CNM

Reference ID #: 9549515277

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9549515277 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

BROWN, ALICE D NP

Reference ID #: 9567176006

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9567176006 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

DUPRE, DONNA

Reference ID #: 9564122148

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9564122148 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

HIGHWAY INN

Reference ID #: 9733288322

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9733288322 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MCAVOY, FLORENCE DVM

Reference ID #: 9727152099

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9727152099 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

ENTERTAINMENT USA

Reference ID #: 9706369598

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9706369598 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

ARBY'S

Reference ID #: 9723167486

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9723167486 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

OWEN'S SIGN CO

Reference ID #: 9724338734

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9724338734 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

QK4

Reference ID #: 9564287996

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9564287996 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

EDELSTEIN, CANDACE

Reference ID #: 9785248153

Your company has been pre-approved for a working capital line of credit up to $65,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9785248153 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

CHAPMAN, CLARA F PHD

Reference ID #: 9857588003

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9857588003 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

BOSWELL WATER SYSTEMS INC

Reference ID #: 9787503681

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries.

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9787503681 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

KARMA RECORDS

Reference ID #: 9785353199

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9785353199 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MARTIN MUFFLER SALES

Reference ID #: 9784390170

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options. We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9784390170 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

CROWN BURGER

Reference ID #: 9896242690

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9896242690 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

DRURY'S AUTOMOTIVE SVC INC

Reference ID #: 9783813919

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-0 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9783813919 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

MATHIS PLUMBING HEATING  AIR

Reference ID #: 9898230017

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9898230017 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

GUATEMALA SHOP

Reference ID #: 9795329428

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9795329428 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

R & L DIE CO

Reference ID #: 9794847221


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9794847221 ready.


Sincerely,


Coast Credit

Small Business Finance Department

(888) 223-3122


To be removed from our distribution list please call 1-855-999-4200

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

HOLLYWOOD GRAPHICS

Reference ID #: 9786869671

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9786869671 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

BECK N CALL CLEANING SVC

Reference ID #: 9735829288

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9735829288 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

BOSWELL WATER SYSTEMS INC

Reference ID #: 9787503681

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9787503681 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

FRENCH ANTIQUE SHOP INC

Reference ID #: 9896922021

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9896922021 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

AIOSA, MARIO A

Reference ID #: 9896242028

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9896242028 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

ATKINSON TOWING & RECOVERY SVC

Reference ID #: 9896922082

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9896922082 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

OXFORD PROMOTIONS LTD

Reference ID #: 9858321800

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9858321800 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

HOLLYWOOD GRAPHICS

Reference ID #: 9786869671

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9786869671 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

April 27, 2023

INDUSTRIAL TRANSMISSIONS

Reference ID #: 9795341244

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9795341244 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Lake Fork Golf Club

Reference ID #: 9034739942

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9034739942 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Heartland Fertilizer Co

Reference ID #: 9417293475

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9417293475 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Tube Fabrication & Color

Reference ID #: 9206853025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9206853025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Titan Propane

Reference ID #: 9285264951

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9285264951 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Las Cambritas

Reference ID #: 8059279399

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059279399 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Beach House Inn

Reference ID #: 8059696058

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059696058 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Bryan's Mobile Auto Glass Inc

Reference ID #: 8047768068

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8047768068 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Stone Steel LLC

Reference ID #: 9313720267

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9313720267 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Tampa Firearms

Reference ID #: 8136661025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8136661025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Precision Dimension

Reference ID #: 8146849431

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8146849431 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Redlands Glass

Reference ID #: 9097927070

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9097927070 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Scott's Seafood Grill & Bar

Reference ID #: 9169898932

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9169898932 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Northridge Ice Cream Inc

Reference ID #: 8189982936

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8189982936 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Chaparral Ford Inc

Reference ID #: 8306656417

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8306656417 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Lansing Building Products

Reference ID #: 8042660166

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8042660166 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

A & G Shoe Corp

Reference ID #: 7732777100

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7732777100 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Shape Innovation

Reference ID #: 7708697947

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7708697947 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Mcelroy Furs Co Inc

Reference ID #: 8472954640

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8472954640 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Meshingomesia Golf-Social Club

Reference ID #: 7656511622

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7656511622 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Palms At Indian Head

Reference ID #: 7607679717

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7607679717 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Evart Engineering Co Inc

Reference ID #: 7653546027

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7653546027 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Price Chevrolet

Reference ID #: 8302816212

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8302816212 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Auto Parts Of Hood County

Reference ID #: 8173960165

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8173960165 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Chicago Martial Arts

Reference ID #: 8475640205

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8475640205 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Winners Jeffersonville Market

Reference ID #: 7404268766

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7404268766 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Penny Flanagan

Reference ID #: 8042244700

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8042244700 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 3, 2023

Saddlers Row

Reference ID #: 8477766574

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8477766574 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

A J's Restaurant & Lounge

Reference ID #: 7245670040

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7245670040 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

Nucor Wire Products

Reference ID #: 7242459789

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7242459789 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

Machine Rebuilders Inc

Reference ID #: 7246943191

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7246943191 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

BOND JAMES BOND

Reference ID #: 4097949444

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4097949444 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

Markley Cove Resort

Reference ID #: 7079664221

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7079664221 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

Kbb Best Motors

Reference ID #: 7132782887

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7132782887 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

REDDING PRINTING OF CHICO

Reference ID #: 4253914589

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4253914589 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

CENTRO DE NUTRICION Y TERAPIAS

Reference ID #: 4345281985

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4345281985 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

BUSCHLE, KRISTEN N MSN

Reference ID #: 4258989197

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4258989197 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

MALCHEFF, E M DC

Reference ID #: 4792439153

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4792439153 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

CAMPION ROSE BURNS CATERING

Reference ID #: 5028995934

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5028995934 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

CARE A LOT DAYCARE & BOARDING

Reference ID #: 5018879959

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5018879959 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

CLIFFHANGER'S GRILL & PUB

Reference ID #: 5024849097

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5024849097 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

ADRIAN SCOTT INDUSTRIES INC

Reference ID #: 4808922302

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4808922302 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

COMPLETE CASH

Reference ID #: 5053452329

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5053452329 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

LANDSTAR INWAY INC

Reference ID #: 5128230334

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5128230334 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

COMFORT KEEPERS

Reference ID #: 5182740497

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options. We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5182740497 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

BARNEYS NEW YORK

Reference ID #: 5162851477

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5162851477 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

ITADVANTAGE CORP

Reference ID #: 5183820667

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5183820667 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

FROSCH, BETH DC

Reference ID #: 5184397853

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5184397853 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

KELLOGGS KENNEL

Reference ID #: 5183827572

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5183827572 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

Q-MART

Reference ID #: 4408853357

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 4408853357 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

CARE A LOT DAYCARE & BOARDING

Reference ID #: 5018879959

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5018879959 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

FITNESS 19

Reference ID #: 5184394018

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5184394018 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

DYMECK, TERRI A NP

Reference ID #: 5305469409

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5305469409 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

MC DONALD'S

Reference ID #: 5302467902

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5302467902 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

CORNERSTONE PAINTING

Reference ID #: 5308738130

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5308738130 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

BENNETT'S DECAL LABEL

Reference ID #: 5176490015

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5176490015 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

OVERHEAD DOOR

Reference ID #: 4159864622

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4159864622 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

REGENCY LIGHTING

Reference ID #: 4145625552

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4145625552 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

ADVANTAGE FORMS & GRAPHICS

Reference ID #: 5108653604

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5108653604 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**