# EXHIBIT B8

https://grabify.link/NSJ3O3

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

RAWSON EXCAVATING

Reference ID #: 4144444194

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4144444194 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

ALMOND TREE INN

Reference ID #: 5099467710

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5099467710 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

REAVES CHIROPRACTIC HEALTH CTR

Reference ID #: 5089163356

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5089163356 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

PAINTERS DISTRICT COUNCIL

Reference ID #: 4154668197

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4154668197 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

POSTNET

Reference ID #: 4155630121

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4155630121 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

CABINET RESTORERS

Reference ID #: 4147781656

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4147781656 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

COMFORT CARE MEDICAL EQUIPMENT

Reference ID #: 5106351112

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5106351112 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

FELICE, SATH DPM

Reference ID #: 5072237737

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5072237737 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

AUTUMN HILL LANDSCAPE  DESIGN

Reference ID #: 5103539590

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5103539590 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

HULTS, RICHARD E OD

Reference ID #: 5128327826

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5128327826 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 4, 2023

JARED THE GALLERIA OF JEWELRY

Reference ID #: 5102084326

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5102084326 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

HIS STORY CHRISTIAN GIFT CTR

Reference ID #: 5702813591

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5702813591 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Mccarty's Contemporary Marble

Reference ID #: 6182815662

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6182815662 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

DONJANELLE UNISEX HAIR SALON

Reference ID #: 5702813585

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5702813585 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

IBEW

Reference ID #: 5703473987

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5703473987 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Omega Sign & Lighting

Reference ID #: 6307600777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6307600777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Jennings Realty

Reference ID #: 6612424901

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6612424901 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Hong

Reference ID #: 6264520676

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6264520676 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Ram Enterprises Tech Inc

Reference ID #: 6505749019

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6505749019 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Blue Mountain Furniture

Reference ID #: 6626859950

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6626859950 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

ARROW TOOL DIE & MACHINE CO

Reference ID #: 5598675719

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5598675719 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Black's Forklift Sales & Svc

Reference ID #: 5178494002

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5178494002 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

FIRST CASH PAWN

Reference ID #: 5702813760

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5702813760 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

FLAGSHIP FLOORS

Reference ID #: 5632630405

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5632630405 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Connie's Kitchen

Reference ID #: 6626862255

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6626862255 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Matus News

Reference ID #: 5707797773

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5707797773 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Sabatini's Pizza Inc

Reference ID #: 5706939747

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5706939747 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Healdton Electric Co

Reference ID #: 5802292939

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292939 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Privett Sales

Reference ID #: 5804829777

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829777 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

MILLER, KELSEY ANN

Reference ID #: 5597575726

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5597575726 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Triple R Camping Resort

Reference ID #: 5856763856

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5856763856 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Yellow Emperor Inc

Reference ID #: 5414850039

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5414850039 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Shade Mountain Golf Course

Reference ID #: 5708376011

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5708376011 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

EMBROIDME

Reference ID #: 5624947229

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5624947229 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

NETWORK ENHANCED TRAINING

Reference ID #: 5596555211

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5596555211 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

Hula Inn

Reference ID #: 7034352505

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7034352505 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 9, 2023

HEALTHY PETZ VET HOSP LLC

Reference ID #: 5618489844

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options. We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5618489844 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Van Skiver Motors

Reference ID #: 6075355489

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6075355489 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Tobin & Assoc

Reference ID #: 6108384991

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6108384991 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Fitness 1 Of Nashville

Reference ID #: 6157773839

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6157773839 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Blind & Shutter Gallery

Reference ID #: 6152210099

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6152210099 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Baensch Food Products Co

Reference ID #: 4145625525

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4145625525 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Phoenixville Foundry Svc

Reference ID #: 6109331512

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6109331512 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Options In Time Inc

Reference ID #: 4846889005

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4846889005 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Addev Materials Converting

Reference ID #: 4145469551

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4145469551 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

HUGHES III, THOMAS J

Reference ID #: 3236543096

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3236543096 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Specialized Coating Svc

Reference ID #: 5102668742

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5102668742 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

MONRO MUFFLER BRAKE & SVC

Reference ID #: 3237260933

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3237260933 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

Inn At The Canyons

Reference ID #: 4355872191

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4355872191 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

CULLEY'S MEADOWWOOD MEML PARK

Reference ID #: 3617820147

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3617820147 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

LEGGETT'S APPLIANCE SVC

Reference ID #: 3345129979

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3345129979 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

REGUS

Reference ID #: 3612772000

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3612772000 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 10, 2023

GIORDANO'S COLLISION INC

Reference ID #: 3617415399

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3617415399 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

END ZONE

Reference ID #: 4046997535

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4046997535 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

REEVES, KENNIE DVM

Reference ID #: 4067966007

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067966007 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

PEIFFER, KIM A PA

Reference ID #: 3196883008

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3196883008 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

REPRISE AUTO PARTS INTL

Reference ID #: 3199834068

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3199834068 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

CLEM LENISKI & SONS INC

Reference ID #: 3165352500

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 3165352500 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

DAS Distribution Inc

Reference ID #: 8608443063

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8608443063 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

Dock Accents

Reference ID #: 8047589684

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

Parker's Automotive Repair

Reference ID #: 8047589002

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8047589002 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

Elmerick Robert B CPA Inc

Reference ID #: 8059671502

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059671502 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

Empire Painting Co Inc

Reference ID #: 8102371113

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 8102371113 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 11, 2023

Motion X Corp

Reference ID #: 8059682007

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8059682007 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Landaal Packaging Systems

Reference ID #: 8107409089

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8107409089 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Bella Staffing Svc

Reference ID #: 8137408233

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8137408233 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Marysville Funeral Home

Reference ID #: 8108921118

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8108921118 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Chadon Photographers

Reference ID #: 8123392062

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8123392062 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Esperanza Recovery

Reference ID #: 7604523300

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7604523300 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Chestnut Hill Academy Inc

Reference ID #: 7709910380

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7709910380 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Colorado Summit Realty LLC

Reference ID #: 7195397374

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195397374 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Theta Electric

Reference ID #: 7272138983

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7272138983 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Editech Staffing

Reference ID #: 7039259396

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7039259396 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Jupiter Brokerage Svc

Reference ID #: 7088360818

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7088360818 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Surgery Specialists Of Fremont

Reference ID #: 7192754058

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192754058 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Halland Homes

Reference ID #: 6168681148

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6168681148 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

45 North Productions

Reference ID #: 7343020111

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7343020111 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Ces Group Engineers LLP

Reference ID #: 7044894500

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7044894500 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Martec International

Reference ID #: 7089549183

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7089549183 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Terri Sturges

Reference ID #: 7125879695

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7125879695 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Evelyne N Llorente MD

Reference ID #: 7144340790

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7144340790 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Lisa B Greeley

Reference ID #: 7166618364

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7166618364 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Pinnacle Rehabilitation Ntwrk

Reference ID #: 6178416351

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6178416351 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Evelyne N Llorente MD

Reference ID #: 7144340790

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7144340790 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 16, 2023

Giacoletti Music

Reference ID #: 7607292183

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7607292183 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Five Diamond Cold Storage Inc

Reference ID #: 6617527930

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6617527930 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Wall Street Properties

Reference ID #: 6505749215

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6505749215 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Midwest Environmental Control

Reference ID #: 6612589024

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6612589024 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Michelle A Lam

Reference ID #: 5719338438

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5719338438 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Grus Foundations LLC

Reference ID #: 5734840012

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5734840012 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Wooldridge Appraisals

Reference ID #: 5804829843

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829843 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Roberts Funeral Home & Chapel

Reference ID #: 5802292131

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292131 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Advance R-Iv School District

Reference ID #: 5737229886

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5737229886 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

John Roach Projects

Reference ID #: 6082590559

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6082590559 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Jackson County Abstract Co

Reference ID #: 5804829180

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5804829180 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Falmouth Engineering Inc

Reference ID #: 5084953229

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5084953229 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call **1-855-339-4288**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Compassus Home Health

Reference ID #: 5058840383

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5058840383 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Cintech Automotive Repair

Reference ID #: 6363522007

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6363522007 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Mowear USA

Reference ID #: 5738660014

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5738660014 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Howardville Head Start

Reference ID #: 5736885213

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5736885213 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Employment & Training Admin

Reference ID #: 6018929613


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6018929613 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Lew's Lock & Safe

Reference ID #: 6072562466

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6072562466 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Cordell Public School District

Reference ID #: 5808324108

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5808324108 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Mailingedge

Reference ID #: 6153572240

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 6153572240 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Ameritax & Accounting

Reference ID #: 5099467710

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5099467710 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Compassus Home Health

Reference ID #: 5058840383

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5058840383 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Real Estate Connection

Reference ID #: 6053521370

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6053521370 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Apex Properties

Reference ID #: 5132420749

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5132420749 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Alto Alps Homes Owners Assoc

Reference ID #: 5753367999

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5753367999 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 17, 2023

Compassus Home Health

Reference ID #: 5058840383

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5058840383 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Boyer's Service Station

Reference ID #: 5176490015

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5176490015 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

G K Locks

Reference ID #: 5305469409

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5305469409 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Narrows Quick Lube & Car Wash

Reference ID #: 5407268075

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5407268075 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Green Tree Realty

Reference ID #: 5407367305

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5407367305 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Huff's Heating & Sheet Metal

Reference ID #: 5305469269

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5305469269 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Jones Farm

Reference ID #: 5599479304

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5599479304 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Cleburne County Memorial Gdn

Reference ID #: 5018879959

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5018879959 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Wibaux Visitors Information

Reference ID #: 4067966007

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4067966007 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Associated Billing Svc Inc

Reference ID #: 4074750280

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4074750280 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Priority Aviation Inc

Reference ID #: 4792439153

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4792439153 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

LA Mail Ctr

Reference ID #: 3234564263


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3234564263 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

Marconi Line Inc

Reference ID #: 3216318489

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3216318489 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 18, 2023

School Uniformity

Reference ID #: 3237260933

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3237260933 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Edna Cleaners

Reference ID #: 3617820147

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3617820147 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

E & P Scorpion Inc

Reference ID #: 3612564728

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3612564728 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Worth It Counseling & Coaching

Reference ID #: 3852502152

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3852502152 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

A2D Solutions

Reference ID #: 3058912988

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3058912988 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

J Quinn Construction

Reference ID #: 3103256792

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3103256792 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Crown Metals & Trim

Reference ID #: 2252092013

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2252092013 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Mick's Truck Parts

Reference ID #: 2318458202

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2318458202 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Sunny Meadows Residential Home

Reference ID #: 2609253494

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2609253494 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Pyramid Excavating Inc

Reference ID #: 2609279262

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2609279262 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Morgan Co Soil & Water

Reference ID #: 2567519835

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2567519835 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Dekalb County Cmnty Foundation

Reference ID #: 2609250383

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business; it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2609250383 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Peck & Milford

Reference ID #: 2704449820

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2704449820 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Taylor Home & Education Ctr

Reference ID #: 2625534021

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2625534021 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Action Well & Pump Svc

Reference ID #: 2628953182

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2628953182 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Mouser Container Svc

Reference ID #: 2814569001

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2814569001 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

Richardson Halsey Assoc

Reference ID #: 2059435614

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries.

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2059435614 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 24, 2023

We Rent It

Reference ID #: 3147725773

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3147725773 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Kaitlin H Binnington

Reference ID #: 2074550232

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2074550232 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Rick's Master Marine

Reference ID #: 2067758612

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2067758612 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Digital Pro Lab

Reference ID #: 2103662471

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2103662471 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Union Auto Group Inc

Reference ID #: 3237666132

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3237666132 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Classic City Tool & Eng

Reference ID #: 2609252794

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2609252794 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Abandonment Co

Reference ID #: 2628953182

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2628953182 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

JAS Trailers

Reference ID #: 2548990169

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2548990169 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

West Paducah Glass Co Inc

Reference ID #: 2704436504

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 2704436504 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

A & A Toppers South

Reference ID #: 3037983278

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 3037983278 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Salem Minerals Inc

Reference ID #: 3035690156

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3035690156 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Friendswood

Reference ID #: 2819926200

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2819926200 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

West Town Archery

Reference ID #: 4144444194

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 4144444194 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Hunt Drug Co

Reference ID #: 2564471718

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2564471718 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Auburn Gear Inc

Reference ID #: 2609254725

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2609254725 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Laser Fabrication & Machine Co

Reference ID #: 2568921616

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2568921616 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Griffith Rubber Mills

Reference ID #: 2603573130

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2603573130 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 25, 2023

Star Technology

Reference ID #: 2608377834

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2608377834 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Eagle Fabrication

Reference ID #: 3178599901

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3178599901 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Saeland Road Svc

Reference ID #: 5597575726

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5597575726 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Overton Carbide Tool & Engrng

Reference ID #: 3177367743

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3177367743 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Fortville Auto Parts

Reference ID #: 3174857793

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3174857793 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

To be removed from our distribution list please call 1-855-339-4268

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

East Kentucky Medical Billing

Reference ID #: 6064323890

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6064323890 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Maysprings Hospice Care Inc

Reference ID #: 9514984076

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9514984076 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Monoma Veterinary Hospital PC

Reference ID #: 5635392160

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5635392160 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Mckay Family Pharmacy

Reference ID #: 8128290882

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8128290882 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Penguin Construction Co Inc

Reference ID #: 7193959203

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193959203 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Going Aire

Reference ID #: 3053672748

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 3053672748 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Blissful Support Hospice Inc

Reference ID #: 9513819339

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9513819339 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

De Luna Dental

Reference ID #: 9516962155

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9516962155 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Enzyme Solutions Inc

Reference ID #: 2605539104

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 2605539104 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 30, 2023

Tice Health Mart Pharmacy

Reference ID #: 7857427989

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7857427989 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7709960327

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3136660052

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4016216109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: **2127996888**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6104091918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7572537957

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2693424134

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4103721205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4103721211

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7869240794

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3016711485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7167721055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4197346165

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430%** fixed
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208

*To be removed please call 888-641-0558*



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430%** fixed
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6064390137

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023


Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430%** fixed
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9549689869

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3369030433

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208

*To be removed please call 888-641-0558*



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: <<fax number>>

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4103721202

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7324100214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6313230103

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4108762477

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5613936209

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3367253066

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6607830031

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3033081293

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023


Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4355143008


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228


If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6064350091

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7079242096

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529631

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 8587262061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 8318544286

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7602819583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7602819421

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7073137218

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7073137511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6617527151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7079827086

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239928

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3309659683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608757880

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529861

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7602819151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2094333769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529128

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948029

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2514147480

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7125467133

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4694662660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7602819043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5733212114

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023


Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756947


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9708582202

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529785

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 8312999400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023


Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756011


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948108

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5205466859

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608609898

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9412389984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2098283097

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239864

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756844

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6617527432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239130

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756534

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3523538004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5044107578

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023


Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5599003520


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6622949057

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5177842298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5808744411

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7072152229

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7072212201

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7073717483

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2023322413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239613

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4102727527

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756451

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6617527461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948328

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7072023398

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9259320335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7602819259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7079880001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529753

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7072023517

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6104410214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756564

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7759964333

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2548533016

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5599479021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239836

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948243

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7073714711

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: $78,458
Applied Rate: 3.430% fixed
Client ID #: 6028703566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208

To be approved please call 888 641 0558



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: **8318544329**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5599003477

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529821

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4145469551

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7073137558

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 8318544175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2814569794

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608757850

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529923

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2094333542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948380

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2094333481

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023


Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5304522986


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529961

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6617527501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608757199

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 4014635257

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239850

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529699

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7078970676

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529257

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5869977004

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756801

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5599003029

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3366565511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6066171594

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7147721290

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9097529824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 5807385276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2158861928

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2109636081

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9099060727

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2098283085

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239103

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948369

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 6617527994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608757611

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239641

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7602819454

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756897

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7146953626

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7602819492

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2094333138

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2098283036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7079827147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9094948265

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756450

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7609239660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7079242559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 9737775403

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7608756787

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 7072023148

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 2527974200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Allergy Asthma & Immunology

Reference ID #: 9789470601

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9789470601 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Tallahassee Primary Care Assoc

Reference ID #: 8503256020

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8503256020 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

I Care Vision Ctr

Reference ID #: 9896922021

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9896922021 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Eli Friedman MD

Reference ID #: 8508485550

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8508485550 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Hayward Area Meml Hosp Emrgncy

Reference ID #: 7159344273

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7159344273 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Southtowns Neurology Of Wny

Reference ID #: 7169341082

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7169341082 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Ascension Medical Group St

Reference ID #: 9042857442

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 9042857442 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Chautauqua County Home

Reference ID #: 7163660114

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7163660114 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

5/31/2023

Approved Line: **$78,458**
Applied Rate: **3.430% fixed**
Client ID #: 3232051382

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

MVP Awards & Engraving

Reference ID #: 9017614062

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 9017614062 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Greenville Health System

Reference ID #: 8648488390

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8648488390 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Fredonia Optometry Group

Reference ID #: 7166793353

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7166793353 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

May 31, 2023

Herman Advanced Family Eye Cr

Reference ID #: 7155683937

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7155683937 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Florence Medical Clinic

Reference ID #: 7197846014

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7197846014 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Gosai & Gandhi

Reference ID #: 7244891306

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7244891306 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Arkansas Valley Surgery Ctr

Reference ID #: 7192757009

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192757009 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Surgery Specialists

Reference ID #: 7192754058

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192754058 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7248347765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Neurology & Acupuncture Clinic

Reference ID #: 7577457559

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7577457559 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2408180170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8047589205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Jewell County Hospital

Reference ID #: 7853783450

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7853783450 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Healthtrac Walkin Clinic

Reference ID #: 7192691186

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192691186 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Ottersberg Chiropractic

Reference ID #: 7192691021

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192691021 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Canon Denture Svc

Reference ID #: 7192753098

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192753098 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Erik H Rieger MD

Reference ID #: 7193453331

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193453331 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Arkansas Valley Family Prctc

Reference ID #: 7193832327

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193832327 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Mountain Peaks Urology

Reference ID #: 7192753145

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties.  We have no underwriting fees and flexible payment options:  We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 7192753145 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721132


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Dv Hospice & Palliative Care

Reference ID #: 7472972697

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7472972697 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Marc A Sindler MD

Reference ID #: 7192754139

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192754139 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Matthew S Keuker LLC

Reference ID #: 7852436017

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7852436017 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6303844383

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5595004147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529386

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599003481

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: $78,458
Applied Rate: 7.75% fixed
Client ID #: 5304522939


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527464

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079242901


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228


If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948240

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769595

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5853965942

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6314738515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Southern Co Eye Care Assoc

Reference ID #: 7195420776

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7195420776 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Penrose Dental Clinic

Reference ID #: 7193720163

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call — and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193720163 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Barbee Stephen L MD

Reference ID #: 7192858126

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192858126 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Hanson Clinic Family Practice

Reference ID #: 7197669010

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7197669010 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Kristen D Kadel RN

Reference ID #: 7857385053

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7857385053 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Canon Family Medicine

Reference ID #: 7192756939

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192756939 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Pueblo Chiropractic

Reference ID #: 7192762381

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192762381 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Drs Cooper & Banninger LLC

Reference ID #: 7857384201

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7857384201 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

James F Reppert MD

Reference ID #: 7192753743

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7192753743 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Caring Hands Rehab

Reference ID #: 7193454098

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7193454098 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 1, 2023

Republic County Hospital

Reference ID #: 7855272324

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7855272324 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2073676382

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7726927602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4017388990

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5083483226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9362136305

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
**562-314-3228**

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4094297486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
**562-314-3228**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4078431317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3162849364

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2097966111

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7078853951

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948378


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819937


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228


If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6417549779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819425

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527547

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948213

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819371

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6177429465

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239279

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948207

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9088350376

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8044361024

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2702949507

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2123432960

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8504327989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5024915663

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9186743037

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7248710007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930572

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2568921061

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3468007171

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609124

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529936

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527582

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757089

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239347

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079286970

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
**562-314-3228**

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137392

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
**562-314-3228**

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072761679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819247

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2094333226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8313731622

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609674

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948359

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239415


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239400


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756506

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2812889325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
**562-314-3228**

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2025263994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4155006232

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4408853357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9735068715

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2702942788


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7166842552

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7869240733

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8044725063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6303506739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5806542036

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2548293107

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948189

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529030

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609276


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228


If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827077


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228


If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239913

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948072

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: $78,458
Applied Rate: 7.75% fixed
Client ID #: 3196883008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827937

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529657

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819717

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7869240765

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072761222

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239048

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7125879695

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5089163356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3473281825

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6175394402

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7869240793

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7817026831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8149389151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4403999020

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6319815681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930842

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721121

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3369968777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079247818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072200231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527583

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757297

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5304522701

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208

*To be removed please call 888-641-0558*



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769303

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6508608984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948227

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948220


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529738

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756677

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7039689291

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9412370968

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6317349005

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2156632453

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9042577080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4105631602

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5088297887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9896922021

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8142252253

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2165668331

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6012989205

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7078970226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599003475

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5304522874

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137694

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527649

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527070

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757461

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819163

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9165004141

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137109

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948256

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2094333527

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529446

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3368961775

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5138286852

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930708

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8145425054

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9549745406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8182220116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6788061559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721179

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4436525904

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127323312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8307414309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8648340454

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7145516581

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239090

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239728

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239833

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819497

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757273


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819673

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529098

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2093962935


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819954

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3109732432

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5304522237

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819317

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4123580251

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3304684133

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721234

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3866725519

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2483284521

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5626842429

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7134563494

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7869240789

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6157636356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527621

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769136

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6204225174


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2515752870

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7074857784

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: **2094333231**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819963

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7635660805

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756063

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819549

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5208437681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/01/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137956

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721118

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6106199879

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6072562007

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3019776907

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2702942886

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721217

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2768612804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6172927922

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3527328596

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7322235660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4754000683

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2154820554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9177220561

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721226

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3617820485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122634062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4048880504

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137370


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2089172818

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757679

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7147413904


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827198

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819924

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073717025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239530

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756555

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072761431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527094

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023412

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757146

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757739

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529062

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7163539610

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5408223858

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7243798548

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6782740043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6206284632

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4438781414

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7815441323

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3163207018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757040

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4109312853

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2159880879

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5107560445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5095292301

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819085

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819172

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3108559559

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819914

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527284

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072152151

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7142587235

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819897

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7078970914

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7149529501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6193676613

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4085203472

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8182229608

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529906

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5184774319

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127557423

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208

*To be removed please call 888-641-0558*



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5153672527

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3103256792

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3096769001

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527348

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7472649595

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2089177918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527840

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097895779

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072212522

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757041

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819335

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756855

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023262

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527492

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527170

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072212721

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948295

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819958

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609546

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023534

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6782984223

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4073439495

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721215

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127324986

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4129608257

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8102669988


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930824

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5736242115

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122638811

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2564470126

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3033886736

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2628270221

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6418435008

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5753881224

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2098283025

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529829

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7753895042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599003441

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073717831

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239972

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819909

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819918

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757293

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756835

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527712

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072767352

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: $78,458
Applied Rate: 7.75% fixed
Client ID #: 7073133681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757344

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529206

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239342

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609989

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6502845080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2094333323

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827827

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239742

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527567

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527485

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3308670849

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2548533203

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8324088511

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103194326

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819073

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137727

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



Coast Credit
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072200542

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239681

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769783

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7273028999

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7078970917

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072767413


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756806

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827768

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757164

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948345

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9013674169

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9099461946

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073714697

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9183219459

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239273

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827043

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769356

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3208

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6416233896

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3208



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948228

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529689

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072487042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757758

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819769

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948357

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079242796

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6066171376

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721155

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7122652745


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4107803946

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9142341204

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721142

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7404568000

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721119

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8306656400

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5802372896

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769116

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948104


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239049

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2094333011

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5304522516

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756934

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079286988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8312999499

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609670

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239447

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239788

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617639283

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527590

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948092

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5622866515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721180

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6062484149

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757887

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2064006891

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9788250009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721147

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3055939214

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2624780501

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3204337231

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8175717686

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2016231819

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5755380640

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3606517556

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819050

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239354

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023490

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609199

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527080

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079223994

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529751

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137406

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2098268216

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527493

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948394

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599003469

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2094333339

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757009

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827746

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/06/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6172475476

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Davis Square Dental

Reference ID #: 6176163033

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6176163033 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Atrius Health

Reference ID #: 6177740882

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6177740882 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Rafael A Vega MD

Reference ID #: 6176340949

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6176340949 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Southern Illinois Health Care

Reference ID #: 6188754631

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6188754631 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Tianlai Tang MD

Reference ID #: 6154578595

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6154578595 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Palmetto Advanced Thrpy Svc

Reference ID #: 8033024020


Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..


The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.


Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.


If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 8033024020 ready.


Sincerely,



Coast Credit

Small Business Finance Department

(888) 223-3122


**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Family Health Pharmacy

Reference ID #: 6607830500

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6607830500 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Chiropractic Center-Saltillo

Reference ID #: 6628699908

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6628699908 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Kathryn Thirey DPT

Reference ID #: 6789221515

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6789221515 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Jorgensen Chiropractic Clinic

Reference ID #: 7127555463

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127555463 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Sibley Family & Sports Chiro

Reference ID #: 7127544667

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127544667 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Carroll Dental Assoc

Reference ID #: 7127925547

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7127925547 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Crown Hospice Inc

Reference ID #: 5623957671

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5623957671 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Ivory Hospice Inc

Reference ID #: 5624730080

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5624730080 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Healdtons Family Eye Care

Reference ID #: 5802292212

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5802292212 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Clovis Dental Office

Reference ID #: 5757627738

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5757627738 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Pediatric Health Svc

Reference ID #: 5758856309

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5758856309 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Hematology Oncology Conslnts

Reference ID #: 7122652511

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7122652511 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

River Bend

Reference ID #: 5752341901

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5752341901 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Gayle Ann Bustos RN

Reference ID #: 5754833970

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5754833970 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Tanisha Rea Aday

Reference ID #: 5757694330

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5757694330 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Frank John Di Bari Dental Corp

Reference ID #: 7079239660

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 7079239660 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 7, 2023

Gail M Ellison

Reference ID #: 5756823649

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5756823649 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Igo Medical Group Amc

Reference ID #: 5855541312

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5855541312 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Capital Health Primary Care

Reference ID #: 6093248267

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6093248267 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Family Medicine & Cpc

Reference ID #: 6095819082

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6095819082 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Willow Midwives

Reference ID #: 6123455937

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 6123455937 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Yelena Galuza OD

Reference ID #: 5039825438

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5039825438 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

James D Miller DDS

Reference ID #: 5078315025

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5078315025 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Windom Area Hosp Outreach Clnc

Reference ID #: 5078315749

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5078315749 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Avera Medical Group

Reference ID #: 5078314170

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit.

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today! Please have your Reference ID # 5078314170 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**

# Coast Credit



## Immediate Capital for Small Businesses Coast to Coast

June 8, 2023

Pine View Assisted Living

Reference ID #: 5078315124

Your company has been pre-approved for a working capital line of credit up to $85,000 at 4.5% based on your most 4th Quarter public Dun and Bradstreet reporting, as well as being one of our preferred industries..

The process is fast and simple. Contact us at (888) 223-3122 for a quick phone call – and we will get you the information to get the funding process started.

Our product is completely renewable without any pre-payment penalties. We have no underwriting fees and flexible payment options: We can work with all situations including credit issues and cash flow issues.

If your business can use some extra cash, give us a call for a no-cost, no obligation funding offer.

As a working capital line of credit that has been developed for your small business, it does not report to any personal credit reports, and will solely report to your business credit

We can fund within 1-3 business days with very little paperwork required!

Please call (888) 223-3122 to speak with our dedicated team of funders to get the working capital into your operating account today!  Please have your Reference ID # 5078315124 ready.

Sincerely,

Coast Credit

Small Business Finance Department

(888) 223-3122

**To be removed from our distribution list please call 1-855-339-4268**



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8648457012

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5088825566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7708925259

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721112

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6066171320

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3369038646

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721195

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5856410259


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9785797984

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8453584539

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6172443434

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5854669018

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3366962829

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3366676823

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7127553099

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6303508760

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7149972828

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2342545248

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4102968569

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599456714

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2093962996

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5085351523

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948292

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023312

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6268720105

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5415672821

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948042

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5597515300

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9096080104

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948346

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819185

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8636930298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599003438

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819630

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527486

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819696

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948330

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527413

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527278

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756364

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2134843566

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5704872750

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9014587192

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5402961178

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3374511300

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6174775513

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8655845804

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9156002097

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: **7043381478**

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5415640871

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2254067671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3162849856

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023258

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079247100

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769784


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527908

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239022

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239670

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948276

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073137445

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819598

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239523

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2702943777

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5306868671

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5303462925

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757422

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769597


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819504

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756325

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4103721145

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529944

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8138823200

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3157011674

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8705649979

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6417524799

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529725

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5599002664

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7078970129

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527796

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072212032

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239324

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5306868222


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608756277

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948175

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 5595004167

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3023681343

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4178953112

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8155879931


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6822670726

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6302604027

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9187895554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 4097523868

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529716

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6029421088

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023381

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7072023695

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239238

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608609431

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527071

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529660

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527988

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 2098283093

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529676

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819204

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9254769154

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819298

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3238707049

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527510

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529893

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9094948327

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529582

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757306

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 8042627554

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9038482055

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9418821800

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7079827249

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6206284498

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9014104545

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7073133771

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239309

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757372

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7608757997

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7609239952

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527639

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023


Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 3193661972


With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 7602819515

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527920

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY

- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT

- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 6617527754

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

Coast Credit
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com



**Coast Credit**
Commercial Finance Group
562-314-3228

6/13/2023

Approved Line: **$78,458**
Applied Rate: **7.75% fixed**
Client ID #: 9097529162

With a business line of credit, you will have access to the working capital you need when you need it.

Simply request funds via a quick call, or transfer money into your account using your Online Account. Our business line of credit has no cost to set up can help you bridge the gap between payables and receivables, temporarily fund payroll, or purchase inventory. Our commercial lines of credit are based on the business profile and not on personal to help build your business credit.

EASY
- Approved Options within 24 hours
- No Upfront Fees

REPAYMENT
- No Daily Payments
- Terms: 6 months – 10 years
- No Prepayment Penalty
- 50k – 350k Available

Draw as little or as much as you want from your available credit and only pay for what you use. Your credit line replenishes as you make repayments.

Call now to review your options.

This offer expires in 5 days.

**Coast Credit**
Commercial Finance Group
562-314-3228

If you have received this as an error or to opt out, please visit
www.pleaseunsubscribemyfax.com