IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ASTRO COMPANIES, LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:23-cv-02328 |
| WESTFAX, INC, DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast, BARRY CLARK, CHAD MATHESON, and JOHN DOES 1-10 | ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION ON RULE 16(B) SCHEDULING CONFERENCE**

Plaintiff ASTRO COMPANIES, LLC. ("Plaintiff") and Defendants WESTFAX, INC, DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast, BARRY CLARK, CHAD MATHESON (collectively "Defendants"), by and through its undersigned counsel, hereby submits this Joint Motion and respectfully requests the Court reschedule the January 11, 2024 Telephonic Scheduling Conference (Doc. 7) until on or after February 1, 2024. In support thereof, the Parties state as follows:

1. The Parties have been working diligently to prepare the Proposed Scheduling Order for January 4, 2023. (Doc. 7).

2. Defendants require a short extension to permit sufficient time to determine what counsel will represent what named individual going forward, which has taken longer than anticipated notwithstanding Defendants' diligence. See, e.g., *Pumpco, Inc. v. Schenker International, Inc*., 204 F.R.D. 667, 668 (D.Colo. 2001).

1

3. Pursuant to Local Rule 7.1 (A), Plaintiff's counsel has consulted with Defendants' counsel and is authorized to state that this is a Joint Motion.

WHEREFORE, the Parties respectfully request the Court grant this Joint Motion and, for good cause shown, enter an Order rescheduling the Telephonic Scheduling Conference for February 1, 2024 or a date thereafter, or to such other date as the Court deems appropriate under the circumstances.

| | |
|---|---|
| /s/Ross M. Good | /s/William B. Hayes |
| Ross M. Good, Esq. | William B. Hayes |
| Loftus & Eisenberg, Ltd. | 824 Hideaway Circle East, #341 |
| 161 N. Clark, Suite 1600 | Marco Island, FL 34145 |
| Chicago, IL 60601 | direct: (303) 514-0658 |
| direct: (786) 539-3952 | sqhayes@aol.com |
| ross@loftusandeisenberg.com | Attorney for Defendants |
| Attorney for Plaintiff | |