**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

ASTRO COMPANIES, LLC          )
                                         )
                 PLAINTIFF,     )
                                           )
               v.                   )   Case No.: 1:23-cv-02328
                                           )
WESTFAX, INC. and JOHN DOES 1-10.   )
                                           )
              DEFENDANTS.    )

**MOTION TO EXTEND TIME FOR**
**DEFENDANT WESTFAX, INC. TO RESPOND TO AMENDED COMPLAINT AND TO**
**RESCHEDULE THE SCHEDULING CONFERENCE**

       WestFax, Inc.'s ("WestFax") counsel hereby moves this Court to extend the time by which WestFax may respond to the Amended Complaint in this matter until February 28, 2024 and to reschedule the Scheduling Conference.

1. Plaintiff's counsel filed an Amended Complaint (Doc 10). Plaintiff's Amended Complaint adds additional Defendants and allegations.

2. The Amended Complaint is presently being served on the additional Defendants.

3. The purpose of the extension is to allow service of the Amended Complaint on all the Defendants, to allow new counsel for WestFax to enter its appearance and for WestFax's general counsel to withdraw.

4. A Scheduling Conference on this matter is scheduled for February 12, 2024 at 2:30 p.m. (Doc.7). Plaintiff's counsel and WestFax's counsel hereby request that the Scheduling

Conference be reschedul3eed to a later date this month that is available on the Court's docket.

5. WestFax, Inc.'s counsel and Plaintiff's counsel have met and conferred on the extensions and Plaintiff's counsel agrees to the extensions.

6. No damage or prejudice will result from such extensions.

The undersigned counsel for WestFax, Inc. hereby makes this Motion to extend Defendant WestFax, Inc. deadline to respond to the Complaint to February 28, 2024 and to reschedule the Scheduling Conference.

Respectfully submitted February 5, 2024.

*/s/ William B. Hayes*
William B. Hayes
Colorado Bar No. 9011
824 Hideaway Circle East #341
Marco Island, Florida 34145
303 514 0658
sqhayes@aol.com

.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*<u>s/William B Hayes         </u>*