# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ASTRO COMPANIES, LLC )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>WESTFAX, INC. and JOHN DOES 1-10. )<br>)<br>DEFENDANTS. ) | Case No.: 1:23-cv-02328 |

## **ORDER**

The Court having reviewed WestFax, Inc.'s Motion to extend the time by which WestFax, Inc. may respond to the Amended Complaint and to reschedule the Scheduling Conference, hereby orders that Westfax, Inc. be granted the additional time to respond to the Amended Complaint and the Scheduling Conference be rescheduled.

Date: _____          _____

.