IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

      Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

      Defendants.

_____

# MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2024.**

The above-captioned case is before the Court on Defendant WestFax, Inc.'s "Motion to Extend Time for Defendant WestFax, Inc. to Respond to Amended Complaint and to Reschedule the Scheduling Conference" [ECF 22]. For good cause shown, the Motion is **granted** as follows:

Defendant WestFax, Inc. shall file an Answer or otherwise respond to the Amended Complaint [ECF 10] on or before **February 28, 2024.**

The Scheduling Conference currently set for February 12, 2024, at 2:30 p.m. is **vacated and reset** to **March 13, 2024, at 11:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

It is ORDERED that Plaintiff shall notify all Parties who have not entered an appearance of the date and time of the scheduling conference.

If this date is not convenient, the Parties shall confer and contact my Chambers by email to obtain an alternate date. All Parties must be copied on the email if they agree to change the conference date; otherwise, any Party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

Litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at scheduling conferences by

telephone. Please contact Chambers at (303) 844-4507 at least two business days prior to the scheduling conference to arrange appearance by telephone. Litigants and counsel appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and submitted to Chambers by email no later than five business days prior to the scheduling conference, in accordance with the instructions in this Minute Order.

It is further ORDERED that counsel for the Parties and any unrepresented non-prisoner Parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) on or before **March 1, 2024,** and jointly prepare a proposed Scheduling Order. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than thirty days after the Rule 26(f) meeting, unless the Parties stipulate or the Court orders otherwise.

The Parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

The Parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in Word format by email to Magistrate Judge Hegarty at *hegarty_chambers@cod.uscourts.gov*.**

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any Party in this case is participating in ECF, it is the responsibility of that Party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

Finally, the Parties or counsel attending the scheduling conference should be prepared to informally discuss the case to determine whether early alternative dispute resolution is appropriate. There is <u>no</u> requirement to submit confidential position statements/letters to the Court at the scheduling conference nor to have the Parties present.

Any out-of-state counsel shall comply with D.C.Colo.LAttyR 3 prior to the scheduling conference.

The Parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by the Court may result in the imposition of sanctions.

In addition, **before filing a motion relating to a discovery dispute, the movant must request a conference with the Court** by submitting an email, copied to all Parties, to *hegarty_chambers@cod.uscourts.gov*. *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment. The Court will determine at the conference whether to grant the movant leave to file the motion. *See* Section III(A)(3) of Magistrate Judge Hegarty's Practice Standards for Civil Actions.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C.Colo.LCivR 83.2(b).