# UNITED STATES DISTRICT COURT
for the
District of Colorado
901 19th St, Denver, CO 80294

| | |
|---|---|
| **ASTRO COMPANIES, LLC** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-02328-SKC-MEH |
| ) | |
| **WESTFAX INC; DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast; BARRY CLARK; CHAD MATHESON; JOHN DOES 1-10** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Brendan Bellamy, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast in Kent County, DE on February 15, 2024 at 2:46 pm at 838 Walker Road, Dover, DE 19904 by leaving the following documents with John West who as Client service specialist at Registered agent solutions, Inc. is authorized by appointment or by law to receive service of process for DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast.

Summons
Complaint
Cover Sheet

White Male, est. age 25-34, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.1118902155,-75.5460489449
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Kent County, DE on 2/15/2024.

/s/ *Brendan Bellamy*

Signature
Brendan Bellamy
+1 (302) 359-8255

