# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **ASTRO COMPANIES, LLC** <br><br> *Plaintiff* <br><br> v. <br><br> **WESTFAX INC; CHAD MATHESON; BARRY CLARK; DUCK DIVE COMMUNICATIONS LLC d/b/a JBLAST; JOHN DOES 1-10** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:23-cv-02328-SKC-MEH |

## AFFIDAVIT OF SERVICE

I, Barbara Jacquet, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Barry Clark in Orange County, CA on February 20, 2024 at 3:24 pm at 6 Lapis Avenue, Dana Point, CA 92629 by residential substituted service by leaving the documents at the usual place of abode of Barry Clark with the Son of Barry Clark and whose age is 18 years or older.

Summons
Complaint
Cover Sheet

Additional Description:
Approaching the open garage, Barry Clark's son greeted me. After seeing I was delivering documents, he told me his dad was not home. He said he refuses to take any packages for his dad. The documents were left at the front door near other packages delivered .

White Male, est. age 18-24, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.4908048,-117.702713
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Riverside County, CA on 2/21/2024.

/s/ *Barbara Jacquet*

Signature
Barbara Jacquet
+1 (951) 757-5037





