IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW Nathan G. Osborn of the law firm of Montgomery Little & Soran, PC, and hereby enters his appearance on behalf of Defendants Westfax INC, Duck Dive Communications LLC, d/b/a JBlast, and Barry Clark.

Dated: February 23, 2024.

    Respectfully submitted,

    MONTGOMERY LITTLE & SORAN, PC

    *s/ Nathan G. Osborn*
    Nathan G. Osborn, #38951
    Alyson S. Evett, #52400
    James C. Taravella, #55179
    5445 DTC Parkway, Suite 800
    Greenwood Village, Colorado 80111
    E-mail: nosborn@montgomerylittle.com
            aevett@montgomerylittle.com
            jtaravella@montgomerylittle.com
    **Attorneys for Defendants Westfax INC, Duck Dive Communications LLC, d/b/a JBlast, and Barry Clark**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

<em>s/ Casey Nothnagel</em>