**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

      Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

      Defendants.

---

**ENTRY OF APPEARANCE**

---

      COMES NOW Alyson S. Evett of the law firm of Montgomery Little & Soran, PC, and hereby enters his appearance on behalf of Defendants Westfax INC, Duck Dive Communications LLC, d/b/a JBlast, and Barry Clark.

      Dated:  February 23, 2024.

                    Respectfully submitted,

                    MONTGOMERY LITTLE & SORAN, PC

                    *s/ Alyson S. Evett*
                    Nathan G. Osborn, #38951
                    Alyson S. Evett, #52400
                    James C. Taravella, #55179
                    5445 DTC Parkway, Suite 800
                    Greenwood Village, Colorado 80111
                    E-mail:  nosborn@montgomerylittle.com
                              aevett@montgomerylittle.com
                              jtaravella@montgomerylittle.com
                    ***Attorneys for Defendants Westfax INC, Duck Dive Communications LLC, d/b/a JBlast, and Barry Clark***

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

_s/ Casey Nothnagel_