IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

**MOTION TO EXTEND TIME FOR DEFFENDANTS WESTFAX, INC., DUCK DIVE COMMUNICATIONS, LLC, AND BARRY CLARK TO RESPOND TO AMENDED COMPLAINT AND TO RESCHEDULE THE SCHEDULING CONFERENCE**

---

COMES NOW, Defendants WestFax, Inc. ("WestFax"), Duck Dive Communications, LLC d/b/a JBlast ("Duck Dive"), and Barry Clark ("Mr. Clark") (WestFax, Duck Dive, and Mr. Clark, collectively the "Defendants"), by and through their counsel Montgomery Little & Soran, PC, and hereby respectfully request this Court: (i) for an extension of time to respond to Plaintiff Astro Companies, LLC's ("Plaintiff") December 21, 2023 First Amended Complaint (Dkt. No. 10, "Amended Complaint"), and (ii) to reschedule the forthcoming March 13, 2024 Scheduling Conference. IN support thereof, Defendants state as follows (this "Motion"):

**Certificate of Conferral**

Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Defendants conferred with Plaintiff's counsel via email and phone on February 23, 2024 and February 26, 2024 regarding the relief

1

requested in this Motion. Plaintiff's counsel does not oppose the relief requested herein. Thus, this Motion is filed as unopposed pursuant to D.C.Colo.LCivR 7.1(c).

### Motion

1. Plaintiff filed its First Amended Complaint on December 21, 2024.

2. A response to the Amended Complaint is due by each of the Defendants as follows: by WestFax on or before February 28, 2024; by Duck Dive on or before March 7, 2024; and by Mr. Clark on or before March 12, 2024.

3. In this Court's Minute Order dated February 5, 2024 (Dkt. No. 24), the Court granted a previous extension to WestFax and reset the scheduling conference to March 13, 2024.

4. At the time, Duck Dive and Mr. Clark had not yet been served the Amended Complaint.

5. The deadline to file a proposed scheduling order in this case is March 6, 2024—before a response is due by each of Duck Dive and Mr. Clark.

6. Undersigned counsel just entered his appearance in this case and needs time to familiarize with the case and consult with the clients in order to effectively respond to the Amended Complaint.

7. Undersigned counsel understands that this case has been pending and that this Court has already granted a previous extension.

8. Thus, Defendants WestFax and Duck Dive each request an extension to file a response to the Amended Complaint up to and including March 12, 2024—the same date as the response is due for the third Defendant, Mr. Clark.

9. Considering this is the date that Mr. Clark is set to already respond and, further, that Plaintiff does not oppose this extension, there will be no undue delay or prejudice suffered by

2

any party.

10. Absent extreme circumstances, the Defendants will not seek a further extension to respond to the Amended Complaint.

11. Further, filing a proposed scheduling order prior to the responses by Mr. Clark and Duck Dive may lead to an incomplete scheduling order and may be inefficient.

12. Thus, Defendants request that the Court vacate the March 13, 2024 scheduling conference to allow for adequate time for the Defendants to respond to the Amended Complaint and to participate meaningfully in the drafting of the proposed scheduling order.

13. To allow adequate time, Defendants request that the scheduling conference be reset to a date that the Court is available, but in no event do Defendants request that a scheduling conference be held later than March 29, 2024.

14. As this Motion is unopposed, a proposed order is filed herewith for the Court's convenience and pursuant to D.C.Colo.LCivR 7.1(g).

WHEREFORE, Defendants WestFax, Inc., Duck Dive Communications, LLC d/b/a JBlast, and Barry Clark respectfully request that this Court: (i) grant this Motion and extend the deadline for each of WestFax and Duck Dive up to and including March 12, 2024; (ii) grant this Motion and reschedule the scheduling conference to a date that is available with the Court; and (iii) for such other relief as the Court deems just and proper.

Dated:  February 27, 2024.

        Respectfully submitted,

        MONTGOMERY LITTLE & SORAN, PC

        *s/ James C. Taravella*
        Nathan G. Osborn, #38951
        Alyson S. Evett, #52400
        James C. Taravella, #55179
        5445 DTC Parkway, Suite 800
        Greenwood Village, Colorado 80111
        E-mail:  nosborn@montgomerylittle.com
                  aevett@montgomerylittle.com
                  jtaravella@montgomerylittle.com

*Attorneys for Defendants Westfax INC, Duck Dive Communications LLC, d/b/a JBlast, and Barry Clark*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ James C. Taravella*
