IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME FOR DEFFENDANTS WESTFAX, INC., DUCK DIVE COMMUNICATIONS, LLC, AND BARRY CLARK TO RESPOND TO AMENDED COMPLAINT AND TO RESCHEDULE THE SCHEDULING CONFERENCE**

---

THIS MATTER, having come before this Court on Defendants WestFax, Inc.'s ("WestFax"), Duck Dive Communications, LLC d/b/a JBlast's ("Duck Dive"), and Barry Clark's ("Mr. Clark") (collectively the "Defendants"), February 27, 2024 Motion (i) for an extension of time to respond to Plaintiff Astro Companies, LLC's ("Plaintiff") December 21, 2023 First Amended Complaint (Dkt. No. 10, "Amended Complaint"), and (ii) to reschedule the forthcoming March 13, 2024 Scheduling Conference ("Motion"), and the Court having been advised on the premises,

IT IS HEREBY ORDERED, that Defendants' Motion is GRANTED. WestFax and Duck Dive shall each have up to and including March 12, 2024 to answer or otherwise response to the Amended Complaint. The scheduling conference set for March 13, 2024 at 11:00 a.m. is **vacated**

1

**and reset** to **March \_\_\_\_, 2024, at _____**. Absent extreme circumstances, no further extensions for WestFax and Duck Dive to answer the Amended Complaint shall be given. Absent extreme circumstances, no further requests to reset the scheduling conference will be granted.

ISSUE DATE: _____       BY THE COURT:

_____