### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ASTRO COMPANIES, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-02328 |
| ) | |
| WESTFAX, INC. and JOHN DOES 1-10. ) | |
| ) | |
| DEFENDANTS. ) | |

### **MOTION TO WITHDRAW**

William B. Hayes hereby moves this Court to allow him to withdraw as counsel for WestFax, Inc. ("WestFax"). In furtherance of such Motion, Mr. Hayes states:

1. Mr. Hayes entered his appearance on behalf of WestFax (Doc. 9) on December 23, 2024.

2. WestFax and Mr. Hayes subsequently discussed his representation of WestFax and one or more of the other Defendants in this lawsuit.

3. Due to Mr. Hayes' age (70) and other factors WestFax and Mr. Hayes agreed he would not represent WestFax nor any of the other Defendants and instead WestFax and the other Defendants would retain separate legal counsel for this lawsuit.  Mr. Hayes has given WestFax notice of his withdrawal as its counsel in this lawsuit and WestFax consents to the withdrawal. WestFax and Mr. Hayes have no disputes and all legal fees have been paid to Mr. Hayes by WestFax

4. WestFax and the other Defendants (other than Defendant Chad Matheson) have retained Nathan G. Osborn, Allyson S. Evett and James Cullen Taravella all of whom are with the

2

Montgomery, Little and Soren law firm. They have each entered their appearance as legal counsel for Westfax and the other Defendants (other than Defendant Chad Matheson) (Docs.27, 28 and 29).

5. Mr. Hayes, WestFax's new counsel and Plaintiff's counsel have all met and conferred on Mr. Hayes' withdrawal and all agree to the withdrawal.

6. No damage, delay or prejudice will result from such withdrawal.

Mr. Hayes hereby makes this Motion to Withdraw.

Respectfully submitted March 8, 2024.

/s/ *William B. Hayes*
William B. Hayes
Colorado Bar No. 9011
824 Hideaway Circle East #341
Marco Island, Florida 34145
303 514 0658
sqhayes@aol.com

.

3

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on March 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                *s/William B Hayes*

3