# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ASTRO COMPANIES, LLC | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-02328 |
| | ) | |
| WESTFAX, INC. and JOHN DOES 1-10. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## **ORDER**

The Court having reviewed William B. Hayes' Motion to Withdraw hereby orders that William B. Hayes be allowed to withdraw as counsel for WestFax, Inc. in this lawsuit.

Date: _____      _____

.