# UNITED STATES DISTRICT COURT

for the
District of Colorado
901 19th St, Denver, CO 80294

| | |
|---|---|
| **ASTRO COMPANIES, LLC** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-02328-SKC-MEH |
| ) | |
| **WESTFAX INC, DUCK DIVE COMMUNICATIONS LLC d/b/a JBLAST, BARRY CLARK, CHAD MATHESON, and JOHN DOES 1-10,** ) ) ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Jason Newberger, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Chad Matheson in Denver County, CO on March 7, 2024 at 4:35 pm at 2555 West 33rd Avenue, Denver, CO 80211 by residential substituted service by leaving the documents at the usual place of abode of Chad Matheson with Johanna Matheson who is the Wife of Chad Matheson and whose age is 18 years or older.

Summons
Complaint
Cover Sheet


Additional Description:
Confirmed identity and relationship to the subject and delivered the documents via residential sub service to the subjects wife. Confirmed that all parties live at this location.

White Female, est. age 45-54, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.6125899,-104.777375

Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in   Douglas County  ,   CO   on   3/8/2024  .

/s/ *Jason Newberger*

Signature
Jason Newberger
+1 (720) 770-0342

