**Exhibit B to**
**Barry Clark's Motion to Dismiss**

Screengrabs of Duck Dive's Website

# jBlast | Fax Broadcasting

Home  How It Works  Features  FAQ  BLOG  Contact  Login  **Sign Up**

## Send Thousands of Faxes with a Few Clicks
### Simple Solution. Powerful Technology.

## What is jBlast?

jBlast is the leading fax broadcast service, allowing you to send a single fax to multiple recipients at the same time. All you need is a jBlast account and an Internet connection to send your broadcast fax.

### Get Started with jBlast

- first name
- last name
- email address
- company name
- phone number
- approx. number of faxes per month
- standard fax destinations
- additional comments

**REQUEST A QUOTE**



Broadcast promotions or limited deals



Mass communicate with employees, customers, or other constituencies



Send press releases, newsletters or business updates



Keep your political campaign in closer contact with voters and the media

## How jBlast Works

jBlast is a pay-as-you-go fax broadcast service. There are no setup or monthly fees, and you don't need an extra phone line.

Sending a fax broadcast through jBlast is simple. You don't need special computer equipment, expensive fax servers, or multiple phone lines. Everything is handled online through your online account portal.

1. Upload any documents you want included in your fax broadcast
2. Choose the list of recipients to send your fax to
3. Hit **Send**
4. Check the status of your campaign in real-time

jblast.com/how-it-works

# jBlast | Fax Broadcasting

Home | **How It Works** | Features | FAQ | BLOG | Contact | Login | **Sign Up**

# How jBlast Works
## The User-Friendly Fax Broadcast Service You Need

## Discover How Easy it is to Send a Fax Broadcast with jBlast

With a distribution list of fax numbers and the right fax broadcast solution, you can send a fax to thousands of recipients with just a few clicks. Fax broadcasting is easy with jBlast; the entire process is handled in the cloud. All you need is your free jBlast account and an Internet connection to send your fax blast.

1. Upload your fax distribution list or select one you've already stored in your jBlast account.
2. Attach the documents you want included in your fax broadcast.
3. Send your fax broadcast.
4. View the status of your campaign in real-time, at any time.

## Get Started with jBlast

- first name
- last name
- email address
- company name
- phone number
- approx. number of faxes per month
- standard fax destinations (countries)
- additional comments

**REQUEST A QUOTE**