**Exhibit B to**
**Duck Dive's Motion to Dismiss**

---

Duck Dive's Entity Page with the Delaware Secretary of State

3/11/24, 11:47 PM                                        Division of Corporations - Filing

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

Allowable Characters

| HOME | Entity Details |
|------|----------------|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **7413610** | Incorporation Date / Formation Date: | **5/10/2019** (mm/dd/yyyy) |
| Entity Name: | **DUCK DIVE COMMUNICATIONS LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **REGISTERED AGENT SOLUTIONS, INC.** | | |
| Address: | **838 WALKER ROAD SUITE 21-2** | | |
| City: | **DOVER** | County: | **Kent** |
| State: | **DE** | Postal Code: | **19904** |
| Phone: | **888-716-7274** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status   ● Status,Tax & History Information

[ Submit ]

[ View Search Results ]        [ New Entity Search ]

---

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov