**Exhibit A to
WestFax's Motion to Dismiss**

Declaration of Barry Clark

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

## DECLARATION OF BARRY CLARK PURSUANT TO 28 U.S.C. § 1746

---

I am Barry Clark, the principal officer for each of WestFax, Inc. ("WestFax") and Duck Dive Communications, LLC d/b/a JBlast ("Duck Dive"). I am over the age of eighteen (18) years and have the capacity and authorization to sign this declaration on behalf of WestFax, Duck Dive, and myself.

1. I am the sole shareholder of WestFax.

2. WestFax is based in Colorado and is a corporation.

3. Duck Dive is wholly owned by WestFax.

4. Duck Dive is a limited liability company based in Delaware. Duck Dive does not have any offices in the state of Colorado, and is not registered in the state of Colorado.

5. I reside in California, and I conduct my duties and business on behalf of WestFax and Duck Dive from California.

1

6. I have lived in California since approximately 2015.

7. In the last few years, I have been in Colorado only a handful of times, and mainly for personal or recreation reasons.

8. WestFax's and Duck Dive's fax broadcasting business provides fax infrastructure upon which clients can send faxes through.

9. A customer—not WestFax or Duck Dive—creates and provides the documents to be faxed, and creates and provides the contact lists for the faxes to be sent to.

10. The customer handles the entire process themselves—including creating the fax, uploading the documents to WestFax or Duck Dive's infrastructure, and providing the contact information for the faxes to be sent.

11. It is not WestFax's or Duck Dive's business to provide advice or data to be used to create a fax or determine the recipient of a fax.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of March, 2024.**

DocuSigned by:

*Barry Clark*

050BF491E40E4B7...

**Barry Clark**
**President, WestFax, Inc.**
**Manager, Duck Dive**
**Communications, LLC**