IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02328-SKC-MEH | Date: | March 13, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                                    *Counsel:*

ASTRO COMPANIES, LLC,                      Ross Good (by phone)

    Plaintiff,

v.

WESTFAX INC, et al.,                                 Alyson Evett
                                                                                   James Taravella

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

**Court in session:**     10:56 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the status of service on Defendant Chad Matheson who has not appeared or had legal representation appear on his behalf today.   Defendant Matheson was served March 7, 2024, as reflected in the record at [ECF 36] *Summons Returned Executed*.   Plaintiff's counsel notifies the Court he believes Mr. Matheson will be obtaining private counsel to represent him in this matter now before the Court.

Discussion held regarding the Parties' [ECF 33] *Proposed Scheduling Order*.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

| | |
|---|---|
| **Discovery Deadline:** | December 31, 2024 |
| **Dispositive Motion Deadline:** | January 15, 2025 |
| **P. Rule 26(a)(2) Expert Disclosures:** | September 9, 2024 |
| **D. Rule 26(a)(2) Expert Disclosures:** | October 31, 2024 |
| **Rule 26(a)(2) Rebuttal Expert Disclosures:** | November 29, 2024 |
| | |
| **Final Pretrial Conference:** | Conference will be set by Judge Crews after the dispositive motions deadline has passed and the Court has issued rulings on all such motions, or no dispositive motions have been |

filed (and the deadline is passed).

**Court in recess:** 11:06 a.m. **(Conference concluded)**
**Total time in Court: 00:10**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.