IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC d/b/a JBLAST,
BARRY CLARK
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Jamie N. Cotter of the law firm Spencer Fane LLP hereby enters her appearance as counsel for Defendant Chad Matheson in the above-captioned matter.

Respectfully submitted this 19th day of March, 2024.

                                                   *s/ Jamie N. Cotter*
                                                   Jamie N. Cotter
                                                   Spencer Fane LLP
                                                   1700 Lincoln Street, Suite 2000
                                                   Denver, CO 80203
                                                   (303) 839-3826
                                                   jcotter@spencerfane.com