IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC d/b/a JBLAST,
BARRY CLARK
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Defendant Chad Matheson ("Defendant"), through his undersigned counsel, and Plaintiff Astro Companies, LLC ("Plaintiff"), through its undersigned counsel, stipulate as follows:

1. Plaintiff filed its Amended Complaint on December 21, 2023 (Doc. 10).

2. The deadline for Defendant to respond to the Complaint is on or before March 28, 2024 (Doc. 36), absent an extension.

3. Pursuant to D.C.COLO.L.CivR 6.1(a), the parties stipulate to a 21-day extension of time for Defendant to respond to the Amended Complaint, up to and including April 18, 2024.

1

Respectfully submitted this 26th day of March, 2024.

| | |
|---|---|
| *s/ Ross M. Good* | *s/ Jamie N. Cotter* |
| Ross M. Good | Jamie N. Cotter |
| Loftus & Eisenberg, Ltd. | Spencer Fane LLP |
| 161 N. Clark, Suite 1600 | 1700 Lincoln Street, Suite 2000 |
| Chicago, IL 60601 | Denver, CO 80203 |
| (312) 899-6625 | (303) 839-3826 |
| ross@loftusandeisenberg.com | jcotter@spencerfane.com |
| Attorney for Plaintiff | Attorneys for Defendant |