# EXHIBIT 1

Case No. 1:23-cv-02328-SKC-MEH   Document 44-1   filed 04/02/24   USDC Colorado   pg 1 of 2



**10465 Park Meadows Dr. STE. 200**

**tel 303 299 9329    fax 303 299 9309**

**Visit our website at: www.westfax.com**

**To:**      **WIA Corporation**

**From:**    **WestFax, Inc.**
            **Evelyn Grifa**

Phone:     720-264-6466
E-Mail:     Evelyn@WestFax.com

Here is our written proposal for our hosted fax service.

## WestFax would like to offer you

# 0.02 cents
# Per completed page

- ✓ Send thousands of faxes instantly!
- ✓ Easy to use on-line fax interface.
- ✓ Free detailed reports.
- ✓ Free removal service.
- ✓ Only pay for the pages that complete.
- ✓ WestFax will waive all account set-up fees, monthly fees, and taxes.
- ✓ We also offer electronic fax packages & fax API.

Please call me to discuss our features.  My direct line is: 720-264-6466.

The recipient is entitled to request that the sender not send any future unsolicited advertisements to its telephone facsimile machine. Failure to comply within 30 days from the date the request is properly made is unlawful. 877-505-1333 is the telephone number and 800-503-6215 is the fax number for the recipient to transfer such opt-out request.