# EXHIBIT 2

| | |
|---|---|
| **From:** | Char McCrary |
| **To:** | ▇▇▇▇▇▇▇ |
| **Subject:** | Broadcast Fax Transition |
| **Date:** | Friday, July 30, 2021 8:47:51 AM |
| **Attachments:** | 07-30-2021 All Removals.csv |

Good Morning ▇▇▇▇,

▇▇▇, I believe Barry has spoken to you about WestFax transitioning away from broadcast faxing.  We have secured another company, jBlast, that will continue your broadcast fax service.  A rep will be reaching out to you shortly to send you a link to sign up.

I have attached your current removal list for your files.

**Charlotte McCrary**
**Customer Service**

T 303.299.9329
F 866.524.5052

char@westfax.com

**Love WestFax?**

Leave us a review at Google | Capterra