# EXHIBIT 3

| | |
|---|---|
| **From:** | Deanna Gasseling |
| **To:** | ▮ |
| **Subject:** | RE: Just Checking in |
| **Date:** | Wednesday, June 5, 2019 12:38:36 PM |

Just a heads up. Barry wants me to call, to check in and see about ramping up. . So if you see WestFax come up. It is me, you do not need to pick up, I will just leave a message.

Deanna Gasseling
WestFax
303-299-9329
order@westfax.com

**From:** ▮
**Sent:** Tuesday, June 04, 2019 10:30 AM
**To:** Deanna Gasseling
**Subject:** RE: Just Checking in

Ha! Thanks for not freaking me out. the dust has settled a bit so I am not so worried anymore…

Everything is great. I had a few ppl out on vacation, so we took it down a notch. All is well and we will be ramping back up this week.

Thanks for checking in!

Thanks,

▮
▮

**From:** Deanna Gasseling <deanna@westfax.com>
**Sent:** Tuesday, June 04, 2019 8:00 AM
**To:** ▮
**Subject:** Just Checking in

Good morning!! I was just checking in to see how things were going. I was going to call, but didn't want to freak you out if you saw WestFax come up on caller ID. I noticed that your volume has dropped off in the last few weeks. Is everything ok? Is there anything I can do to help. Give me a call when you get a chance.

Deanna Gasseling
WestFax
303-299-9329
order@westfax.com