# EXHIBIT 4

## Contact

www.linkedin.com/in/charlotte-mccrary-43443042 (LinkedIn)
www.zebra-llc.com (Company)
www.kueducation.com/ (Company)

## Top Skills

Customer Service
PowerPoint
Microsoft Office

# Charlotte McCrary

Senior Account Executive at WestFax, Inc.
Pinehurst, Texas, United States

## Summary

WestFax is the leader in fax transmission.

Our Powerful APIs enable you to send, receive and track your faxes effortlessly. Seamlessly send faxes from within your applications without the expense of complicated custom hardware and software solutions. Transform your business processes while dramatically improving productivity by adding the ability to fax from within your mission-critical software applications.

WestFax provides the highest level of security for healthcare, government and financial organizations. PCI and HIPAA compliant.

WestFax is based in Lone Tree, CO and is celebrating 16 years of excellence.

Specialties: Fax Broadcast, Fax API (SOAP, REST, XML), Web Fax, Fax Forward and Broadcast Voice, SaaS, Cloud Services, Internet Fax, TDM, VOIP, HIPAA and Security. EHR Integration, EHR Systems, EMR Integration, Medical Software Integration, Pharmacy fill solutions, Pharmacy refill solutions, Pharmacy Software Integration. Medical Device.

———

## Experience

**WestFax, Inc.**
Senior Account Executive
November 2012 - Present (11 years 5 months)
Centennial, Colorado, United States

**Zebra Consulting, LLC**
Chief Financial Officer
December 2008 - Present (15 years 4 months)
Denver, CO

About Us

--Who we are

Zebra Consulting, LLC is a business and IT consulting company, and a recognized leader with deep industry, business, and technology experience.

From business strategy development through application deployment, we are committed to helping clients quickly realize measurable business value and achieve sustainable ROI.

We offer the agility of a smaller firm, the stability of larger firms, and the innovation that comes with being part of Zebra Consulting, LLC.

--How we inspire

With a balanced view of strategy, people, process and technology, we work with companies to understand their unique business needs, and to develop and implement practical business strategies and technology solutions.

Clients benefit from our tradition of transferring knowledge throughout each engagement. They also value our responsiveness, flexibility and authentic desire to help them meet, and often exceed, their goals.

Knowledge Learning Corporation
Teacher
October 2007 - February 2012 (4 years 5 months)

Globe Unified School District
Transportation
August 1995 - August 1998 (3 years 1 month)
Globe, AZ

United States Air Force
Senior Airman
June 1991 - August 1994 (3 years 3 months)
Beale Air Force Base, CA

Transportation

———

## Education

Metropolitan State College of Denver
BA, Bachelor of Arts in Behavioral Science · (2001 - 2005)