# EXHIBIT 5

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, May 12, 2022 9:56 AM |
| **To:** | Order; |
| **Subject:** | RE: Order for 5/10-5/12 |

Great, thank you so much!

Thanks,

---

**From:** Order <order@jblast.com>
**Sent:** Thursday, May 12, 2022 9:37 AM
**To:**
**Subject:** RE: Order for 5/10-5/12

Good morning ▓ !

These are finishing up now.

Thank You,
Charlotte McCrary

jBlast™

T 866.240.3865
F 866.299.4364

---

**From:**
**Sent:** Thursday, May 12, 2022 10:23 AM
**To:** Order <order@jblast.com>;
**Subject:** RE: Order for 5/10-5/12

Hi Char,

Hope you are great today

I am peeking at the Outbound Orders and I cant see if sheets 23&24 have gone out?

If its too late we can send them out on Monday no biggie. Just wondering

Thanks,

1