# EXHIBIT 6

# Get Paid for Faxes!

Do you ever receive fax advertisements? Would you like to get paid for receiving fax advertisements? If so, then you should join the **Get Paid for Faxes Program**.

The **Get Paid for Faxes Program** will compensate you by paying a $0.50 bounty for each unique fax advertisement that you submit. To qualify for the $0.50 bounty, each submitted fax must 1) be an advertisement for a product or service, a newsletter, news release, or press release; 2) have been originally transmitted to you within the past 30 days; and 3) not have been submitted by you previously. Payment will not be made for any stock or investment faxes.

To enroll in this program, simply complete the contact information section below and fax this page to (866) 458-6503.

Contact Name: _____

Business Name: _____

Make Check Payable To (please check one box):    ☐ Contact    ☐ Business

Address: _____

City: _____ State: _____ Zip: _____

Telephone #: _____ Fax #: _____

Email: _____

Signature: _____ Date: _____

To submit your faxes for payment, simply write your name and phone number on the received fax, and fax it to (866) 458-6503.

*If you would like to be permanently removed from our fax list, call toll free **(866) 446-3774** and enter your fax number when prompted, or send a toll free fax to (866) 458-6503 with the fax number you wish to be removed clearly indicated on the page. In compliance with FCC regulations, failure to comply with your fax number removal request within 30-days is unlawful.*

We reserve the right to modify, suspend or terminate this program at any time.