IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

## STIPULATED MOTION FOR REVISED PROTECTIVE ORDER

Upon stipulation by Plaintiff Astro Companies, LLC ("Plaintiff"), Defendants WestFax Inc., Duck Dive Communications LLC, d/b/a/ JBlast, and Barry Clark (collectively "WestFax Defendants"), and Defendant Chad Matheson ("Defendant Matheson"), by and through their respective undersigned counsel, hereby respectfully request that the Court enter the revised Protective Order as an Order in the captioned case to allow the disclosure and use of confidential information only in designated ways, providing that when so ordered it will control such information until further modified by the Court.

The proposed protective order has been corrected pursuant to this Court's April 11, 2024 Order and is attached as Exhibit A pursuant to Practice Standard (V)(5) of the Uniform Civil Practice Standards of the United States Magistrate Judges for the United States District Court for

1

the District of Colorado, and also will be transmitted in word format to hegarty_chambers@cod.uscourts.gov.

Given that information containing proprietary or personal data might be disclosed in this case, there is good cause for there to be a protective order here to prevent the inadvertent disclosure or mismanagement of sensitive information the misuse of which might harm any of the parties or certain third parties.

| Dated: | **11 APRIL 2024** | */s/ Ross M. Good* |
|---|---|---|
| | | Ross M. Good, Esq. |
| | | Loftus & Eisenberg, Ltd. |
| | | 161 N. Clark, Suite 1600 |
| | | Chicago, IL 60601 |
| | | Phone: (786) 539-3952 |
| | | Email: ross@loftusandeisenberg.com |
| | | **Attorney for Plaintiff Astro Companies, LLC.** |

| Dated: | **11 APRIL 2024** | */s/ James C. Taravella* |
|---|---|---|
| | | MONTGOMERY LITTLE & SORAN, PC |
| | | Nathan G. Osborn, #3891 |
| | | James C. Taravella, #55179 |
| | | Alyson Evett, #52400 |
| | | 5445 DTC Parkway, Suite 800 |
| | | Greenwood Village, Colorado 80111 |
| | | Phone: (303) 773-8100 |
| | | Email: jtaravella@montgomerylittle.com |
| | | aevett@montgomerylittle.com |
| | | **Attorneys for Defendants WestFax, Inc., Duck Dive Communications, LLC, and Barry Clark** |

| Dated: | **12 APRIL 2024** | */s/ Jamie N. Cotter* |
|---|---|---|
| | | Spencer Fane, LLP |
| | | Jamie N. Cotter |
| | | 1700 Lincoln Street, Suite 2000 |
| | | Denver, Colorado 80203 |
| | | (303) 839-3826 |
| | | jcotter@spencerfane.com |
| | | **Attorney for Defendant Chad Matheson** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

LOFTUS & EISENBERG, LTD.
Ross M. Good, Esq.
161 N. Clark, Suite 1600
Chicago, IL 60601
direct: (786) 539-3952
ross@loftusandeisenberg.com
***Attorney for Plaintiff Astro Companies, LLC***

SPENCER FANE, LLP
Jamie N. Cotter, Esq.
Johanna R. Hyman, Esq.
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
(303) 839-3826
jcotter@spencerfane.com
jhyman@spencerfane.com
**Attorney for Defendant Chad Matheson**

*s/ Casey Nothnagel*
Casey Nothnagel, Paralegal
