IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

**DEFENDANTS WESTFAX'S, DUCK DIVE'S, AND BARRY CLARK'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTIONS TO DIMSISS THE AMENDED COMPLAINT**

---

COMES NOW, Defendants WestFax Inc., Duck Dive Communications LLC, d/b/a/ JBlast, and Barry Clark (collectively "WestFax Defendants"), by and through their counsel Montgomery Little & Soran, PC, hereby respectfully request that this Court grant an extension of time to submit their replies ("Reply") in support of their March 12, 2024 Motions to Dismiss (Doc. Nos. 37, 38, 39, collectively the "Motions to Dismiss"), and in support thereof, states as follows (this "Motion"):

**Certificate of Conferral**

Pursuant to D.C.Colo.LCivR 7.1(a), counsel for the WestFax Defendants conferred with counsel for Plaintiff Astro Companies, LLC ("Astro") and Defendant Chad Matheson ("Mr.

1

Matheson") on April 12, 2024 regarding the relief requested in this Motion. Neither Astro nor Mr. Matheson oppose the relief requested herein. Thus, this Motion is filed as unopposed pursuant to D.C.Colo.LCivR 7.1(c).

**Motion**

1. The WestFax Defendants filed their separate Motions to Dismiss Astro's Amended Complaint on March 12, 2024 (*see*, Doc. Nos. 37, 38, 39).

2. Astro submitted its combined response to each of the Motions to Dismiss on April 2, 2024 (Doc. No. 44).

3. The WestFax Defendants' joint Reply in support of their Motions to Dismiss is due Tuesday April 16, 2024.

4. Counsel has been in trial this week, but has been diligently conferring with the WestFax Defendants regarding the Reply. Nonetheless, a small amount of additional time is needed to confer with the client to submit an informed Reply.

5. The WestFax Defendants therefore request an extension to file the Reply to and including Friday April 19, 2024.

6. No party will be prejudiced by the small extension, and the small extension of three (3) days will not cause undue delay. No party objects to this request.

7. As this Motion is unopposed, a proposed order is filed herewith for the Court's convenience and sent to Chambers by email pursuant to D.C.Colo.LCivR 7.1(g).

Dated: **12 APRIL 2024**    Respectfully submitted,

MONTGOMERY LITTLE & SORAN, PC

*/s/ James C. Taravella*
Nathan G. Osborn, #3891
James C. Taravella, #55179
Alyson Evett, #52400
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
Phone: (303) 773-8100
Email: jtaravella@montgomerylittle.com
aevett@montgomerylittle.com
**Attorneys for Defendants WestFax, Inc., Duck Dive Communications, LLC, and Barry Clark**

## CERTIFICATE OF SERVICE

  I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

LOFTUS & EISENBERG, LTD.
Ross M. Good, Esq.
161 N. Clark, Suite 1600
Chicago, IL 60601
direct: (786) 539-3952
ross@loftusandeisenberg.com
*Attorney for Plaintiff Astro Companies, LLC*

SPENCER FANE, LLP
Jamie N. Cotter, Esq.
Johanna R. Hyman, Esq.
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
(303) 839-3826
jcotter@spencerfane.com
jhyman@spencerfane.com
**Attorney for Defendant Chad Matheson**

                *s/ Casey Nothnagel*
                Casey Nothnagel, Paralegal