IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS WESTFAX'S, DUCK DIVE'S, AND BARRY CLARK'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTIONS TO DIMSISS THE AMENDED COMPLAINT**

---

THIS MATTER, having come before the Court on Defendants WestFax Inc.'s, Duck Dive Communications LLC's, and Barry Clark's (collectively "WestFax Defendants") April 12, 2024 *Unopposed* Motion for Extension of Time ("Motion") to submit their replies ("Reply") in support of their March 12 Motions to Dismiss, and the Court being sufficiently advised on the premises,

IT IS HEREBY ORDERED that the WestFax Defendants' Motion is GRANTED. The WestFax Defendants shall have until and including Friday April 19, 2024 to submit their Reply.

ISSUE DATE: _____        BY THE COURT:

                                                          _____
                                                          Hon. Michael E. Hegarty
                                                          United States Chief Magistrate Judge