EXHIBIT A
to
Westfax Defendants' Combined Reply
in support of their
Motions to Dismiss

jBlast services automatically charge your card during invoice creation. You will be sent an email invoice and a payment receipt following each job that you submit to jBlast.

By clicking "I AGREE" the Customer AGREES to use jBlast's facsimile platform strictly in accordance with these Terms and Conditions.

* denotes a required field.

Back    I Agree