# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

## DEFENDANTS WESTFAX INC, DUCK DIVE COMMUNICATIONS LLC, D/B/A JBLAST, BARRY CLARK FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

---

Defendants Westfax Inc. ("Westfax"), Duck Dive Communications LLC, d/b/a/ JBlast ("JBlast") and Barry Clark, by and through their counsel at Montgomery Little & Soran, PC, submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Westfax does not have any parent entities and no publicly traded company holds more than ten percent (10%) of Westfax's stock. Westfax is incorporated in, and has its principal place of business, in the State of Colorado. Westfax's sole shareholder is Barry Clark, who is a resident of California.

Defendant JBlast is wholly owned by Defendant Westfax, and there are no publicly traded companies which own membership interests in JBlast. JBlast is organized in the state of Delaware

1

and has its principal place of business in the city of Dover. Westfax holds the entirety of the membership interests in JBlast.

Dated:  April 25, 2024.

Respectfully submitted,

MONTGOMERY LITTLE & SORAN, PC

s/ James C. Taravella
Nathan G. Osborn, #38951
Alyson S. Evett, #52400
James C. Taravella, #55179
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
E-mail:  nosborn@montgomerylittle.com
             aevett@montgomerylittle.com
             jtaravella@montgomerylittle.com

**Attorneys for Defendants Westfax INC, Duck Dive Communications LLC, d/b/a JBlast, and Barry Clark**

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                 *s/ Casey Nothnagel*