# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX, INC,
DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10

    Defendants.

## DECLARATION OF MIKE RAY

I am Mike Ray, owner of Astro Companies, LLC ("Astro"). I am over the age of eighteen (18) years and have the capacity and authorization to sign this declaration on behalf of Astro, and myself.

1. Astro was the owner of the fax numbers at issue when the faxes at issue were received, and was the end user.

2. Astro is in possession of the actual faxes received on the telephone numbers that it owned.

3. All faxes received by a customer of Astro's are the property of that party and those faxes are not delivered to Astro.

4. Astro owns and operates the resources (including but not limited to server hardware, software and telephone services) upon which the faxes at issue were received.

5. Astro's servers that received the faxes at issue in this case all have the capacity to print.

6. Astro is not now, and has never been, a subscriber to any online fax service.

7. Astro has never engaged in mass fax broadcasting of any kind.

8. Astro's business, and that of its customers, is negatively impacted when a party sends thousands of faxes to numbers owned by Astro because its resources fill up and legitimate faxes cannot be sent or received. Astro refers to this as a "mass fax event."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2024

_____