IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBLAST,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on May 9, 2024.**

    The Court will hear Oral Argument on Defendants' Motion to Stay [ECF 58] on **May 15, 2024** at **10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Because he is located out of state, Plaintiff's counsel may appear by video using the attached instructions. All other counsel who cannot reasonably make a personal appearance may request to also appear by video. Please **call** Chambers at (303) 844-4507 at least **two business days** prior to the Oral Argument to request to appear by video.