**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

      Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC d/b/a JBLAST,
BARRY CLARK
CHAD MATHESON, and
JOHN DOES 1-10,

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

      Johanna R. Hyman of the law firm Spencer Fane LLP hereby enters her appearance as counsel for Defendant Chad Matheson in the above-captioned matter.

      Respectfully submitted this 15th day of May, 2024.

                    **SPENCER FANE LLP**

                    s/Johanna R. Hyman

                    Jamie N. Cotter
                    1700 Lincoln Street, Suite 2000
                    Denver, CO 80203
                    Phone:  (303) 839-3826
                    Email:  jcotter@spencerfane.com

                    and

                    Johanna R. Hyman
                    100 South Fifth Street, Suite 2500
                    Minneapolis, MN 55402
                    Phone:  (612) 268-7009
                    Email:  jhyman@spencerfane.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2024, I caused the following documents to be filed electronically with the Clerk of Court through ECF, which generates service on all parties of record, including the following:

Ross Good, <u>ross@loftusandeisenberg.com</u>
*For Plaintiff*

James Taravella, <u>jtaravella@montgomerylittle.com</u>
*For Defendants  WestFax, Inc.; Duck Dive Communications, LLC; and Barry Clark*

s/ Johanna R. Hyman