IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:    23-cv-02328-SKC-MEH | Date:   May 15, 2024 |
| Courtroom Deputy:   Christopher Thompson | FTR:   Courtroom A 501* |

*Parties:*                                                          *Counsel:*

ASTRO COMPANIES, LLC,                          Ross Good (by phone)

     Plaintiff,

v.

WESTFAX INC, et al.,                                    Alyson Evett
                                                                        James Taravella
     Defendants.                                      Johanna Hyman (by video)

**COURTROOM MINUTES/MINUTE ORDER
ORAL ARGUMENT**

**Court in session:       10:25 a.m.**

Court calls case.   Appearances of counsel; Alyson Evett and James Taravella on behalf of Defendants WestFaxt Inc, Duck Dive Communications LLC, and Barry Clark, and, Johanna Hyman on behalf of Defendant Chad Matheson.

This matter is before the Court regarding the [ECF 58] *Motion to Stay Discovery Pending the Resolution of Motions to Dismiss* filed by Defendants WestFax, Duck Dive, and Barry Clark on May 9, 2024.   The Court hears the Parties' arguments and makes its rulings on the record.

For the reasons set forth on the record, it is Ordered the [ECF 58] *Motion to Stay Discovery Pending the Resolution of Motions to Dismiss* is **GRANTED** and discovery is **STAYED** with the exception that the Court permits third-party discovery and those tasks needed for identifying third parties, including Defendants' assistance with the latter.

**Court in recess:        10:55 a.m.      (Conference concluded)**
**Total time in Court:  00:30**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.