# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

      Plaintiff(s),

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

      Defendant(s).

## NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

I Ross Good, counsel for the plaintiff in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

[✓] **My address has changed.**

    Old Address:

    Street: 161 N. Clark, Suite 600

    City: Chicago    State: IL    Zip Code: 60601

New Address:

Street:＿＿800 E. Northwest Hwy, Suite 814＿＿＿＿＿＿＿＿＿＿

City: ＿Palatine＿＿＿State: ＿IL＿＿Zip Code:＿60074＿＿＿＿＿

☑ **My telephone number has changed.**

Old telephone number:

(786) 539-3952＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

New telephone number:

(847) 600-9576＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

*/s/Ross M. Good*
Ross M. Good, Esq.
Loftus & Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, IL 60601
Phone: (786) 539-3952
Email: ross@loftusandeisenberg.com

**Attorney for Plaintiff Astro Companies, LLC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Ross M. Good