# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC d/b/a JBLAST,
BARRY CLARK
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

## NOTICE OF ATTORNEY NAME CHANGE

Please take notice that Jamie N. Cotter, attorney for Defendant Chad Matheson, has legally changed her name to Jamie N. Dickinson. Her email address is now jndickinson@spencerfane.com. Her firm's name, address, telephone number, and facsimile number remain the same.

Dated this 6th day of February, 2025.

        Respectfully submitted,

        SPENCER FANE LLP

        s/ Jamie N. Dickinson
        Jamie N. Dickinson, No. 40309
        1700 Lincoln Street, Suite 2000
        Denver, CO 80203
        Phone: (303) 839-3826
        Email: jndickinson@spencerfane.com

        and

Johanna R. Hyman
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Phone: (612) 268-7009
Email: jhyman@spencerfane.com

Attorneys for Defendant Chad Matheson

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on February 6, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, which generates service on all parties of record, including the following:

Ross Good, ross@loftusandeisenberg.com
*For Plaintiff*

James Taravella, jtaravella@montgomerylittle.com
*For Defendants  WestFax, Inc.; Duck Dive Communications, LLC; and Barry Clark*

                s/ Jamie N. Dickinson

2