IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02328-SKC-CYC

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC.,
DUCK DIVE COMMUNICATIONS LLC, doing business as JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Re: Motions to Dismiss entered by United States District Judge S. Kato Crews on February 12, 2025 [Doc. 70], it is

ORDERED that Defendant Matheson's Motion to Dismiss is GRANTED. It is

FURTHER ORDERED that Defendants Westfax, Duck Dive, and Barry Clark's Motions to Dismiss are DENIED AS MOOT. It is

FURTHER ORDERED that this case is DISMISSED with prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 12th day of February, 2025.

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

                            By: s/Emily Buchanan
                            Emily Buchanan, Deputy Clerk