IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

**DEFENDANTS BARRY CLARK'S, WESTFAX, INC.'S, AND DUCK DIVE COMMUNICATIONS, LLC'S UNOPPOSED MOTION FOR RELIEF REGARDING SUBMISSION AND BRIEFING RELATED TO BILL OF COSTS**

---

COMES NOW, Defendant Barry Clark, an individual ("Mr. Clark"), Defendant Westfax, Inc. ("Westfax"), and Defendant Duck Dive Communications, LLC d/b/a JBlast ("JBlast") (Mr. Clark, Westfax, and JBlast, collectively, "Westfax Defendants"), by and through their counsel Montgomery Little & Soran, PC, and hereby respectfully submit this *Unopposed* Motion for relief regarding the submission and briefing related to the bill of costs. In support thereof, the Westfax Defendants state as follows (this "Motion"):

**Certificate of Conferral**

Pursuant to D.C.LCivR. 7.1, counsel for the Westfax Defendants conferred with counsel for Plaintiff Astro Companies, LLC ("Astro") and Defendant Chad Matheson ("Mr. Matheson") regarding the relief requested herein. Mr. Matheson and Astro agree to the relief requested and the briefing schedule provided for herein.

1

**Motion**

1. The Westfax Defendants submitted their Motions to Dismiss (ECF 37, 38, 39) Astro's First Amended Complaint (ECF 10).

2. This Court granted Defendant Matheson's Motion to Dismiss (ECF 54) and Denied the Westfax Defendants' Motions to Dismiss as Moot in its Order regarding Motions to Dismiss issued February 12, 2025 (ECF 70, "Order"), which dismissed Astro's case against defendants. Final judgment was issued on the same day (ECF 71, "Judgment").

3. Pursuant to the Judgment, the Westfax Defendants were to file their bill of costs within fourteen (14) days pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.Colo.LCivR 54.1. ECF 71, p. 2.

4. However, on the date the bill of costs was due, undersigned counsel's firm suffered a network wide incident which knocked the firm offline and severely limited its access to records and operations for several weeks. Undersigned counsel was unable to file the bill of costs, and requests relief from that deadline due to the extraordinary circumstances. Undersigned counsel's firm has diligently worked to get back online, and undersigned counsel then initiated conferral with the parties regarding this issue as soon as was practical.

5. Additionally, on March 7, 2025, Astro filed its Motion to Reconsider this Court's Order and Judgment (ECF 72). Briefing on the Motion to Reconsider after March 11, 2025.

6. The bill of costs will need to be amended to account for briefing of the Motion to Reconsider. The award of the bill of costs to Defendants is also dependent upon this Court's disposition of the Motion to Reconsider; that is, whether defendants are to submit a bill of costs and briefing related thereto is dependent upon whether this Court grants Astro's Motion to Reconsider.

7. Thus, the Westfax Defendants, in agreement with the other parties to this case, request that the submission for the bill of costs and briefing related thereto be extended to a deadline that is set at fourteen (14) days from the date that this Court issues its order regarding the Motion to Reconsider.

8. No party will be prejudiced by this extension request, as the parties are all in agreement regarding the extension request, and the request will assist in judicial economy as the briefing will be streamlined and the parties will be able to avoid multiple briefings and bills of costs being submitted.

9. As this Motion is unopposed, a proposed order pursuant to D.C.COLO.LCivR 7.1(g) will be emailed to Crews_Chambers@cod.uscourts.gov.

Dated: March 18, 2025.

Respectfully submitted,

MONTGOMERY LITTLE & SORAN, PC

s/ James C. Taravella
Nathan G. Osborn, #38951
Alyson S. Evett, #52400
James C. Taravella, #55179
5445 DTC Parkway, Suite 800
Greenwood Village, Colorado 80111
E-mail:  nosborn@montgomerylittle.com
        aevett@montgomerylittle.com
        jtaravella@montgomerylittle.com

**Attorneys for Defendants Westfax INC, Duck Dive Communications LLC, d/b/a JBlast, and Barry Clark**

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

THE GOOD LAW GROUP.
Ross M. Good, Esq.
800 E. Northwest Hwy, Suite 814
Palatine, Illinois 60074
direct: (847) 600-9576
ross@thegoodlawgroup.com
**Attorney for Plaintiff Astro Companies, LLC**

SPENCER FANE, LLP.
Jamie N. Cotter, Esq.
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
direct: (303) 839-3826
jcotter@spencerfane.com

and

Johanna R. Hyman
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Phone: (612) 268-7009
jhyman@spencerfane.com
**Attorney for Chad Matheson**

*s/ James C. Taravella*
James C. Taravella, Attorney
