IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02328-SKC-MEH

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

---

**ORDER REGARDING DEFENDANTS BARRY CLARK'S, WESTFAX, INC.'S, AND DUCK DIVE COMMUNICATIONS, LLC'S UNOPPOSED MOTION FOR RELIEF REGARDING SUBMISSION AND BRIEFING RELATED TO BILL OF COSTS**

---

THIS MATTER, having come before the Court on Defendant Barry Clark's ("Mr. Clark"), Defendant Westfax, Inc.'s ("Westfax"), and Defendant Duck Dive Communications, LLC's ("JBlast") (Mr. Clark, Westfax, and JBlast, collectively, "Westfax Defendants") March 18, 2025 *Unopposed* Motion for relief regarding the submission and briefing related to the bill of costs (ECF 73, "Motion"), and the Court being sufficiently advised on the premises:

THIS COURT HEREBY FINDS that there is good cause to extend the deadline for submission of the bill of costs and stay the briefing on same until the briefing on the Motion to Reconsider (ECF 72) is completed and this Court has rendered a decision on said motion. In the event that the Motion to Reconsider is denied, then a bill of costs will need to be submitted by all Defendants.

1

Accordingly, IT IS HEREBY ORDERED that the Westfax Defendants' Motion is GRANTED. All briefing on the bill of costs shall be stayed, and the deadline for the submission of the Bill of Costs by all defendants in this case is extended to and reset for fourteen (14) days after the date on which this Court issues an order adjudicating Plaintiff Astro Companies, LLC's Motion to Reconsider (ECF 72).

DATED: _____   BY THE COURT:

_____
Hon. S. Kato Crews
United States District Judge