# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02328-SKC-CYC

ASTRO COMPANIES, LLC,
Plaintiff,
v.

WESTFAX INC,
DUCK DIVE COMMUNCIATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

Defendants.

## **PLAINTIFF'S UNOPPOSED MOTION FOR EXCESS PAGES**

NOW COMES Plaintiff, ASTRO COMPANIES, LLC ("Plaintiff" or "Astro") by and through its undersigned counsel, and hereby submits this Motion for Excess Pages Relating to Plaintiff's Motion to Reconsider Order Dismissing With Prejudice (Doc. 72) and requesting leave to file a 15 page Reply. As grounds for this Motion, Plaintiffs state as follows:

1. Defendants collectively filed 3 Motions to Dismiss (Doc. 37, 38, 39) which this Court granted on February 12, 2025. (Doc. 70).

2. Plaintiff Astro Companies, LLC ("Astro") timely filed a Motion to Reconsider on March 7, 2025. (Doc. 72).

3. On March 28, 2025, WestFax, Inc., Duck Dive Communications, LLC, d/b/a JBlast, and Barry Clark ("WestFax Defendants") and Chad Matheson ("Defendant Matheson") collectively filed their Response in opposition to Astro's Motion to Reconsider. (Doc. 75).

1

4.  Astro hereby requests an additional 5 pages for their Reply brief which will be filed contemporaneously with this unopposed motion. Presently, D.C.LCivR.10.1(c)(2) has a 10-page limit. Granting the relief sought would provide Astro a total of 15 pages for its Reply Brief.

5.  Pursuant to D.C.LCivR. 7.1, counsel for Astro and counsel for Defendants conferred regarding the relief requested herein. Counsel for Defendants agreed to the relief requested herein.

6.  As this Motion is unopposed, a proposed order pursuant to D.C.COLO.LCivR 7.1(g) will be emailed to Crews_Chambers@cod.uscourts.gov and is attached hereto as Exhibit A.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's Motion for Extension of Page Limit Relating to Plaintiff's Motion to Reconsider and allow a 15 page reply brief.

/s/Ross M. Good
Ross M. Good, Esq.
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Phone: (847) 600-9576
Email: ross@thegoodlawgroup.com
Date: April 11, 2025

**Attorney for Plaintiff Astro Companies, LLC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Ross M. Good