# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02328-SKC-CYC

ASTRO COMPANIES, LLC,

    Plaintiff,

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendants.

**ORDER REGARDING PLAINTIFF ASTRO COMPANIES, LLC UNOPPOSED MOTION FOR EXCESS PAGES**

THIS MATTER, having come before the Court on Plaintiff Astro Companies, LLC ("Astro") April 11, 2025 Unopposed Motion for Excess Pages, and the Court being sufficiently advised on the premises:

THIS COURT HEREBY FINDS that counsel for Astro conferred with counsel for WestFax Defendants and counsel for Chad Matheson, and all parties agreed to the requested relief sought in the motion to file excess pages.

Accordingly, IT IS HEREBY ORDERED that Plaintiff Astro Companies, LLC's Motion is GRANTED. Plaintiff Astro Companies, LLC is granted an additional 5 pages for its reply brief, 15 pages total.

DATED: _____

BY THE COURT:

_____
Hon. S. Kato Crews
United States District Judge