# EXHIBIT 1

**47 CFR 1.102 (up to date as of 4/03/2025)**
Effective dates of actions taken pursuant to delegated authority.

**47 CFR 1.102 (Apr. 3, 2025)**

This content is from the eCFR and is authoritative but unofficial.

# Title 47 —Telecommunication
# Chapter I —Federal Communications Commission
# Subchapter A —General
# Part 1 —Practice and Procedure
# Subpart A —General Rules of Practice and Procedure
# Reconsideration and Review of Actions Taken by the Commission and Pursuant...

**Source:** 28 FR 12415, Nov. 22, 1963, unless otherwise noted.
**Authority:** 47 U.S.C. chs. 2, 5, 9, 13; 28 U.S.C. 2461 note; 47 U.S.C. 1754, unless otherwise noted.

**Editorial Note:** Nomenclature changes to part 1 appear at 63 FR 54077, Oct. 8, 1998.

## § 1.102 Effective dates of actions taken pursuant to delegated authority.

(a) *Final actions following review of an initial decision.*

    (1) Final decisions of a commissioner, or panel of commissioners following review of an initial decision shall be effective 40 days after public release of the full text of such final decision.

    (2) If a petition for reconsideration of such final decision is filed, the effect of the decision is stayed until 40 days after release of the final order disposing of the petition.

    (3) If an application for review of such final decision is filed, or if the Commission on its own motion orders the record of the proceeding before it for review, the effect of the decision is stayed until the Commission's review of the proceeding has been completed.

(b) *Non-hearing and interlocutory actions.*

    (1) Non-hearing or interlocutory actions taken pursuant to delegated authority shall, unless otherwise ordered by the designated authority, be effective upon release of the document containing the full text of such action, or in the event such a document is not released, upon release of a public notice announcing the action in question.

    (2) If a petition for reconsideration of a non-hearing action is filed, the designated authority may in its discretion stay the effect of its action pending disposition of the petition for reconsideration. Petitions for reconsideration of interlocutory actions will not be entertained.

    (3) If an application for review of a non-hearing or interlocutory action is filed, or if the Commission reviews the action on its own motion, the Commission may in its discretion stay the effect of any such action until its review of the matters at issue has been completed.

*[28 FR 12415, Nov. 22, 1963, as amended at 62 FR 4170, Jan. 29, 1997]*