**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02328-SKC-CYC

ASTRO COMPANIES, LLC,

    Plaintiff(s),

v.

WESTFAX INC,
DUCK DIVE COMMUNICATIONS LLC, d/b/a JBlast,
BARRY CLARK,
CHAD MATHESON, and
JOHN DOES 1-10,

    Defendant(s).

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO
PLAINTIFF'S MOTION TO RECONSIDER ORDER GRANTING DISMISSAL**

---

    NOW COMES Plaintiff, ASTRO COMPANIES, LLC ("Plaintiff" or "Astro") by and through its undersigned counsel, respectfully advise the Court of the Supreme Court's decision in *McLaughlin Chiropractic Assoc. v. McKesson Corp.*, No. 23-1226 (U.S. June 20, 2025) (attached as Exhibit A) ("*McKesson*").

    In light of the impact of *McKesson* on both the Court's Order granting dismissal (Doc. 70) and the pending briefing on Plaintiff's Motion to Reconsider (Doc. 72, 75, 77) Plaintiff requests leave to file (a) Renewed Motion to Reconsider or (2) an Amended Complaint that comports with this Supreme Court decision, and (3) such other relief this Court deems appropriate under the circumstances.

1

/s/Ross M. Good
Ross M. Good, Esq.
The Good Law Group
800 E. Northwest Hwy, Suite 814
Palatine, IL 60074
Phone: (847) 600-9576
Email: ross@thegoodlawgroup.com

**Attorney for Plaintiff Astro Companies, LLC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Ross M. Good