# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02328-SKC-CYC

ASTRO COMPANIES, LLC,

    Plaintiff(s),

v.

WESTFAX INC, *et al.*,

    Defendant(s).

---

## NOTICE OF APPEAL FROM FINAL JUDGMENT

---

Astro Companies, LLC, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Tenth Circuit from the following orders and final judgment entered by District Judge S. Kato Crews in this action:

1. The Order entered on February 12, 2025 granting Defendant Chad Matheson's Motion to Dismiss and dismissing the case with prejudice.

2. The Order entered on February 9, 2026 denying Plaintiff's Motion to Reconsider the dismissal with prejudice, which was timely filed on March 7, 2025.

Dated  March 6, 2026  .

/s/ Ross M. Good
Signature

Ross M. Good
Printed Name

800 E. Northwest Hwy. Ste 814
Street Address

Palatine                IL              60074
City                    State           Zip

(847) 600-9576
Telephone Number

*Rev. 12/2021*