APPEAL,JD1,MJ CIV PP,NDISPO,STAYED,TERMED

# U.S. District Court – District of Colorado
# District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:23−cv−02328−SKC−CYC

| | |
|---|---|
| Astro Companies, LLC v. WestFax, Inc | Date Filed: 09/11/2023 |
| Assigned to: Judge S. Kato Crews | Date Terminated: 02/12/2025 |
| Referred to: Magistrate Judge Cyrus Y. Chung | Jury Demand: None |
| Demand: $12,869,000 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 47:227(b)(3) – Telephone Consumer Protection Act of 1991 | Jurisdiction: Federal Question |

**Plaintiff**

**Astro Companies, LLC**  represented by  **Ross Michael Good**
The Good Law Group
800 East Northwest Highway
Suite 814
Palatine, IL 60074
847−600−9576
Email: ross@thegoodlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WestFax Inc**  represented by  **Alyson S. Evett**
Montgomery Little & Soran, P.C.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80111−3053
303−779−2747
Email: aevett@montgomerylittle.com
*ATTORNEY TO BE NOTICED*

**James Cullen Taravella**
Montgomery Little & Soran, P.C.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80111−3053
303−773−8100
Fax: 303−220−0412
Email: jtaravella@montgomerylittle.com
*ATTORNEY TO BE NOTICED*

**Nathan G. Osborn**
Montgomery Little & Soran, P.C.
5445 DTC Parkway
Suite 800
Greenwood Village, CO 80111−3053
303−773−8100
Fax: 303−220−0412
Email: nosborn@montgomerylittle.com
*ATTORNEY TO BE NOTICED*

**William B. Hayes , III**
William B. Hayes, Attorney at Law
824 Hideaway Circle East
Suite 341
Marco Island, FL 34145
303−514−0658
Email: sqhayes@aol.com
*TERMINATED: 03/08/2024*

**Defendant**

**Duck Dive Communications LLC**  represented by **Alyson S. Evett**
*doing business as* (See above for address)
JBlast *ATTORNEY TO BE NOTICED*

 **James Cullen Taravella**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

 **Nathan G. Osborn**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

**Defendant**

**Barry Clark**  represented by **Alyson S. Evett**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

 **James Cullen Taravella**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

 **Nathan G. Osborn**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

**Defendant**

**Chad Matheson**  represented by **Jamie N. Dickinson**
*and John Does 1–10* Spencer Fane LLP
 1700 Lincoln Street
 Suite 2000
 Denver, CO 80203
 303–839–3800
 Fax: 303–839–3838
 Email: jndickinson@spencerfane.com
 *ATTORNEY TO BE NOTICED*

 **Johanna R. Hyman**
 Spencer Fane LLP
 100 South 5th Street
 Suite 2500
 Minneapolis, MN 55402
 612–268–7000
 Email: jhyman@spencerfane.com
 *ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2023 | 1 | COMPLAINT against WestFax Inc (Filing fee $ 402,Receipt Number ACODC–9288037)Attorney Ross Michael Good added to party ASTRO COMPANIES, LLC(pty:pla), filed by ASTRO COMPANIES, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B1, # 3 Exhibit B2, # 4 Exhibit B3, # 5 Exhibit B4, # 6 Exhibit B5, # 7 Exhibit B6, # 8 Exhibit B7, # 9 Exhibit B8, # 10 Exhibit B9, # 11 Civil Cover Sheet, # 12 Summons)(Good, Ross) (Entered: 09/11/2023) |
| 09/11/2023 | 2 | Case assigned to Judge Robert E. Blackburn and drawn to Magistrate Judge Michael E. Hegarty. Text Only Entry (efoga, ) (Entered: 09/12/2023) |
| 09/12/2023 | 3 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (efoga, ) (Entered: 09/12/2023) |

| | | |
|---|---|---|
| 09/13/2023 | 4 | MEMORANDUM RETURNING CASE by Senior Judge Blackburn. This case is randomly reassigned to Magistrate Judge S. Kato Crews. All future pleadings should be designated as **23−cv−02328−SKC**. (schap, ) (Entered: 09/13/2023) |
| 09/13/2023 | 5 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (schap, ) (Entered: 09/13/2023) |
| 10/02/2023 | 6 | WAIVER OF SERVICE Returned Executed by Astro Companies, LLC. WestFax Inc waiver sent on 10/2/2023, answer due 12/1/2023. (Good, Ross) (Entered: 10/02/2023) |
| 10/12/2023 | 7 | MINUTE ORDER *Setting Telephone Rule 16(b) Scheduling Conference.* Telephone Scheduling Conference set for 1/11/2024 10:00 AM before Magistrate Judge S. Kato Crews. The parties shall file their proposed scheduling order and email a copy in Word format to Crews_Chambers@cod.uscourts.gov, no later than seven calendar days before the conference. **IT IS FURTHER ORDERED** that a completed Magistrate Judge Consent Form (ECF. # 5 ) shall be filed no later than seven calendar days before the conference. At the scheduled time, counsel shall call the Court provided conference line at (888) 251−2909 Access Code: 5662814#. SO ORDERED by Magistrate Judge S. Kato Crews on 10/12/2023. Text Only Entry (amont, ) (Entered: 10/12/2023) |
| 10/30/2023 | 8 | SUMMONS Returned Executed by Astro Companies, LLC. WestFax Inc served on 9/18/2023, answer due 12/1/2023. (Good, Ross) (Entered: 10/30/2023) |
| 12/21/2023 | 9 | MOTION for Leave to Appear by Defendant WestFax Inc. (Hayes, William) (Entered: 12/21/2023) |
| 12/21/2023 | 10 | AMENDED COMPLAINT against WestFax Inc, DUCK DIVE COMMUNICATIONS LLC d/b/a JBlast, Barry Clark, Chad Matheson, filed by Astro Companies, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B1, # 3 Exhibit B2, # 4 Exhibit B3, # 5 Exhibit B4, # 6 Exhibit B5, # 7 Exhibit B6, # 8 Exhibit B7, # 9 Exhibit B8, # 10 Exhibit B9)(Good, Ross) (Entered: 12/21/2023) |
| 12/22/2023 | 11 | ORDER re 9 Motion for Leave to Appear. This filing is an entry of appearance and need not have been docketed as a Motion. By Magistrate Judge S. Kato Crews on 12/22/2023. Text Only Entry (skclc1) (Entered: 12/22/2023) |
| 01/02/2024 | 12 | Joint MOTION for Order to *Modify the Scheduling Conference* by Plaintiff Astro Companies, LLC. (Good, Ross) (Entered: 01/02/2024) |
| 01/04/2024 | 13 | ORDER granting 12 Motion for Order. The Telephonic Scheduling Conference is RESET for 2/1/2024 at 09:30 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. The previous call−in instructions shall apply and the proposed order is due seven days in advance.<br><br>IT IS FURTHER ORDERED on or before January 11, 2024, the parties who have appeared in the case shall file the consent/non−consent form indicating whether they consent to magistrate judge jurisdiction.<br><br>SO ORDERED by Magistrate Judge S. Kato Crews on 1/4/2024. Text Only Entry (skclc1) (Entered: 01/04/2024) |
| 01/16/2024 | 14 | **CHANGE IN JUDICIAL OFFICER DESIGNATION.** Due to the recent appointment of Magistrate Judge S. Kato Crews as a United States District Judge, this action will now be updated to reflect his new designation as District Judge S. Kato Crews. District Judge Crews shall retain assignment to this action as presiding judge and Magistrate Judge Michael E. Hegarty is drawn as referral judge. All future pleadings should be designated as 23−cv−02328−SKC. (Text only entry) (agarc, ) (Entered: 01/16/2024) |
| 01/18/2024 | 15 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty for **non−dispositive matters.** Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon |

| | | |
|---|---|---|
| | | a showing of good cause, and (3) hear and determine pretrial matters, including discovery and other non−dispositive motions. Court−sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the request of the parties by motion, this Court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Alternatively, the Magistrate Judge, at their discretion, may convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. **Counsel for the Parties and all counsel who may later enter an appearance shall review and familiarize themselves with the undersigned's Standing Order and Practice Standards, as well as the Practice Standards of the assigned Magistrate Judge.** By US District Judge S. Kato Crews on 1/18/2024. Text Only Entry (skcja, ) (Entered: 01/18/2024) |
| 01/19/2024 | 16 | MINUTE ORDER: Pursuant to the 15 Order of Reference, this Court **vacates** the telephonic scheduling conference set for February 1, 2024 at ECF 13 . The Court **resets** the Fed. R. Civ. P. 16(b) scheduling conference for **February 15, 2024 at 11:45 a.m.**, in Courtroom A−501 before Magistrate Judge Michael E. Hegarty. Proposed Scheduling Order due 2/8/2024. Entered by Magistrate Judge Michael E. Hegarty on 1/19/2024. (jtorr, ) (Entered: 01/19/2024) |
| 01/24/2024 | 17 | MINUTE ORDER Due to a Conflict on the Court's calendar the Scheduling Conference originally set for 2/15/2024 at 11:45 a.m. is reset to 2/12/2024 at 02:30 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. ORDERED by Magistrate Judge Michael E. Hegarty on 1/24/2024. Text Only Entry. (cthom, ) (Entered: 01/24/2024) |
| 01/26/2024 | 18 | SUMMONS REQUEST as to BARRY CLARK, DUCK DIVE COMMUNICATIONS, CHAD MATHESON by Plaintiff Astro Companies, LLC. (Attachments: # 1 Summons DUCK DIVE COMMUNICATIONS, # 2 Summons CHAD MATHESON)(Good, Ross) (Entered: 01/26/2024) |
| 01/29/2024 | 19 | Administrative Notice: Summons submitted has incorrect caption and not issued. Please file completed summons for issuance using the event Summons Request. (Text Only Entry) (norlin, ) (Entered: 01/29/2024) |
| 01/29/2024 | 20 | SUMMONS REQUEST as to BARRY CLARK, DUCK DIVE COMMUNICATIONS, CHAD MATHESON by Plaintiff Astro Companies, LLC. (Attachments: # 1 Summons CHAD MATHESON, # 2 Summons DUCK DIVE COMMUNICATIONS)(Good, Ross) (Entered: 01/29/2024) |
| 01/30/2024 | 21 | SUMMONSES issued by Clerk. (jtorr, ) (Entered: 01/30/2024) |
| 02/05/2024 | 22 | MOTION for Extension of Time to File Answer or Otherwise Respond by Defendant WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Hayes, William) (Entered: 02/05/2024) |
| 02/05/2024 | 23 | ORDER REFERRING MOTION: 22 MOTION for Extension of Time to File Answer or Otherwise Respond filed by WestFax Inc referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 2/5/2024. Text Only Entry (skcja, ) (Entered: 02/05/2024) |
| 02/05/2024 | 24 | MINUTE ORDER granting 22 Motion to Extend Time for Defendant WestFax, Inc. to Respond to Amended Complaint and to Reschedule the Scheduling Conference. Defendant WestFax, Inc. shall file an Answer or otherwise respond to the Amended Complaint [ECF 10 ] on or before **February 28, 2024**. The Scheduling Conference currently set for February 12, 2024, at 2:30 p.m. is **vacated and reset** to **March 13, 2024, at 11:00 a.m.** in Courtroom A−501. Proposed Scheduling Order due 3/6/2024. Entered by Magistrate Judge Michael E. Hegarty on 2/5/2024.(jtorr, ) (Entered: 02/05/2024) |
| 02/15/2024 | 25 | SUMMONS Returned Executed by Astro Companies, LLC. Duck Dive Communications LLC served on 2/15/2024, answer due 3/7/2024. (Good, Ross) (Entered: 02/15/2024) |
| 02/21/2024 | 26 | SUMMONS Returned Executed by Astro Companies, LLC. Barry Clark served on 2/20/2024, answer due 3/12/2024. (Good, Ross) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 27 | NOTICE of Entry of Appearance by Nathan G. Osborn on behalf of Barry Clark, Duck Dive Communications LLC, WestFax IncAttorney Nathan G. Osborn added to party Barry Clark(pty:dft), Attorney Nathan G. Osborn added to party Duck Dive Communications LLC(pty:dft), Attorney Nathan G. Osborn added to party WestFax Inc(pty:dft) (Osborn, Nathan) (Entered: 02/23/2024) |
| 02/23/2024 | 28 | NOTICE of Entry of Appearance by Alyson S. Evett on behalf of Barry Clark, Duck Dive Communications LLC, WestFax IncAttorney Alyson S. Evett added to party Barry Clark(pty:dft), Attorney Alyson S. Evett added to party Duck Dive Communications LLC(pty:dft), Attorney Alyson S. Evett added to party WestFax Inc(pty:dft) (Evett, Alyson) (Entered: 02/23/2024) |
| 02/23/2024 | 29 | NOTICE of Entry of Appearance by James Cullen Taravella on behalf of Barry Clark, Duck Dive Communications LLC, WestFax IncAttorney James Cullen Taravella added to party Barry Clark(pty:dft), Attorney James Cullen Taravella added to party Duck Dive Communications LLC(pty:dft), Attorney James Cullen Taravella added to party WestFax Inc(pty:dft) (Taravella, James) (Entered: 02/23/2024) |
| 02/27/2024 | 30 | Second MOTION for Extension of Time to File Answer or Otherwise Respond re 16 Minute Order, 10 Amended Complaint, *and Reschedule the Scheduling Conference* by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Motion to Extend Time for Defendants WestFax, Inc., Duck Dive Communications, LLC and Barry Clark to Respond to Amended Complaint and to Reschedule the Scheduling Conference)(Taravella, James) (Entered: 02/27/2024) |
| 02/28/2024 | 31 | MEMORANDUM re: 30 Second MOTION for Extension of Time to File Answer or Otherwise Respond re 16 Minute Order, 10 Amended Complaint, *and Reschedule the Scheduling Conference*. Motion referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 2/28/2024. Text Only Entry (skcja, ) (Entered: 02/28/2024) |
| 02/28/2024 | 32 | MINUTE ORDER granting in part and denying in part 30 Defendants' Motion for Extension of Time to Respond to Amended Complaint. Defendants WestFax, Inc., and Duck Dive Communications LLC shall file Answers or otherwise respond to the Amended Complaint (ECF 10 ) **on or before March 12, 2024**. The Court does not find good cause to reset the Scheduling Conference. Accordingly, the Scheduling Conference and proposed Scheduling Order deadline remain set as stated in the Court's February 5, 2024 Order (ECF 24 ). Entered by Chief Magistrate Judge Michael E. Hegarty on 02/28/2024. (mehlc7) (Entered: 02/28/2024) |
| 03/06/2024 | 33 | Proposed Scheduling Order by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Taravella, James) (Entered: 03/06/2024) |
| 03/08/2024 | 34 | MOTION to Withdraw as Attorney by Defendant WestFax Inc. (Attachments: # 1 Proposed Order)(Hayes, William) (Entered: 03/08/2024) |
| 03/08/2024 | 35 | ORDER re 34 Motion to Withdraw as Attorney. For good cause, the motion is granted. Attorney William B. Hayes, III is terminated as counsel for WestFax and electronic notifications will be turned off. By U.S. District Judge S. Kato Crews on 3/8/2024. Text Only Entry(skcja, ) (Entered: 03/08/2024) |
| 03/08/2024 | 36 | SUMMONS Returned Executed by Astro Companies, LLC. Chad Matheson served on 3/7/2024, answer due 3/28/2024. (Good, Ross) (Entered: 03/08/2024) |
| 03/12/2024 | 37 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)*, MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendant Barry Clark. (Attachments: # 1 Affidavit Ex. A to Motion to Dismiss − Declaration of Barry Clark, # 2 Exhibit Ex. B to Motion to Dismiss − Screenshots of Duck Dive's Website)(Taravella, James) (Entered: 03/12/2024) |
| 03/12/2024 | 38 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)*, MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendant Duck Dive Communications LLC. (Attachments: # 1 Affidavit Ex. A to Motion to Dismiss − Declaration of Barry Clark, # 2 Exhibit Ex. B to Motion to Dismiss − Duck Dive's Entity Page with the Delaware Secretary of State, # 3 Exhibit Ex. C to Motion to Dismiss − Screenshots of Duck Dive's Website)(Taravella, James) (Entered: 03/12/2024) |

| | | |
|---|---|---|
| 03/12/2024 | 39 | MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)*, MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendant WestFax Inc. (Attachments: # 1 Affidavit Ex. A to Motion to Dismiss – Declaration of Barry Clark)(Taravella, James) (Entered: 03/12/2024) |
| 03/13/2024 | 40 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Scheduling Conference held on 3/13/2024. FTR: A501. (cthom, ) (Entered: 03/14/2024) |
| 03/13/2024 | 41 | SCHEDULING ORDER by Magistrate Judge Michael E. Hegarty on 3/13/2024. (cthom, ) (Entered: 03/14/2024) |
| 03/19/2024 | 42 | NOTICE of Entry of Appearance by Jamie N. Cotter on behalf of Chad MathesonAttorney Jamie N. Cotter added to party Chad Matheson(pty:dft) (Cotter, Jamie) (Entered: 03/19/2024) |
| 03/26/2024 | 43 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Chad Matheson. Chad Matheson answer due 4/18/2024. (Cotter, Jamie) (Entered: 03/26/2024) |
| 04/02/2024 | 44 | RESPONSE to 37 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 38 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 39 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit 1 – Sample 11–4–2015 proposal Clark instructed Evelyn Grifa to send, # 2 Exhibit 2 – 7–30–2021 Email from Charlotte McCrary, # 3 Exhibit 3 – Correspondence from Deanna Gasseling, # 4 Exhibit 4 – McCrary LinkedIn, # 5 Exhibit 5 – 5–12–2022 Email Chain, # 6 Exhibit 6 – 127 High Street Ad, # 7 Exhibit 7 – Clear Choice Ad)(Good, Ross) (Entered: 04/02/2024) |
| 04/10/2024 | 45 | Joint MOTION for Protective Order by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Taravella, James) (Entered: 04/10/2024) |
| 04/10/2024 | 46 | MEMORANDUM: re 45 Joint MOTION for Protective Order filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Motion referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 4/10/2024. Text Only Entry (skcja, ) (Entered: 04/10/2024) |
| 04/11/2024 | 47 | ORDER denying without prejudice 45 the Parties' Stipulated Motion for Protective Order.<br><br>Pursuant to this District's Magistrate Judges' Uniform Civil Practice Standards, a proposed protective order "must state that (1) the party designating information as confidential bears the burden of establishing that good cause exists for the disputed information to be treated as confidential and (2) the Court will not retain jurisdiction over a matter once the case is closed." D.C.COLO.MJ V(5). The Parties' proposed order contains neither of these requirements. Further, a proposed protective order should not permit the filing of discovery motions and should instead reflect the discovery dispute process discussed in Section VI of the Magistrate Judges' Uniform Civil Practice Standards. *Id.* Here, the Parties' proposed order explicitly contemplates filing a discovery motion rather than following the appropriate discovery dispute procedures. ECF 45–1 at 5.<br><br>Should the Parties wish to move again for entry of a protective order, their proposed order must comply with all of the applicable requirements and they must email a Word copy of the proposed protective order to Chambers (hegarty_chambers@cod.uscourts.gov). D.C.COLO.MJ V(5). Appendix A to the Magistrate Judges' Uniform Civil Practice Standards is a sample joint protective order that the Parties are encouraged to review and adopt as modified to the needs of their case. Entered by Chief Magistrate Judge Michael E. Hegarty on 04/11/2024. Text Only Entry (mehlc7) (Entered: 04/11/2024) |

| | | |
|---|---|---|
| 04/12/2024 | 48 | Joint MOTION for Protective Order by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Taravella, James) (Entered: 04/12/2024) |
| 04/12/2024 | 49 | MEMORANDUM: re 48 Joint MOTION for Protective Order filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Motion referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 4/12/2024. Text Only Entry (skcja, ) (Entered: 04/12/2024) |
| 04/12/2024 | 50 | MOTION for Extension of Time to *Reply In Support of Motion to Dismiss* by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Taravella, James) (Entered: 04/12/2024) |
| 04/15/2024 | 51 | ORDER re 50 Motion for Extension of Time to File re 50 MOTION for Extension of Time to *Reply In Support of Motion to Dismiss*. For good cause, the motion is granted. Defendants WestFax, Duck Dive, and Barry Clark shall file a reply in support of their motion to dismiss on or before 4/19/2024. By U.S. District Judge S. Kato Crews on 4/15/2024. Text Only Entry(skcja, ) (Entered: 04/15/2024) |
| 04/15/2024 | 52 | ORDER granting 48 the Parties' Stipulated Motion for Revised Protective Order for good cause shown. The Court shall separately issue the Protective Order. Entered by Chief Magistrate Judge Michael E. Hegarty on 04/15/2024. Text Only Entry (mehlc7) (Entered: 04/15/2024) |
| 04/15/2024 | 53 | JOINT PROTECTIVE ORDER. Entered by Magistrate Judge Michael E. Hegarty on 4/15/2024. (dgumb, ) (Entered: 04/15/2024) |
| 04/18/2024 | 54 | MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law* by Defendant Chad Matheson. (Cotter, Jamie) (Entered: 04/18/2024) |
| 04/19/2024 | 55 | REPLY to Response to 37 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 39 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)*, 38 MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed. R. Civ. P. 12(b)(2)* MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Attachments: # 1 Exhibit Ex. A to Combined Reply – Screenshot of Assent Required to Customer Agreement)(Taravella, James) (Entered: 04/19/2024) |
| 04/25/2024 | 56 | CORPORATE DISCLOSURE STATEMENT. (Taravella, James) (Entered: 04/25/2024) |
| 05/08/2024 | 57 | RESPONSE to 54 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law* filed by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit Exhibit A)(Good, Ross) (Entered: 05/08/2024) |
| 05/09/2024 | 58 | MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* by Defendants Barry Clark, Duck Dive Communications LLC, WestFax Inc. (Taravella, James) (Entered: 05/09/2024) |
| 05/09/2024 | 59 | MEMORANDUM: re 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Motion referred to Magistrate Judge Michael E. Hegarty. By U.S. District Judge S. Kato Crews on 5/9/2024. Text Only Entry (skcja, ) (Entered: 05/09/2024) |
| 05/09/2024 | 60 | JOINDER re 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* by Defendant Chad Matheson. (Cotter, Jamie) (Entered: 05/09/2024) |
| 05/09/2024 | 61 | MINUTE ORDER re: 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* filed by Duck Dive Communications LLC, Barry Clark, WestFax Inc. Oral Argument set for 5/15/2024 at 10:30 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. ORDERED by Magistrate Judge Michael E. Hegarty on 5/9/2024. (Attachments: # 1 Instructions on how to appear by video) (cthom, ) (Entered: 05/09/2024) |

| | | |
|---|---|---|
| 05/14/2024 | 62 | RESPONSE to 58 MOTION to Stay *Discovery Pending Resolution of Motions to Dismiss* filed by Plaintiff Astro Companies, LLC. (Good, Ross) (Entered: 05/14/2024) |
| 05/15/2024 | 63 | NOTICE of Entry of Appearance by Johanna R. Hyman on behalf of Chad MathesonAttorney Johanna R. Hyman added to party Chad Matheson(pty:dft) (Hyman, Johanna) (Entered: 05/15/2024) |
| 05/15/2024 | 64 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Oral Argument Hearing held on 5/15/2024. The 58 Motion to Stay Discovery Pending the Resolution of Motions to Dismiss is GRANTED and discovery is STAYED with the exception that the Court permits third–party discovery and those tasks needed for identifying third parties, FTR: A501. (cthom, ) (Entered: 05/15/2024) |
| 05/22/2024 | 65 | REPLY to Response to 54 MOTION to Dismiss for Failure to State a Claim *and Incorporated Memorandum of Law* filed by Defendant Chad Matheson. (Hyman, Johanna) (Entered: 05/22/2024) |
| 06/27/2024 | 66 | TRANSCRIPT of ORAL ARGUMENT HEARING held on 05/15/2024 before Magistrate Judge Hegarty. Pages: 1–29. Prepared by: AB Litigation Services. **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 06/27/2024) |
| 07/09/2024 | 67 | NOTICE of Change of Address/Contact Information by Ross Michael Good (Good, Ross) (Entered: 07/09/2024) |
| 01/06/2025 | 68 | REASSIGNING MAGISTRATE JUDGE. This action is reassigned to Magistrate Judge Cyrus Y. Chung upon his appointment. All future pleadings should reference Magistrate Judge Chung at the end of the civil action number (such as 23–cv–02328–SKC–CYC). Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Magistrate Judge Chung in Courtroom C–205 in the Byron G. Rogers Courthouse, 1961 Stout St, Denver, CO 80294. If previously directed to contact Chief Magistrate Judge Michael E. Hegarty or his Chambers, Parties shall instead contact Chung Chambers at the following telephone number or email address: 303–335–2761 and Chung_Chambers@cod.uscourts.gov. (Text only entry) (echa, ) (Entered: 01/06/2025) |
| 02/06/2025 | 69 | NOTICE of Change of Address/Contact Information *(Attorney Name)* by Jamie N. Dickinson (Dickinson, Jamie) (Entered: 02/06/2025) |
| 02/12/2025 | 70 | ORDER: For the reasons stated herein, the Court GRANTS Defendant Matheson's 54 Motion to Dismiss for Failure to State a Claim. Because the Court's reasoning applies equally to Plaintiff's claims against all Defendants, the Court further FINDS AS MOOT the remaining Motions to Dismiss 37 , 38 , 39 . The Clerk of Court shall close this case.<br><br>SO ORDERED by Judge S. Kato Crews on 2/12/2025. (skclc1) (Entered: 02/12/2025) |
| 02/12/2025 | 71 | FINAL JUDGMENT in favor of Defendants and against Plaintiff pursuant to 70 Order Re: Motions to Dismiss, by Clerk on 2/12/2025. (ebuch) (Entered: 02/12/2025) |
| 03/07/2025 | 72 | MOTION for Reconsideration re 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,,, by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit A – 2003 Order)(Good, Ross) (Entered: 03/07/2025) |
| 03/18/2025 | 73 | MOTION for Extension of Time to *Regarding Submission and Briefing Related to Bill of Costs* by Defendants Duck Dive Communications LLC, Barry Clark, WestFax Inc. (Attachments: # 1 Proposed Order (PDF Only))(Taravella, James) (Entered: 03/18/2025) |

| | | |
|---|---|---|
| 03/20/2025 | 74 | ORDER granting 73 Motion for Extension of Time. The submission deadline for the bill of costs and briefing related thereto is extended to 14 days from the date that this Court issues its order regarding the Motion to Reconsider.<br><br>SO ORDERED by Judge S. Kato Crews on 3/20/2025. Text Only Entry (skclc1) (Entered: 03/20/2025) |
| 03/28/2025 | 75 | RESPONSE to 72 MOTION for Reconsideration re 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, filed by Defendants Duck Dive Communications LLC, Barry Clark, Chad Matheson, WestFax Inc. (Taravella, James) (Entered: 03/28/2025) |
| 04/11/2025 | 76 | Unopposed MOTION for Leave to File Excess Pages by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit A – Proposed Order)(Good, Ross) (Entered: 04/11/2025) |
| 04/11/2025 | 77 | REPLY to Response to 72 MOTION for Reconsideration re 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, filed by Plaintiff Astro Companies, LLC. (Attachments: # 1 Exhibit 1)(Good, Ross) (Entered: 04/11/2025) |
| 06/30/2025 | 78 | NOTICE of Supplemental Authorities by Plaintiff Astro Companies, LLC (Attachments: # 1 Exhibit A)(Good, Ross) (Entered: 06/30/2025) |
| 02/09/2026 | 79 | ORDER granting 76 Motion for Leave to File Excess Pages. SO ORDERED by Judge S. Kato Crews on 2/9/2026. Text Only Entry(skclc1) (Entered: 02/09/2026) |
| 02/09/2026 | 80 | For the reasons stated in this ORDER, the 72 Motion for Reconsideration is respectfully DENIED.<br><br>By Judge S. Kato Crews on 2/9/2026.(skclc1) (Entered: 02/09/2026) |
| 03/06/2026 | 81 | NOTICE OF APPEAL as to 70 Order on Motion to Dismiss for Failure to State a Claim,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, 80 Order on Motion for Reconsideration by Plaintiff Astro Companies, LLC (Filing fee $ 605, Receipt Number ACODC–10864827) (Good, Ross) (Entered: 03/06/2026) |